| | | |
|---|---|---|
| ACA ENGRG PTE LTD<br>ATTN: POHYEE SONG<br>27 MANDAI ESTATE<br>07-07 INNOVATION PLACE, TOWER 2<br>SINGAPORE  729931  SINGAPORE | ACCOUNTING AND CORPORATE<br>REGULATORY AUTHORITY<br>03-02, REVENUE HOUSE<br>55 NEWTON ROAD<br>SINGAPORE  307987<br>SINGAPORE | AMANI, ARRASH<br>[ADDRESS REDACTED] |
| AMAZON WEB SERVICES SINGAPORE<br>1, 17-00, ROBINSON ROAD<br>AIA TOWER<br>SINGAPORE  048542<br>SINGAPORE | AMAZON WEB SERVICES SINGAPORE<br>BY AMAZON WEB SERVICES SINGAPORE<br>PRIVATE<br>23 CHURCH<br>STREET CAPITAL SQ., UNIT 10-01 TO 10-04<br>SINGAPORE  049481  SINGAPORE | ANTICIMEX PEST MANAGEMENT PTE LTD<br>3A INTERNATIONAL BUSINESS PARK<br>11-01 ICONIBP<br>SINGAPORE  609935<br>SINGAPORE |
| ARCHER MARKETING & DEVELOPMENT (S) PTE<br>ATTN: VINCENT CHIUA<br>4 PENJURU PLACE 01-23<br>2.8 PENJURU TECH HUB<br>SINGAPORE  608782  SINGAPORE | BANK OF INTERNATIONAL SETTLEMENTS<br>78TH FLOOR,<br>TWO INTERNATIONAL FINANCE CENTRE<br>8 FINANCE STREET, CENTRAL<br>HONG KONG  CHINA | BANK OF INTERNATIONAL SETTLEMENTS<br>AESCHENPLATZ 1<br>BOTTA BUILDING<br>BASEL  4051<br>SWITZERLAND |
| BANK OF INTERNATIONAL SETTLEMENTS<br>CENTRALBAHNPLATZ 2, 4051 BASEL<br>TOWER BUILDING, HEADQUARTERS<br>BASEL  4051<br>SWITZERLAND | BANK OF INTERNATIONAL SETTLEMENTS<br>TORRE CHAPULTEPEC<br>RUBEN DARIO 281 - 17TH FLOOR<br>COL. BOSQUE DE CHAPULTEPEC<br>DEL. MIGUEL HIDALGO  11580  MEXICO | BERNSTEIN, CAYDEN<br>[ADDRESS REDACTED] |
| BIG LABS S.R.L. SEMPLIFICATA<br>VIA FRANCESCO VITALINI 41<br>ROME  00155<br>ITALY | BIG LABS S.R.L. SEMPLIFICATA<br>VIA ROMA 11<br>FANO PU  61032<br>ITALY | BOŠKOV, ALEKSA<br>[ADDRESS REDACTED] |
| BRIGATI, JOSHUA<br>[ADDRESS REDACTED] | BUGCROWD<br>921 FRONT STREET<br>SUITE 100<br>SAN FRANCISCO, CA  94111 | CANDEAGO, ALESSANDRO<br>[ADDRESS REDACTED] |
| CHACHURA, RADZION<br>[ADDRESS REDACTED] | CHAN, MARK<br>[ADDRESS REDACTED] | CHEANG & LEE SANITARY PLUMBING PTE LTD<br>ATTN: ERIC CHEE<br>21 TOH GUAN ROAD EAST 06-13<br>TOH GUAN CENTRE<br>SINGAPORE  608609  SINGAPORE |
| CIELMA, LESZEK<br>[ADDRESS REDACTED] | CLOUDFLARE, INC.<br>ATTN: MICHELLE ZATLYN<br>101 TOWNSEND STREET<br>SAN FRANCISCO, CA  94107 | COLARES GUERRA, CLAUDIO FILIPE<br>[ADDRESS REDACTED] |
| COLLAZO, MANUEL<br>[ADDRESS REDACTED] | COMMODITY FUTURES TRADING COMMISSION<br>THREE LAFAYETTE CENTRE<br>1155 21ST STREET<br>NW<br>WASHINGTON, DC  20581 | CORREIA SOARES, JOSE PEDRO<br>[ADDRESS REDACTED] |
| DA COSTA GIRAO, BRUNO MIGUEL<br>[ADDRESS REDACTED] | DA COSTA LOURES, MIGUEL ANGELO<br>[ADDRESS REDACTED] | DA CRUZ BRANDAO, FILIPA JOAO<br>[ADDRESS REDACTED] |

| | | |
|---|---|---|
| DE ALMEIDA PEREIRA, MARIANA<br>[ADDRESS REDACTED] | DE CINTRA MAURICIO, GUSTAVO MARREIROS<br>[ADDRESS REDACTED] | DEEL, INC<br>425 1ST<br>SAN FRANCISCO, CA  94105 |
| DEFI ALLIANCE DELAWARE FEEDER LLP<br>C/O DEFI ALLIANCE LLC<br>9114 WAUKEGAN ROAD<br>SUITE 681<br>MORTON GROVE, IL  60053 | DELAWARE DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON, DE  19801 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE  19904 |
| DENTONS US LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | DOS SANTOS SACADURA, HENRIQUE MESTRE<br>[ADDRESS REDACTED] | DOS SANTOS VEIGA FERREIRA, ANDRE<br>[ADDRESS REDACTED] |
| DRAGASEVIC, DIMITRIJE<br>[ADDRESS REDACTED] | DREW & NAPIER LLC<br>10 COLLYER QUAY 10-01<br>OCEAN FINANCIAL CENTRE<br>SINGAPORE  049315<br>SINGAPORE | ENTERPRISE SINGAPORE<br>230 VICTORIA STREET<br>LEVEL 9, BUGIS JUNCTION OFFICE TOWER<br>SINGAPORE  188024<br>SINGAPORE |
| ESHARES, INC. DBA CARTA, INC.<br>333 BUSH STREET<br>SUITE 2300<br>SAN FRANCISCO, CA  94104 | ETHAN LEE<br>[ADDRESS REDACTED] | FERBER, SAMUEL<br>[ADDRESS REDACTED] |
| FERNANDES, JOAO<br>[ADDRESS REDACTED] | FERNANDES, PEDRO<br>[ADDRESS REDACTED] | GEE, STEPHEN WILLIAMS<br>[ADDRESS REDACTED] |
| GOMES, BRUNO CARVALHO<br>[ADDRESS REDACTED] | GORSKI, ERIC<br>[ADDRESS REDACTED] | HARASTASAN, EMILIAN-BOGDAN<br>[ADDRESS REDACTED] |
| HIGH COURT OF SINGAPORE<br>1 SUPREME CT LN<br>SINGAPORE  178879<br>SINGAPORE | HOF CAPITAL GROWTH OPPORTUNITY XX, LLC<br>3 HUBERT ST.<br>NEW YORK, NY  10013 | HORAL, ARTUR<br>[ADDRESS REDACTED] |
| HSIEH, PETER<br>[ADDRESS REDACTED] | INLAND REVENUE AUTHORITY OF SINGAPORE<br>55 NEWTON RD, REVENUE HOUSE<br>SINGAPORE  307987<br>SINGAPORE | INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE, NW<br>WASHINGTON, DC  20220-0001 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | INTERNATIONAL MONETARY FUND<br>1900 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20431 | INTERNATIONAL MONETARY FUND<br>700 19TH STREET, N.W.<br>WASHINGTON, DC  20431 |

| | | |
|---|---|---|
| JETMAR, JIRI<br>[ADDRESS REDACTED] | JIDKOV, VLADISLAV<br>[ADDRESS REDACTED] | JOLBORDI, SHOTA<br>[ADDRESS REDACTED] |
| JUNGE, GREGORY<br>[ADDRESS REDACTED] | K&L GATES LLP<br>ATTN: DREW HINKES<br>210 SIXTH AVENUE<br>K&L GATES CENTER<br>PITTSBURGH, PA  15221 | KAPLAN KECKER FINK<br>1050 K STREET NW<br>SUITE 1040<br>WASHINGTON, DC  20001 |
| KAPLAN KECKER FINK<br>350 FIFTH AVENUE<br>63RD FLOOR<br>NEW YORK, NY  10118 | KAZLAUSKAS, DEIVIDAS<br>[ADDRESS REDACTED] | KIM & CHANG<br>39, SAJIK-RO<br>JONGNO-GU<br>SEOUL  03170<br>KOREA, REPUBLIC OF |
| KOBRE & KIM<br>201 SOUTH BISCAYNE BOULEVARD<br>SUITE 1900<br>MIAMI, FL  33131 | KOBRE & KIM<br>PO VOX 7247<br>PHILADELPHIA, PA  19170-6679 | KWON, DO<br>[ADDRESS REDACTED] |
| LIM, EDMUND<br>[ADDRESS REDACTED] | LIM, TERENCE<br>[ADDRESS REDACTED] | LINDEBORG COUNSELLORS AT LAW LTD<br>18 PARK STREET<br>LONDON  W1K 2HZ<br>UNITED KINGDOM |
| MAAS, K.X.C.G<br>[ADDRESS REDACTED] | MAŚLANKA, ŁUKASZ<br>[ADDRESS REDACTED] | MATHIALAGAN, ASHWIN<br>[ADDRESS REDACTED] |
| MENG, LAN<br>[ADDRESS REDACTED] | MERZ, MICHAEL WILLIAM<br>[ADDRESS REDACTED] | MIGUEIS VALENTE, MIGUEL CONSOLADO<br>[ADDRESS REDACTED] |
| MONETARY AUTHORITY OF SINGAPORE<br>10 SHENTON WAY, MAS BUILDING<br>SINGAPORE  079117<br>SINGAPORE | MONETARY AUTHORITY OF SINGAPORE<br>17 STATE STREET<br>35TH FLOOR, UNIT 3530<br>NEW YORK, NY  10004 | MOON RABBIT LABS, INC<br>2F GINZA OTAKE VISIDENCE<br>1-22-11 GINZA<br>CHUO-KU<br>TOKYO  104-0061  JAPAN |
| MYREPUBLIC BROADBAND PTE LTD<br>11 LORONG 3 TOA PAYOH<br>04-11/15<br>JACKSON SQUARE<br>SINGAPORE  3195709  SINGAPORE | NANSEN PTE. LTD<br>ATTN: ALEXANDER SVANEVIK<br>111 SOMERSET RD, 03-09<br>SINGAPORE  238164<br>SINGAPORE | OFFICE OF THE UNITED STATES ATTORNEY<br>DISTRICT OF DELAWARE<br>HERCULES BUILDING<br>1313 N. MARKET STREET, SUITE 400<br>WILMINGTON, DE  19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DISTRICT OF DELAWARE<br>844 KING ST, STE 2207, LOCKBOX 35<br>WILMINGTON, DE  19801 | ORTIZ, EVAN<br>[ADDRESS REDACTED] | PAGERDUTY, INC.<br>ATTN: JENNIFER TEJADA CEO<br>DREAMPLUS 1219 311<br>GANGNAM-DAERO, SEOCHO-GU<br>SEOUL  16628  KOREA, REPUBLIC OF |

| | | |
|---|---|---|
| PAGERDUTY, INC<br>600 TOWNSEND STREET<br>SUITE 125<br>SAN FRANCISCO, CA 94103 | PARCELS, INC.<br>230 N MARKET ST.<br>WILMINGTON, DE 19801 | PINHO DOS ANJOS, IVO FILIPE<br>[ADDRESS REDACTED] |
| PLAPPERT, LEONIE<br>[ADDRESS REDACTED] | PROXIMITY PANORAMA, LDA<br>1 WALLICH STREET<br>37-01<br>GUOCO TOWER<br>SINGAPORE 078881  SINGAPORE | REGISTERED AGENTS INC<br>1401 21ST STREET<br>SUITE R<br>SACRAMENTO, CA 95811 |
| REIS, BERNARDO<br>[ADDRESS REDACTED] | REYNA, EDITH TRISTAN<br>[ADDRESS REDACTED] | SCHUM, ZION<br>[ADDRESS REDACTED] |
| SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 | SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS; FRANCHISE TAX<br>JOHN G TOWNSEND BLDG<br>401 FEDERAL ST, STE 4<br>DOVER, DE 19901 | SECURITIES & EXCHANGE COMMISSION<br>450 FIFTH STREET NW.<br>WASHINGTON, DC 20549 |
| SECURITIES & EXCHANGE COMMISSION<br>ATTN: DEVON STAREN<br>100 F STREET, NE<br>WASHINGTON, DC 20549-5985 | SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE 200 VESEY ST, STE 400<br>NEW YORK, NY 10281-1022 | SETIA LAW LLC<br>1 GEORGE STREET<br>07-03 ONE GEORGE STREET<br>SINGAPORE 049145<br>SINGAPORE |
| SHIN, DANIEL<br>[ADDRESS REDACTED] | SILVA OLIVEIRA, RENATO JOAO<br>[ADDRESS REDACTED] | SILVA, BRUNO<br>[ADDRESS REDACTED] |
| SIMOVIC, DJORDJE<br>[ADDRESS REDACTED] | SINGTEL<br>ATTN: BOON KOH CFO<br>31 EXETER ROAD<br>COMCENTRE<br>SINGAPORE 239732  SINGAPORE | SOBOLEVSKI, SEMION<br>[ADDRESS REDACTED] |
| STANDARD CRYPTO VENTURE FUND I LP<br>ATTN: ASHLEY SWEREN<br>1225 4TH STREET<br>525<br>SAN FRANCISCO, CA 94158 | SU, JAVIER<br>[ADDRESS REDACTED] | SUBMC1<br>1 WALLICH STREET<br>31-01 GUOCO TOWER<br>SINGAPORE 078881<br>SINGAPORE |
| SUPERPLASTIC INC. & MIGHTY ELEPHANT<br>47 MAPLE STREET<br>SUITE 300<br>BURLINGTON, VT 05401 | TAI MO SHAN LIMITED<br>ATTN: JUMP OPERATIONS, LLC LEGAL DEPT<br>600 WEST CHICAGO<br>SUITE 600<br>CHICAGO, IL 60654 | TAN RAJAH & CHEAH<br>80 RAFFLES PLACE<br>58-01<br>UOB PLZ 1<br>SINGAPORE 048624  SINGAPORE |
| TERRAFORM LABS KOREA<br>1 WALLICH STREET<br>37-01<br>GUOCO TOWER<br>SINGAPORE 078881  SINGAPORE | THREE ARROW FUND, LTD<br>7 TEMASEK BOULEVARD<br>SUNTEC TOWER ONE 21-04<br>SINGAPORE 038987<br>SINGAPORE | THREE ARROW FUND, LTD<br>C/O: LATHAM & WATKINS LLP<br>ATTN: NIMA H. MOHEBBI & TIFFANY M. IKEDA<br>355 SOUTH GRAND AVENUE, STE 100<br>LOS ANGELES, CA 90071 |

| | | |
|---|---|---|
| THREE ARROW FUND, LTD<br>C/O: LATHAM & WATKINS LLP<br>C HARRIS, A GOLDBERG, B NEVE & N TAOUSSE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 | THREE ARROWS FUND, LTD.<br>C/O ASCENT FUND SERVICES (SINGAPORE) PTE<br>1 FULLERTON ROAD<br>02-01, ONE FULLERTON<br>SINGAPORE  049213  SINGAPORE | TOKEN TERMINAL OY<br>PIENI ROOBERTINKATU 9<br>HELSINKI  00130<br>FINLAND |
| TPC COMMERCIAL PTE LTD<br>ATTN: CHENG HSING YAO<br>1 WALLICH STREET<br>31-01 GUOCO TOWER<br>SINGAPORE  078881  SINGAPORE | TQ VENTURES III LP<br>408 WEST 14TH STREET<br>4TH FLOOR<br>NEW YORK, NY  10014 | TQ VENTURES<br>ATTN: ANDREW MARKS<br>408 WEST 14TH STREET<br>4TH FLOOR<br>NEW YORK, NY  10014 |
| TRANSLUCENCE RESEARCH, INC.<br>651 N BROAD ST<br>STE 201<br>MIDDLETOWN, DE  19709 | TRUSTLESS MEDIA INC<br>C/O COGENCY GLOBAL INC. 850<br>NEW BURTON ROAD<br>SUITE 201<br>DOVER, DE  19904 | TURCAN, MICHAL<br>[ADDRESS REDACTED] |
| U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE.<br>NW<br>WASHINGTON, DC  20530 | U.S. DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC  20220 | VALIDO, MIGUEL<br>[ADDRESS REDACTED] |
| WARN, JARED<br>[ADDRESS REDACTED] | WARNERBRING, IB KAI M<br>[ADDRESS REDACTED] | WONGPARTNERSHIP LLP<br>C/O: SMITHA MENON<br>12 MARINA BOULEVARD<br>LEVEL 28 MARINA BAY FINANCIAL CNTR TWR 3<br>SINGAPORE  018982  SINGAPORE |

Total: 135