**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                      :
                                      :
In re                                 :       Chapter 11
                                      :
TERRAFORM LABS PTE. LTD.,             :       Case No. 24–10070 (BLS)
                                      :
           Debtor.                    :
                                      :
-------------------------------------------------------- x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Ronit J. Berkovich of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153-0119, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Date:   January 22, 2024
        Wilmington, Delaware

/s/  Zachary I. Shapiro
Zachary I. Shapiro (No. 5103)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email: shapiro@rlf.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York, and the United States Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, the Revised Standing Order for District Court Fund effective September 1, 2016, and the Standing Order effective January 1, 2024. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 22, 2024

*/s/ Ronit J. Berkovich*
Ronit J. Berkovich
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: ronit.berkovich@weil.com

## <u>ORDER GRANTING MOTION</u>

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.