IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terraform Labs Pte. Ltd., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that he (i) is admitted to the State Bars of New York and New Jersey, as well as admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Court for the District of New Jersey; (ii) is in good standing in all jurisdictions in which he is admitted to practice; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

Dated:  January 26, 2024
Atlanta, Georgia

     /s/ *William M. Uptegrove*
William M. Uptegrove
NY Bar No. 4846622; NJ Bar No. 031602003
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Telephone:  (404) 842-5765
E-mail:  uptegrovew@sec.gov