**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
: 
: 
**In re**                                              :      **Chapter 11**
: 
**TERRAFORM LABS PTE. LTD.,**          :      **Case No. 24–10070 (BLS)**
: 
**Debtor.**                                        :
:
------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Douglas W. Henkin of Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020-1089, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Date:   January 30, 2024
            Wilmington, Delaware

                                        */s/ Zachary I. Shapiro*
                                        Zachary I. Shapiro (No. 5103)
                                        **RICHARDS, LAYTON & FINGER, P.A.**
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware  19801
                                        Telephone:  (302) 651-7700
                                        Facsimile:  (302) 651-7701
                                        Email: shapiro@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Courts for the Southern District of New York, the Eastern District of New York, the Western District of New York, the District of Colorado, and the District of Columbia, and the United States Courts of Appeals for the First, Second, Third, Fifth, Sixth, Seventh, Ninth, Tenth Circuits, and the District of Columbia Circuits, and the United States Court of Federal Claims, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, the Revised Standing Order for District Court Fund effective September 1, 2016, and the Standing Order effective January 1, 2024. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 30, 2024

*/s/ Douglas W. Henkin*
Douglas W. Henkin
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
E-mail: douglas.henkin@dentons.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.