**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                               :
                               :
**In re**                           :         **Chapter 11**
                               :
**TERRAFORM LABS PTE. LTD.,**    :         **Case No. 24–10070 (BLS)**
                               :
           **Debtor.**               :
                               :
---------------------------------------------------------- x

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Mark G. Califano of Dentons US LLP, 1900 K Street NW, Washington, D.C. 20006, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Date:   January 30, 2024
           Wilmington, Delaware

                                              */s/  Zachary I. Shapiro*
                                              Zachary I. Shapiro (No. 5103)
                                              **RICHARDS, LAYTON & FINGER, P.A.**
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, Delaware  19801
                                              Telephone:  (302) 651-7700
                                              Facsimile:   (302) 651-7701
                                              Email: shapiro@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and am admitted to practice before the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, the Revised Standing Order for District Court Fund effective September 1, 2016, and the Standing Order effective January 1, 2024. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 30, 2024

*/s/ Mark G. Califano*
Mark G. Califano
**DENTONS US LLP**
1900 K Street NW
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
E-mail: mark.califano@dentons.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 31st, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**