## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
:
In re                                   :   Chapter 11
:
TERRAFORM LABS PTE. LTD.,               :   Case No. 24–10070 (BLS)
:
Debtor.[1]                              :
:
---------------------------------------------------------- x

**NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED DOCUMENTS AND (II) *AMENDED*[2] AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 31, 2024 AT *2:00 P.M. (ET)*,[3] BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1[4]**

> **PARTIES MAY APPEAR IN-PERSON OR ATTEND THIS HEARING REMOTELY.**
>
> **COURTCALL WILL NOT BE USED TO DIAL IN.  TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**
>
> **IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2] *Amended items appear in bold italics.*

[3] *At the direction of the Court, the hearing time has been rescheduled from 1:30 p.m. (ET) to 2:00 p.m. (ET).*

[4] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

PLEASE TAKE NOTICE that on January 21, 2024, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the following voluntary petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.  Voluntary Petition:

1.  Terraform Labs Pte. Ltd. [Docket No. 1 – filed January 21, 2024]

PLEASE TAKE FURTHER NOTICE that, in addition to filing the Petition, the Debtor filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.  First Day Declarations:

2.  Declaration of Chris Amani in Support of the Debtor's Chapter 11 Petition and First Day Relief [Docket No. 18 – filed January 30, 2024]

3.  Declaration of Michael Leto in Support of the Debtor's First Day Motions [Docket No. 22 – filed January 30, 2024]

C.  First Day Motions:

4.  Application of Debtor for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtor, Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 17 – filed January 29, 2024]

5.  Motion of Debtor for Entry of Order (I) Authorizing the Debtor to File Under Seal (A) Portions of the Creditor Matrix and (B) the Personal Information in Other and Future Filings, and (II) Granting Related Relief [Docket No. 11 – filed January 11, 2024]

6.  Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 20 – filed January 30, 2024]

7.  Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Use Treasury Management System, (II) Authorizing Continuation of Intracompany and Intercompany Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 21 – filed January 30, 2024]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for January 31, 2024, at 1:30 p.m. (ET) before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**"). Parties may appear at the First Day Hearing in-person or participate remotely.

Parties who wish to participate remotely in the First Day Hearing may do so by registering using the ECourt Appearances tool on the Court's website at www.deb.uscourts.gov or click the following link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. After registering your appearance, you will receive a confirmation e-mail containing information about joining the hearing remotely. Parties are required to register for the hearing no later than 4:00 p.m. (ET) on January 30, 2024.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: January 31, 2024
Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com

*Proposed Attorneys for Debtor
and Debtor in Possession*