UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                    :

| | |
|---|---|
| In re | Chapter 11 |
| TERRAFORM LABS PTE. LTD., | Case No. 24–10070 (BLS) |
| Debtor.[1] | Re: Docket No. 11 |

---------------------------------------------------------- x

### ORDER (I) AUTHORIZING THE DEBTOR TO FILE UNDER SEAL (A) PORTIONS OF THE CREDITOR MATRIX AND (B) THE PERSONAL INFORMATION IN OTHER AND FUTURE FILINGS, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), for entry of an order: (a) authorizing the Debtor to file under seal and to redact: (i) certain portions of its Creditor Matrix containing Personal Information[3] and (ii) certain portions of other and future filings containing Personal Information; and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and §1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant

---

[1]     The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2]     Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

[3]     Personal Information is defined in the Motion as "the home address of individuals".

to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing; and all objections to the relief requested in the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Debtor is authorized, but not directed, pursuant to sections 107(c) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rules 1007-2(a) and 9018-1, to file those portions of the Sealed Documents containing the Personal Information under seal and to redact such Personal Information in the Sealed Documents. The Personal Information shall be filed under seal, shall remain confidential, and shall not be made available to anyone, other than as provided in Paragraph 3 of this Order, without further order of this Court.

3. In accordance with Local Rule 9018-1, the Debtor shall provide un-redacted versions of the Sealed Documents to the Court and shall provide un-redacted versions of the Sealed Documents to the Receiving Parties on a confidential basis.

4. Nothing in this Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual whose Personal Information is sealed or redacted pursuant to this Order.  Service of all documents and notices upon individuals whose Personal Information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service.  The Debtor shall provide the Personal Information to any party in interest that files a motion that indicates the reason such information is needed and that, after notice and a hearing, is granted by the Court.

5. Any party authorized, pursuant to this Order, to receive copies of the un-redacted Sealed Documents, other than the Court or the U.S. Trustee, (a) shall confirm to the Debtor (which confirmation may be made via electronic email), before receiving copies of the un-redacted Sealed Documents, that such party is bound by the terms of this Order and shall at all times keep the Personal Information strictly confidential and shall not disclose the un-redacted Sealed Documents, the Personal Information, or the contents thereof to any party whatsoever or (b) in the alternative, shall abide by any applicable non-disclosure or confidentiality agreement.

6. Nothing in this Order authorizes the Debtor or any other party to redact or file under seal any portion of any document, including any Sealed Document, that does not constitute Personal Information.

7. The Debtor is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: January 31st, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**