IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **TERRAFORM LABS PTE. LTD.** | Case No. 24–10070 (BLS) |
| Debtor.[1] | Objection Deadline: Feb. 26, 2024 at 4:00p.m. (ET)<br>Hearing Date: March 4, 2024 at 2:30 p.m. (ET)<br><br>Re: Docket Nos. 20 & 35 |

**NOTICE OF (A) ENTRY OF INTERIM ORDER (I) AUTHORIZING
DEBTOR TO (A) PAY PREPETITION WORKFORCE OBLIGATIONS
AND (B) MAINTAIN EMPLOYEE BENEFIT PROGRAMS, AND
(II) GRANTING RELATED RELIEF; AND (B) FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on January 30, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief* [Docket No. 20] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on January 31, 2024, the Court entered the *Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief* [Docket No. 35] (the "**Interim Order**"). A copy of the Interim Order is attached hereto as **Exhibit B**.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30505894v.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **February 26, 2024, at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **March 4, 2024, at 2:30 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 2, 2024
      Wilmington, Delaware

                    */s/ Alexander R. Steiger*
                    RICHARDS, LAYTON & FINGER, P.A.
                    Paul N. Heath (No. 3704)
                    Zachary I. Shapiro (No. 5103)
                    Matthew P. Milana (No. 6681)
                    Alexander R. Steiger (No. 7139)
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    Email:    heath@rlf.com
                                shapiro@rlf.com
                                milana@rlf.com
                                steiger@rlf.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ronit Berkovich (admitted *pro hac vice*)
                    Jessica Liou (admitted *pro hac vice*)
                    F. Gavin Andrews (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Email:    ronit.berkovich@weil.com
                                jessica.liou@weil.com
                                f.gavin.andrews@weil.com

                    *Proposed Attorneys for Debtor*
                    *and Debtor in Possession*

RLF1 30505894v.1