### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re

**TERRAFORM LABS PTE. LTD.**

Debtor.[1]

------------------------------------------------------------- x

:
:
: **Chapter 11**
:
: **Case No. 24–10070 (BLS)**
:
: **Objection Deadline: Feb. 26, 2024 at 4:00p.m. (ET)**
: **Hearing Date: March 4, 2024 at 2:30 p.m. (ET)**
:
: **Re: Docket Nos. 21 & 40**
:
:

**NOTICE OF (A) ENTRY OF INTERIM ORDER (I) AUTHORIZING
DEBTOR TO USE TREASURY MANAGEMENT SYSTEM,
(II) AUTHORIZING CONTINUATION OF INTERCOMPANY
AND INTRACOMPANY TRANSACTIONS, (III) EXTENDING TIME TO
COMPLY WITH REQUIREMENTS OF 11 U.S.C. § 345(b), AND
(IV) GRANTING RELATED RELIEF; AND (B) FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on January 30, 2024, Terraform Labs Pte. Ltd., as

debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the

*Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Use Treasury*

*Management System, (II) Authorizing Continuation of Intracompany and Intercompany*

*Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV)*

*Granting Related Relief* [Docket No. 21] (the "**Motion**") with the United States Bankruptcy Court

for the District of Delaware (the "**Court**").  A copy of the Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider

the Motion on February 2, 2024, the Court entered the *Interim Order (I) Authorizing Debtor to*

*Use Treasury Management System, (II) Authorizing Continuation of Intercompany and*

*Intracompany Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C.*

---

[1]   The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

*§ 345(b), and (IV) Granting Related Relief* [Docket No. 40] (the "**Interim Order**").  A copy of the Interim Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **February 26, 2024, at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **March 4, 2024, at 2:30 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

RLF1 30506011v.1

Dated:  February 2, 2024
        Wilmington, Delaware

/s/ Alexander R. Steiger
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:      heath@rlf.com
            shapiro@rlf.com
            milana@rlf.com
            steiger@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:      ronit.berkovich@weil.com
            jessica.liou@weil.com
            f.gavin.andrews@weil.com

*Proposed Attorneys for Debtor*
*and Debtor in Possession*

RLF1 30506011v.1