# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/5/2024 |
| Case: 24−10070−BLS | Form ID: van472 | Total: 15 |

**Recipients of Notice of Electronic Filing:**
```
ust         U.S. Trustee              USTPRegion03.WL.ECF@USDOJ.GOV
aty         Alexander R. Steiger      steiger@rlf.com
aty         Jane M. Leamy             jane.m.leamy@usdoj.gov
aty         Linda Richenderfer        Linda.Richenderfer@usdoj.gov
aty         Mark Califano             mark.califano@dentons.com
aty         Matthew P. Milana         milana@rlf.com
aty         Zachary I Shapiro         shapiro@rlf.com
```
                                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Terraform Labs Pte. Ltd.      1 Wallich Street      #37−01      Guoco Tower 078881 SINGAPORE
aty         Christine Calabrese      Weil, Gotshal & Manges LLP      767 Fifth Avenue      New York, NY 10153−0119
aty         Douglas W. Henkin      Dentons US LLP      1221 Avenue of the Americas      New York, NY 10020−1089
aty         F. Gavin Andrews      Weil, Gotshal & Manges LLP      767 Fifth Avenue      New York, NY 10153−0119
aty         Jared Friedmann      Weil Gotshal & Manges LLP      767 Fifth Avenue      New York, NY 10153
aty         Jessica Liou      Weil Gotshal & Manges LLP      767 Fifth Avenue      New York, NY 10153
aty         Ronit J. Berkovich      WEIL, GOTSHAL & MANGES LLP      767 Fifth Avenue      New York, NY 10153
aty         Taylor Jones      Weil, Gotchal & Manges LLP      767 Fifth Avenue      New York, NY 10153
```
                                                                                                TOTAL: 8