IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
: 
Debtor.[1] :
: 
------------------------------------------------------------ x

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 case for March 4, 2024 at 2:30 p.m. (prevailing Eastern Time) before The Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, has been rescheduled to **March 5, 2024 at 2:30 p.m. (prevailing Eastern Time)**. All matters previously scheduled to be heard on March 4, 2024 at 2:30 p.m. (prevailing Eastern Time) will now be heard on **March 5, 2024 at 2:30 p.m. (prevailing Eastern Time)**.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30525488v.1

Dated:  February 6, 2024
       Wilmington, Delaware

                         */s/ Matthew P. Milana*
                         RICHARDS, LAYTON & FINGER, P.A.
                         Paul N. Heath (No. 3704)
                         Zachary I. Shapiro (No. 5103)
                         Matthew P. Milana (No. 6681)
                         One Rodney Square
                         920 North King Street
                         Wilmington, Delaware 19801
                         Telephone: (302) 651-7700
                         Email:    heath@rlf.com
                                       shapiro@rlf.com
                                       milana@rlf.com

                         -and-

                         WEIL, GOTSHAL & MANGES LLP
                         Ronit Berkovich (admitted *pro hac vice*)
                         Jessica Liou (admitted *pro hac vice*)
                         F. Gavin Andrews (admitted *pro hac vice*)
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Email: ronit.berkovich@weil.com
                                   jessica.liou@weil.com
                                   f.gavin.andrews@weil.com

                         *Proposed Attorneys for Debtor*
                         *and Debtor in Possession*