IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
:
Debtor.[1] :
: Re: Docket No. 18
:
------------------------------------------------------------ x

**NOTICE OF ERRATUM REGARDING
DECLARATION OF CHRIS AMANI IN SUPPORT OF THE
DEBTOR'S CHAPTER 11 PETITION AND FIRST DAY RELIEF**

PLEASE TAKE NOTICE that, on January 30, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**" or "**TFL**"), filed the *Declaration of Chris Amani in Support of the Debtor's Chapter 11 Petition and First Day Relief* [Docket No. 18] (the "**First Day Declaration**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Debtor files this (this "**Notice**") to replace "June 2022" with "January 2022" in the beginning of the fourth sentence of paragraph 1 of the First Day Declaration, so that it reads "Prior to joining TFL in January 2022, I was Senior Vice President of Product, M&A, & Partnerships at TimeClockPlus, LLC ("**TCP Software**"), a global technology company. . . .". The contents of this Notice are incorporated by reference into the First Day Declaration as if set forth fully therein.

PLEASE TAKE FURTHER NOTICE that, if called upon to testify, Mr. Amani would testify competently to the facts set forth in the First Declaration as modified by this Notice.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30515959v.2

Dated:  February 7, 2024
       Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Paul N. Heath (No. 3704)
        Zachary I. Shapiro (No. 5103)
        Matthew P. Milana (No. 6681)
        Alexander R. Steiger (No. 7139)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Email:   heath@rlf.com
                    shapiro@rlf.com
                    milana@rlf.com
                    steiger@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ronit Berkovich (admitted *pro hac vice*)
        Jessica Liou (admitted *pro hac vice*)
        F. Gavin Andrews (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Email:   ronit.berkovich@weil.com
                    jessica.liou@weil.com
                    f.gavin.andrews@weil.com

        *Proposed Attorneys for Debtor*
        *and Debtor in Possession*