IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                       :

In re                                                     :        Chapter 11

**TERRAFORM LABS PTE. LTD.**      :        Case No. 24–10070 (BLS)

            Debtor.[1]                        :        Re: Docket No. 1

------------------------------------------------------------ x

**NOTICE OF FILING OF AMENDED LIST OF
CREDITORS HOLDING LARGEST UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on January 21, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code by filing a petition [Docket No. 1] (the "**Petition**").  Attached to the Petition was the *List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders* (the "**Top Creditors List**").

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files an amended Top Creditors List (the "**Amended Top Creditors List**"), a copy of which is attached hereto as **Exhibit A**.  The Debtor is filing the Amended Top Creditors List to revise contact information for certain creditors and to identify additional creditors of the Debtor, which creditors are listed at numbers 1, 2, 12, and 19 on such list.

---

[1]     The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30498886v.2

Dated: February 7, 2024
      Wilmington, Delaware

                                      */s/ Matthew P. Milana*
                                      RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
         shapiro@rlf.com
         milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
       jessica.liou@weil.com
       f.gavin.andrews@weil.com

*Proposed Attorneys for Debtor*
*and Debtor in Possession*