**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TERRAFORM LABS PTE. LTD.,[1] | Case No. 24–10070 (BLS) |
| Debtors. | **Ref. Docket Nos. 47 & 48** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2024, I caused to be served the:

   a. "Notice of Chapter 11 Bankruptcy Case," filed on February 6, 2024 [Docket No. 47], (the "Meeting Notice"), and

   b. "Notice of Rescheduled Omnibus Hearing," dated February 6, 2024 [Docket No. 48], (the "Hearing"),

   by causing true and correct copies of the:

   c. Meeting Notice and Hearing to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   d. Meeting Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

   e. Meeting Notice and Hearing to be delivered via electronic mail to those parties listed on the annexed Exhibit C, and

   f. Meeting Notice and Hearing to be delivered via electronic mail to those CM/ECF parties listed on the annexed Exhibit D, in accordance with Local Rule 5004-4(c)(ii).

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4.  In addition, I hereby certify that the referenced documents were electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Geoff Zahm*
Geoff Zahm

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACA ENGRG PTE LTD | ATTN: POHYEE SONG 27 MANDAI ESTATE 07-07 INNOVATION PLACE, TOWER 2 SINGAPORE 729931 SINGAPORE |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | ATTN: VINCENT CHIUA 4 PENJURU PLACE 01-23 2.8 PENJURU TECH HUB SINGAPORE 608782 SINGAPORE |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | ATTN: ERIC CHEE 21 TOH GUAN ROAD EAST 06-13 TOH GUAN CENTRE SINGAPORE 608609 SINGAPORE |
| CLOUDFLARE, INC. | ATTN: MICHELLE ZATLYN 101 TOWNSEND STREET SAN FRANCISCO CA 94107 |
| DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| ESHARES, INC. DBA CARTA, INC. | 333 BUSH STREET SUITE 2300 SAN FRANCISCO CA 94104 |
| ETHAN LEE | ADDRESS ON FILE |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| K&L GATES LLP | ATTN: DREW HINKES 210 SIXTH AVENUE K&L GATES CENTER PITTSBURGH PA 15221 |
| MINISTRY OF FINANCE | ATTN: JEREMIAH FRETT FINANCIAL SECRETARY GOVERNMENT OF THE VIRGIN ISLANDS ROAD TOWN, TORTOLA VG 1110 VIRGIN ISLANDS |
| NANSEN PTE. LTD | ATTN: ALEXANDER SVANEVIK 111 SOMERSET RD, 03-09 SINGAPORE 238164 SINGAPORE |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE ATTN: LINDA RICHENDERFER, ESQ. 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OKCOIN | ATTN: CLIFFORD CHANCE 27TH FLOOR, JARDINE HOUSE ONE CONNAUGHT PLACE HONG KONG HONG KONG |
| OMNICOM GROUP INC | ATTN: KEVIN LAWLOR 1615 L STREET NW SUITE 400 WASHINGTON DC 20036 |
| PAGERDUTY, INC. | ATTN: JENNIFER TEJADA CEO DREAMPLUS 1219 311 GANGNAM-DAERO, SEOCHO-GU SEOUL 16628 KOREA, REPUBLIC OF |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: DEVON STAREN 100 F STREET, NE WASHINGTON DC 20549-5985 |
| SINGTEL | ATTN: BOON KOH CFO 31 EXETER ROAD COMCENTRE SINGAPORE 239732 SINGAPORE |
| STANDARD CRYPTO VENTURE FUND I LP | ATTN: ASHLEY SWEREN 1225 4TH STREET 525 SAN FRANCISCO CA 94158 |
| SUBMC1 | 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TOKEN TERMINAL OY | PIENI ROOBERTINKATU 9 HELSINKI 00130 FINLAND |
| TPC COMMERCIAL PTE LTD | ATTN: CHENG HSING YAO 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TQ VENTURES | ATTN: ANDREW MARKS 408 WEST 14TH STREET 4TH FLOOR NEW YORK NY 10014 |
| WINTERMUTE TRADING | ATTN: OLIVER FELTON MISHCON DE REYA LLP AFRICA HOUSE, 70 KINGSMAN LONDON WC2B 6AH UNITED KINGDOM |

**Total Creditor count  29**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 1KX, LP | C/O MAPLES CORPORATE SERVICES LIMITED UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| 8C MANAGEMENT LLC | 3 COLUMBUS CIRCLE SUITE 1606 NEW YORK NY 10019 |
| ACCOUNTING AND CORPORATE | REGULATORY AUTHORITY 03-02, REVENUE HOUSE 55 NEWTON ROAD SINGAPORE 307987 SINGAPORE |
| ADEMCO FAR EAST PTE LTD | 315 OUTRAM ROAD #08-03 TAN BOON LIAT BUILDING SINGAPORE 169074 SINGAPORE |
| ADOBE ACROBAT | C/O: ADOBE SYSTEMS SOFTWARE IRELAND LTD 4-6 RIVERWALK CITYWEST BUSINESS PARK DUBLIN IRELAND |
| AGHA, KARIM | POLAND |
| AIG ASIA PACIFIC INSURANCE PTE. LTD. | 78 SHENTON WAY #09-16 AIG BUILDING SINGAPORE 079120 SINGAPORE |
| AIR CHARTER SERVICE | THREE, TEMASEK AVE #22-02 CENTENNIAL TOWER SINGAPORE 39190 SINGAPORE |
| ALLES LABS PTE LTD | 20A TANJONG PAGAR ROAD SINGAPORE 088443 SINGAPORE |
| ALVES, EDUARDO | ADDRESS ON FILE |
| AMANI, ARRASH | ADDRESS ON FILE |
| AMAZON WEB SERVICES KOREA | L12, EAST TOWER 231, TEHERAN-RO GANGNAM-GU SEOUL 06142 KOREA, REPUBLIC OF |
| AMAZON WEB SERVICES SINGAPORE | 1, 17-00, ROBINSON ROAD AIA TOWER SINGAPORE 048542 SINGAPORE |
| AMAZON WEB SERVICES SINGAPORE | BY AMAZON WEB SERVICES SINGAPORE PRIVATE 23 CHURCH STREET CAPITAL SQ., UNIT 10-01 TO 10-04 SINGAPORE 049481 SINGAPORE |
| AMBER TECHNOLOGIES LIMITED | ATTN: PARTNERS YAMRAJ BUILDING, 3RD FLOOR MARKET SQUARE, P.O. BOX 3175 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| ANTICIMEX PEST MANAGEMENT PTE LTD | 3A INTERNATIONAL BUSINESS PARK 11-01 ICONIBP SINGAPORE 609935 SINGAPORE |
| ANTICIMEX PEST MANAGEMENT PTE LTD | 3A INTERNATIONAL BUSINESS PARK #11-01 ICON SINGAPORE 609935 SINGAPORE |
| APE BOARD PTE LTD | INTERNATIONAL PLAZA 10 ANSON ROAD SINGAPORE 079903 SINGAPORE |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | 4 PENJURU PLACE 2.8 PENJURU TECH HUB #01-23 SINGAPORE 608782 SINGAPORE |
| ARNOLD, JASON | ADDRESS ON FILE |
| ARVIN BURAAT NBFI AKA XGROUND INC | ARVIN BURAAT NBFI LLC, KHOROO 16, DANDAR STREET, UNDUR TSAIZ BUILDING OFFICE NO. 203., BAYANZURKH DISTRICT ULAANBAATAR CITY MONGOLIA |
| ASPIRE BANK | 1 SYED ALWI RD #04-01 SINGAPORE 207628 SINGAPORE |
| ATOZ SG ACCOUNTING PTE LTD | 10 ANSON ROAD #34-10 INTERNATIONAL PLAZA SINGAPORE 079903 SINGAPORE |
| ATOZ SG ACCOUNTING PTE. LTD. | 8 BEACH RD #17-12 SOUTH BEACH TOWER SINGAPORE 189767 SINGAPORE |
| AUTHLAYER INC. AKA ZEFI | ATTN: HALIM MD 2261 MARKET STREET SAN FRANCISCO CA 94114 |
| AVALANCHE (BVI), INC AKA AVAX | FLOOR 4 BANCO POPULAR BUILDING ROAD TOWN TORTOLA VG1110 VIRGIN ISLANDS (BRITISH) |
| AXLER, NOAH | ADDRESS ON FILE |
| BAIGALMAA, TUGULDUR | ADDRESS ON FILE |
| BANK OF INTERNATIONAL SETTLEMENTS | 78TH FLOOR, TWO INTERNATIONAL FINANCE CENTRE 8 FINANCE STREET, CENTRAL HONG KONG CHINA |
| BANK OF INTERNATIONAL SETTLEMENTS | TORRE CHAPULTEPEC RUBEN DARIO 281 - 17TH FLOOR COL. BOSQUE DE CHAPULTEPEC DEL. MIGUEL HIDALGO 11580 MEXICO |
| BANK OF INTERNATIONAL SETTLEMENTS | CENTRALBAHNPLATZ 2, 4051 BASEL TOWER BUILDING, HEADQUARTERS BASEL 4051 SWITZERLAND |
| BANK OF INTERNATIONAL SETTLEMENTS | AESCHENPLATZ 1 BOTTA BUILDING BASEL 4051 SWITZERLAND |
| BELTRAN, HULIAN MORENO | C/O DREW & NAPIER LLC 10 COLLYER QUAY #10-01 OCEAN FINANCIAL CENTRE SINGAPORE 049315 SINGAPORE |
| BERNSTEIN, CAYDEN | ADDRESS ON FILE |
| BEST HOME REAL ESTATE LLC | ATTN: MUHAMMAD RAZA SHEIKH JABER AL-SABAH ST 2 AL NUAIMIA AJMAN UNITED ARAB EMIRATES |
| BFXWW INC AKA BITFINEX | C/O SHRM TRUSTEES (BVI) LIMITED TRINITY CHAMBERS PO BOX 4301 ROAD TOWN TORTOLA VG1110 VIRGIN ISLANDS (BRITISH) |
| BIG LABS | VIA ABBAZIA 8 FANO 61032 ITALY |
| BIG LABS S.R.L. SEMPLIFICATA | VIA FRANCESCO VITALINI 41 ROME 00155 ITALY |

| Claim Name | Address Information |
|---|---|
| BIG LABS S.R.L. SEMPLIFICATA | VIA ROMA 11 FANO PU 61032 ITALY |
| BINANCE CAPITAL MANAGEMENT CO., LTD | ATTN: LEGAL TEAM 30 DE CASTRO STREET WICKHAMS CAY 1, PO BOX 4519 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| BITMONEX LLC | AYUD TOWER 15TH FLOOR 1ST KHOROO SUKHBAATAR DISTRICT ULAANBAATAR MONGOLIA |
| BITRUE SINGAPORE PTE LTD | CENTRO BIANCO 73 UPPER PAYA LEBAR ROAD #06-01C SINGAPORE 534818 SINGAPORE |
| BLOCKPOUR PTE. LTD. | 90 EU TONG SEN STREET #03-02B SINGAPORE 059811 SINGAPORE |
| BOSKOV, ALEKSA | ADDRESS ON FILE |
| BREADNBEYOND | ATTN: ANDRE OENTORO SPAZIO 24 HOUR OFFICES LEVEL 5 JL. MAYJEND YONO SOEWOYO, #525, KAV. 3 SURABAYA EAST JAVA 60226 INDONESIA |
| BREEZE LABS, INC | 3RD FLOOR 225-15 PANGYOYEOK-RO, BUNDANG-GU SEONGNAM 13494 KOREA, REPUBLIC OF |
| BRIGATI, JOSHUA | ADDRESS ON FILE |
| BROWN, MICHAEL | ADDRESS ON FILE |
| BTBLOCK | ATTN: TAMMY KAHN PO BOX 147044 LAKEWOOD CO 80214 |
| BUGCROWD | 300 CALIFORNIA STREET SUITE 220 SAN FRANCISCO CA 94104 |
| BUGCROWD | 921 FRONT STREET SUITE 100 SAN FRANCISCO CA 94111 |
| BUILD REPUBLIC INC | ATTN: ANGELO ALESSIO 418 E LAKESIDE AVENUE COEUR D'ALENE ID 83814 |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT | PO BOX 942840 SACRAMENTO CA 94240-0040 |
| CANDEAGO, ALESSANDRO | ADDRESS ON FILE |
| CEHIC, NIKOLA | ADDRESS ON FILE |
| CENTRAL PROVIDENT FUND BOARD (CPF) | 238B THOMSON ROAD #08-00 TOWER B NOVENA SQUARE SINGAPORE 307685 SINGAPORE |
| CENTRODEX ENGINEERING PTE LTD | 81 TAGORE LANE #04-05 TAG A SINGAPORE 787502 SINGAPORE |
| CERTIK, LLC | ATTN: RONGHUI GU 12 EAST 49TH STREET SUITE 4011 NEW YORK NY 10017 |
| CHACHURA, RADZION | ADDRESS ON FILE |
| CHAN, MARK | ADDRESS ON FILE |
| CHAOS LABS, INC | ATTN: OMER GOLDBERG 7 MITCHELL DRIVE GREAT NECK NY 11024 |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | 21 TOH GUAN ROAD EAST #06-13 TOH GUAN CENTRE SINGAPORE 608609 SINGAPORE |
| CHUNG, JESSE | KOREA, THE D.P.R OF |
| CIELMA, LESZEK | ADDRESS ON FILE |
| CIMB BANK | 30 RAFFLES PL #03-03 SINGAPORE 048622 SINGAPORE |
| CIRCLECI | 201 SPEAR ST #1200 SAN FRANCISCO CA 94105 |
| CIVILIZED DISCOURSE CONSTRUCTION KIT, | INC AKA DISCOURSE ATTN: SARAH HAWK 8 THE GREEN SUITE #8383 DOVER DE 19901 |
| CLOUDFLARE, INC. | 101 TOWNSEND STREET SAN FRANCISCO CA 94107 |
| COINALPHA, INC. / HUMMINGBOT FOUNDATION | 800 WEST EL CAMINO REAL SUITE 180 MOUNTAIN VIEW CA 94040 |
| COINBASE CUSTODY TRUST COMPANY, LLC | 200 PARK AVENUE SOUTH SUITE 1208 NEW YORK NY 10003 |
| COLARES GUERRA, CLAUDIO FILIPE | ADDRESS ON FILE |
| COLLAS CRILL | 125 MAIN STREET P.O. BOX 144 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| COLLAZO, MANUEL | ADDRESS ON FILE |
| COMMODITY FUTURES TRADING COMMISSION | THREE LAFAYETTE CENTRE 1155 21ST STREET NW WASHINGTON DC 20581 |
| CONCENTRIC ADVISORS INC. | ATTN: STEVE DEVEREUX 5150 CARILLON POINT KIRKLAND WA 98033 |
| CONCEPT ART HOUSE, INC. AKA CAH | ATTN: JENNIE MARTINEZ 548 MARKET ST. PMB 51459 SAN FRANCISCO CA 94104-5401 |
| CONFIO OU AKA COSMWASM | CONFIO GMBH POTSDAMER PLATZ 1 BERLIN 10785 GERMANY |
| CORNERSTONE RESEARCH | 599 LEXINGTON AVENUE 40TH FLOOR NEW YORK NY 10022-7642 |
| CORREIA SOARES, JOSE PEDRO | ADDRESS ON FILE |
| CRYSTAL NET PTE LTD | 69 UBI RD 1 #05-29 SINGAPORE 408731 SINGAPORE |
| CURRAN, BRIAN | ADDRESS ON FILE |
| DA COSTA GIRAO, BRUNO MIGUEL | ADDRESS ON FILE |
| DA COSTA LOURES, MIGUEL ANGELO | ADDRESS ON FILE |
| DA CRUZ BRANDAO, FILIPA JOAO | ADDRESS ON FILE |
| DAI, FRANK | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| DBS BANK | 12 MARINA BOULEVARD DBS ASIA CENTRAL MARINA BAY FINANCIAL CENTER, TOWER 3 SINAPORE 018982 SINGAPORE |
| DDC ADVOCACY LLC D/B/A DDC PUBLIC | AFFAIRS AKA OMNICOMPRGROUP ATTN: MICHAEL FLEISCHER 805 15TH STREET, NW, SUITE 300 WASHINGTON DC 02005 |
| DE ALMEIDA PEREIRA, MARIANA | ADDRESS ON FILE |
| DE CINTRA MAURICIO, GUSTAVO MARREIROS | ADDRESS ON FILE |
| DE GEYTER, TOON | ADDRESS ON FILE |
| DEEL, INC | 425 1ST SAN FRANCISCO CA 94105 |
| DEEL, INC | 425 1ST STREET UNIT 1502 SAN FRANCISCO CA 94105 |
| DEFI ALLIANCE DELAWARE FEEDER LLP | C/O DEFI ALLIANCE LLC 9114 WAUKEGAN ROAD SUITE 681 MORTON GROVE IL 60053 |
| DEFI LIMITED | ATTN: KONSTANTIN LOMASHUK GENESIS BUILDING, 5TH FLOOR GENESIS CLOSE, PO BOX 446 GEORGE TOWN KY1 1106 CAYMAN ISLANDS |
| DELPHI LABS GLOBAL PARTNERS LLP | ATTN: JOSE MACEDO 97A ELDERFIELD ROAD LONDON E5 0LE UNITED KINGDOM |
| DENTONS LEE | 14F, POONGSAN BLDG. 23 CHUNGJEONG-RO SEODAEMUN-GU SEOUL 03737 KOREA, REPUBLIC OF |
| DENTONS SG | 2TH FLOOR, 9-16 YEONMUJANG 5-GIL SEONGDONG-GU SEOUL KOREA, REPUBLIC OF |
| DENTONS US LLP | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DENTONS US LLP | 1900 K STREET NW WASHINGTON DC 20006-1102 |
| DING, CONG | CHINA |
| DOCUSIGN, INC. | 221 MAIN ST. SUITE 1000 SAN FRANCISCO CA 94105 |
| DOS SANTOS SACADURA, HENRIQUE MESTRE | ADDRESS ON FILE |
| DOS SANTOS VEIGA FERREIRA, ANDRE | ADDRESS ON FILE |
| DOUGLAS E. WHITNEY | ADDRESS ON FILE |
| DRAGASEVIC, DIMITRIJE | ADDRESS ON FILE |
| DREW & NAPIER LLC | 10 COLLYER QUAY 10-01 OCEAN FINANCIAL CENTRE SINGAPORE 049315 SINGAPORE |
| DUBEL & ASSOCIATES, LLC - JOHN S. DUBEL | 22 1ST ST SOUTH ORANGE NJ 07079 |
| ECOLOGY LIMITED | ATTN: IVAN LIANG FORTUNE FINANCIAL CENTER, LEVEL 26 NO5 DONG SAN HUAN ZHONG RD CHAOYANG DIST BEIJING CHINA |
| ECOSENSE SOLUTIONS PTE LTD | 531A UPPER CROSS STREET HONG LIM COMPLEX SINGAPORE 051531 SINGAPORE |
| ELDRIC MARKETING PTE LTD | 5 PEREIRA RD #02-01 ASIAWIDE INDUSTRIAL BUILDING SINGAPORE 368025 SINGAPORE |
| ELLIOTT KWOK LEVINE & JAROSLAW LLP | ATTN: MATTHEW LEVINE 565 FIFTH AVENUE 7TH FLOOR NEW YORK NY 10017 |
| ENTERPRISE MANAGEMENT PTE LTD SGD | 101 THOMSON RD #14-02/03 UNITED SQUARE SINGAPORE 307591 SINGAPORE |
| ENTERPRISE SINGAPORE | 230 VICTORIA STREET LEVEL 9, BUGIS JUNCTION OFFICE TOWER SINGAPORE 188024 SINGAPORE |
| EXPENSIFY, INC. | 401 SW 5TH AVENUE PORTLAND OR 97204-2205 |
| FALCONX LIMITED | LEVEL G OFFICE 1/1191 QUANTUM HOUSE 75, ABATE RIGORD STREET TA' XBIEX XBX 1120 MALTA |
| FERBER, SAMUEL | ADDRESS ON FILE |
| FERNANDES, JOAO | ADDRESS ON FILE |
| FERNANDES, PEDRO | ADDRESS ON FILE |
| FIDELITY INVESTMENTS | 245 SUMMER STREET BOSTON MA 02210 |
| FINKE, ANDREAS | ADDRESS ON FILE |
| FLIPSIDE CRYPTO, INC. | ATTN: MICHAEL FEATHERSTONE 207 SOUTH STREET 5TH FLOOR BOSTON MA 02111 |
| FLORIO, LAWRENCE | ADDRESS ON FILE |
| GAJEK, MAX | ADDRESS ON FILE |
| GAN YI DONG, DOUGLAS | C/O DREW & NAPIER LLC 10 COLLYER QUAY #10-01 OCEAN FINANCIAL CENTRE SINGAPORE 049315 SINGAPORE |
| GEE, STEPHEN WILLIAMS | ADDRESS ON FILE |
| GITBOOK INC | 440 N BARRANCA AVE #7171 COVINA CA 91723 |
| GITHUB, INC. | 88 COLIN P. KELLY JR. STREET SAN FRANCISCO CA 94107 |

| Claim Name | Address Information |
|---|---|
| GLOBAL MAIDEN INTERNATIONAL LIMITED | ELLEN L. SKELTON BUILDING SECOND FLOOR FISHERS LANE ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| GOLDICH, MARC | ADDRESS ON FILE |
| GOMES, BRUNO CARVALHO | ADDRESS ON FILE |
| GOOGLE ASIA PACIFIC PTE. LTD. | 70 PASIR PANJANG ROAD #03-71 MAPLETREE BUSINESS CITY SINGAPORE 117371 SINGAPORE |
| GORSKI, ERIC | ADDRESS ON FILE |
| GUPTA, AAYUSH | ADDRESS ON FILE |
| HAN, CJ | SINGAPORE |
| HARASTASAN, EMILIAN-BOGDAN | ADDRESS ON FILE |
| HASHICORP, INC. | 101 2ND STREET SUITE 700 SAN FRANCISCO CA 94105 |
| HAWAII DEPARTMENT OF TAXATION | 830 PUNCHBOWL STREET HONOLULU HI 96813-5094 |
| HEX CAPITAL GROUP LIMITED | HEX CAPITAL GROUP LTD TREASURY SINGAPORE 9/F, H CODE, HIGH BLOCK 45 POTTINGER STREET CENTRAL HONG KONG |
| HEX TECHNOLOGIES LIMITED AKA HEX TRUST | C/O: HEX TECHNOLOGIES LIMITED ATTN: ALESSO QUAGLINI 42-46 WANG LUNG ST OXFORD FACTORY BLDING RM A326 BLOCK A3/F TSUEN WAN HONG KONG |
| HEX TRUST LIMITED | FINLAYSON GREEN #06-03 ONE FINLAYSON GREEN SINGAPORE 049246 SINGAPORE |
| HIGH COURT OF SINGAPORE | 1 SUPREME CT LN SINGAPORE 178879 SINGAPORE |
| HOF CAPITAL GROWTH OPPORTUNITY XX, LLC | 3 HUBERT ST. NEW YORK NY 10013 |
| HOLSMAN, IAN | AUSTRALIA |
| HORAL, ARTUR | ADDRESS ON FILE |
| HSIEH, PETER | ADDRESS ON FILE |
| HUGHES, NATHANIEL | ADDRESS ON FILE |
| HYPHEN LABS LTD | C/O: HYPHEN LABS LTD TREASURY SINGAPORE 234 BOCANA STREET SAN FRANCISCO CA 94110 |
| INLAND REVENUE AUTHORITY OF SINGAPORE | 55 NEWTON RD, REVENUE HOUSE SINGAPORE 307987 SINGAPORE |
| INTERNAL REVENUE SERVICES | 1111 CONSTITUTION AVE NW WASHINTON DC 20224 |
| INTERNATIONAL MONETARY FUND | 700 19TH STREET, N.W. WASHINGTON DC 20431 |
| INTERNATIONAL MONETARY FUND | 1900 PENNSYLVANIA AVE NW WASHINGTON DC 20431 |
| J.S. HELD LLC | 50 JERICHO QUADRANGLE SUITE 117 JERICHO NY 11753 |
| JETMAR, JIRI | ADDRESS ON FILE |
| JIDKOV, VLADISLAV | ADDRESS ON FILE |
| JOHN EDWIN, MASLIN | ADDRESS ON FILE |
| JOLBORDI, SHOTA | ADDRESS ON FILE |
| JONES LANG LASALLE PROPERTY CONSULTANTS | ATTN: ZOE HO 88 MARKET STREET #35-01, CAPITASPRING SINGAPORE 408948 SINGAPORE |
| JUNGE, GREGORY | ADDRESS ON FILE |
| K&L GATES LLP | SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD. SUITE 3900 MIAMI FL 33131-2399 |
| KANCHAN, YASH | INDIA |
| KAPLAN KECKER FINK | 350 FIFTH AVENUE 63RD FLOOR NEW YORK NY 10118 |
| KAPLAN KECKER FINK | 1050 K STREET NW SUITE 1040 WASHINGTON DC 20001 |
| KAZLAUSKAS, DEIVIDAS | ADDRESS ON FILE |
| KIM & CHANG | 39, SAJIK-RO JONGNO-GU SEOUL 03170 KOREA, REPUBLIC OF |
| KOBO, SAITO | ADDRESS ON FILE |
| KOBRE & KIM | 800 THIRD AVENUE NEW YORK NY 10022 |
| KOBRE & KIM | PO VOX 7247 PHILADELPHIA PA 19170-6679 |
| KOBRE & KIM | 201 SOUTH BISCAYNE BOULEVARD SUITE 1900 MIAMI FL 33131 |
| KUAN, JEFF | ADDRESS ON FILE |
| KUSHNER, ARTEM | CANADA |
| KWON, DO | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| LAN, LANCE | ADDRESS ON FILE |
| LAW FIRM PLANET | 2ND FLOOR YANGJIN BUILDING, 138 BANPRO-DAERO, SEOCHO-GU SEOUL KOREA, REPUBLIC OF |
| LE YU CORPORATE ADVISORY PTE LTD | 1 IRVING PLACE #08-11 SINGAPORE 369546 SINGAPORE |
| LEE, ETHAN | ADDRESS ON FILE |
| LEE, ETHAN | ADDRESS ON FILE |
| LEE, SAN | ADDRESS ON FILE |
| LIM, EDMUND | ADDRESS ON FILE |
| LIM, HUI YEE | ADDRESS ON FILE |
| LIM, JEAN | KOREA, THE D.P.R OF |
| LIM, TERENCE | ADDRESS ON FILE |
| LINCOLN FINANCIAL GROUP | 150 NORTH RADNOR-CHESTER ROAD RADNOR PA 19087 |
| LINDEBORG COUNSELLORS AT LAW LTD | 18 PARK STREET LONDON W1K 2HZ UNITED KINGDOM |
| LIQUALITY INC. | ATTN: SIMON LAPSCHER AND THESSY MEHRAIN 220 W 148TH ST UNIT 5 NEW YORK NY 10039 |
| LUNA FOUNDATION GUARD LTD. | 1 WALLICH STREET #37-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| LUU, NATALIE | ADDRESS ON FILE |
| MAAS, K.X.C.G | ADDRESS ON FILE |
| MANDREAN, SEBASTIAN | ADDRESS ON FILE |
| MANGALJI, EZAAN | ADDRESS ON FILE |
| MANULIFE FINANCIAL CORPORATION | 200 BLOOR STREET EAST TORONTO ON M4W 1E5 CANADA |
| MARIANA LAYER LABS LTD | BANCO POPULAR BUILDING FLOOR 4 ROAD TOWN TORTOLA VG1110 VIRGIN ISLANDS (BRITISH) |
| MARTE CONSULTING PTY LTD TRADING AS | SCV-SECURITY 1 PANAMA CT. PARREARRA, QLD 4575 AUSTRALIA |
| MASLANKA, LUKASZ | ADDRESS ON FILE |
| MATHIALAGAN, ASHWIN | ADDRESS ON FILE |
| MAURICIO, PEDRO | ADDRESS ON FILE |
| MEGASHOTS INTERNET PRIVATE LIMITED | MAYANK KUMAR RAM AND LOKESH KUMAR JANGID #25, 8 MAIN 2D FLOOR, VASANTHNAGAR BENGALURU, 29 560 052 INDIA |
| MEJIA, JEURY | ADDRESS ON FILE |
| MENG, LAN | ADDRESS ON FILE |
| MERZ, MICHAEL WILLIAM | ADDRESS ON FILE |
| MIAMI LABS INC | 2916 N MIAMI AVE MIAMI FL 33127 |
| MIGUEIS VALENTE, MIGUEL CONSOLADO | ADDRESS ON FILE |
| MINISTRY OF FINANCE | C/O: ATTORNEY GENERAL CHAMBERS TTT BUILDING FOURTH FLOOR, P.O. BOX 242 ROAD TOWN VG1110 VIRGIN ISLANDS (BRITISH) |
| MINISTRY OF FINANCE | ATTN: FINANCIAL SECRETARY GOVERNMENT OF THE VIRGIN ISLANDS ROAD TOWN VG1110 VIRGIN ISLANDS (BRITISH) |
| MONETARY AUTHORITY OF SINGAPORE | 10 SHENTON WAY, MAS BUILDING SINGAPORE 079117 SINGAPORE |
| MONETARY AUTHORITY OF SINGAPORE | 17 STATE STREET 35TH FLOOR, UNIT 3530 NEW YORK NY 10004 |
| MOON RABBIT LABS, INC | 2F GINZA OTAKE VISIDENCE 1-22-11 GINZA CHUO-KU TOKYO 104-0061 JAPAN |
| MYREPUBLIC BROADBAND PTE LTD | 11 LORONG 3 TOA PAYOH 04-11/15 JACKSON SQUARE SINGAPORE 3195709 SINGAPORE |
| MYREPUBLIC BROADBAND PTE LTD | 11 LORONG 3 TOA PAYOH BLK B JACKSON SQ 04-11/15 SINGAPORE 319579 SINGAPORE |
| NANSEN PTE. LTD | 22 SIN MING LANE NO 06-76 MIDVIEW CITY SINGAPORE 573969 SINGAPORE |
| NANSEN PTE. LTD | ATTN: ALEXANDER SVANEVIK 100 F STREET N.E. WASHINGTON DC 20549-5985 |
| NANSEN PTE. LTD. | 111 SOMERSET RD #03-09 SINGAPORE 238164 SINGAPORE |
| NG, KAIALANI | ADDRESS ON FILE |
| NOFZINGER, SAMUEL | ADDRESS ON FILE |
| NPIXEL PTE. LTD. | 16 COLLYER QUAY #17-00 INCOME AT RAFFLES SINGAPORE 49318 SINGAPORE |
| NUNES, CATARINA | ADDRESS ON FILE |

| Claim Name | Address Information |
|---|---|
| O'SULLIVAN, CAIN | ADDRESS ON FILE |
| OMNICOM GROUP INC | 1615 L STREET NW SUITE 400 WASHINGTON DC 20036 |
| ONG, MARK | ADDRESS ON FILE |
| OPV LEAGUE PTE. LTD. | F-8/7 F-WARD BAIRAGARH HUZUR BHOPAL, 23 462030 INDIA |
| ORTIZ, EVAN | ADDRESS ON FILE |
| OUTLET FINANCE INC. | C/O OUTLET FINANCE INC TREASURY SINGAPORE, CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| PAGERDUTY, INC | 600 TOWNSEND STREET SUITE 125 SAN FRANCISCO CA 94103 |
| PANGEA CAYMAN FUND I LTD. | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| PARAFI DIGITAL OPPORTUNITIES INTL LP | ATTN: ADRIAN UBERTO 600 CALIFORNIA STREET FLOOR 11 SAN FRANCISCO CA 94108 |
| PARCELS AKA RELATIVITY | PARCELS PO BOX 27 WILMINGTON DE 19899 |
| PARCELS, INC. | 230 N MARKET ST. WILMINGTON DE 19801 |
| PARK, JY | HONG KONG |
| PARK, RYAN | KOREA, REPUBLIC OF |
| PARK, SJ | ADDRESS ON FILE |
| PAZ, HENRIQUE | ADDRESS ON FILE |
| PEHRSON, CAROLYN | ADDRESS ON FILE |
| PENG, ALWIN | ADDRESS ON FILE |
| PERSISTENCE ENTERPRISE SOLUTIONS PTE LTD | ATTN: TUSHAR AGGARWAL 33 CLUB STREET 45541 SINGAPORE 69415 SINGAPORE |
| PERSISTENCE TECHNOLOGIES (BVI) PTE LTD | ATTN: TUSHAR AGGARWAL 33 CLUB STREET 45541 SINGAPORE 69415 SINGAPORE |
| PINHO DOS ANJOS, IVO FILIPE | ADDRESS ON FILE |
| PLAPPERT, LEONIE | ADDRESS ON FILE |
| PLATIAS, NIKOLAOS ALEXANDROS | C/O SETIA LAW LLC 1 GEORGE STREET #07-03 SINGAPORE 049145 SINGAPORE |
| PLATIS, MICHAEL | ADDRESS ON FILE |
| PROJECT SOLUTIONS PTE LTD | 1 LIANG SEAH ST SINGAPORE 189768 SINGAPORE |
| PROXIMITY PANORAMA, LDA | 1 WALLICH STREET 37-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| QREDO LTD | ATTN: DUNCAN PAYNE-SHELLEY 124 CITY ROAD LONDON EC1V 2NX UNITED KINGDOM |
| REGISTERED AGENTS INC | 1401 21ST STREET SUITE R SACRAMENTO CA 95811 |
| REIS, BERNARDO | ADDRESS ON FILE |
| RELM INSURANCE | VICTORIA PLACE 5TH FLOOR WEST 31 VICTORIA ST HAMILTON HM10 BERMUDA |
| REYNA, EDITH TRISTAN | ADDRESS ON FILE |
| RIFT TECHNOLOGIES LIMITED | 1B TRENGGANU STREET SINGAPORE 058455 SINGAPORE |
| SAHNI, SEJAL | CANADA |
| SALOMAO, BRUNO | ADDRESS ON FILE |
| SANCHEZ, JAMES | ADDRESS ON FILE |
| SAULNIER, JEAN-MICHEL | ADDRESS ON FILE |
| SCHUM, ZION | ADDRESS ON FILE |
| SECURITIES & EXCHANGE COMMISSION | 450 FIFTH STREET NW. WASHINGTON DC 20549 |
| SEGUIAS FERRERO, NAHEM | ADDRESS ON FILE |
| SETIA LAW LLC | 1 GEORGE STREET 07-03 ONE GEORGE STREET SINGAPORE 049145 SINGAPORE |
| SHA2 LABS PTE LTD | ATTN: EDISON LIM 114 LAVENDER STREET #03-79, CT HUB 2 SINGAPORE 338729 SINGAPORE |
| SHIN, DANIEL | ADDRESS ON FILE |
| SHOBNA CHANDRAN | ADDRESS ON FILE |
| SILVA OLIVEIRA, RENATO JOAO | ADDRESS ON FILE |
| SILVA, BRUNO | ADDRESS ON FILE |
| SIMOVIC, DJORDJE | ADDRESS ON FILE |
| SINGTEL | 31 EXETER ROAD COMCENTRE SINGAPORE 239732 SINGAPORE |

| Claim Name | Address Information |
|---|---|
| SLACK TECHNOLOGIES LIMITED | 3RD AND 4TH FL, NO 1 CENTRAL PARK (BLOCK G) CENTRAL PARK, LEOPARDSTOWN DUBLIN IRELAND |
| SOARES, DEVIN | ADDRESS ON FILE |
| SOBOLEVSKI, SEMION | ADDRESS ON FILE |
| SOMANI, AAHANA | ADDRESS ON FILE |
| SP GROUP LTD | 2 KALLANG SECTOR SINGAPORE 349277 SINGAPORE |
| STALLINGS, JASON | ADDRESS ON FILE |
| STAZON TECHNOLOGIES LTD AKA STADER LABS | C/O: SD LEGOS TECHNOLOGIES PTE. LTD. 3 FRASER STREET #04-23A DUO TOWER SINGAPORE 189352 SINGAPORE |
| STROTHER, POOJA | ADDRESS ON FILE |
| SU, JAVIER | ADDRESS ON FILE |
| SUBMC1 | 1 WALLICH STREET #31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| SUPERPLASTIC INC. & MIGHTY ELEPHANT | 47 MAPLE STREET SUITE 300 BURLINGTON VT 05401 |
| SYGNUM BANK | UETLIBERGSTRASSE 134A ZURICH 8045 SWITZERLAND |
| TAHEER, ABIR | ADDRESS ON FILE |
| TAI MO SHAN LIMITED | ATTN: JUMP OPERATIONS, LLC LEGAL DEPT 600 WEST CHICAGO SUITE 600 CHICAGO IL 60654 |
| TAN RAJAH & CHEAH | 80 RAFFLES PLACE 58-01 UOB PLZ 1 SINGAPORE 048624 SINGAPORE |
| TASNEEYAPANT, SONGWONG | THAILAND |
| TERRAFORM LABS KOREA | 1 WALLICH STREET 37-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| THONGPRAPAISAENG, KANISORN | ADDRESS ON FILE |
| THREE ARROW FUND, LTD | 7 TEMASEK BOULEVARD SUNTEC TOWER ONE 21-04 SINGAPORE 038987 SINGAPORE |
| THREE ARROW FUND, LTD | C/O: LATHAM & WATKINS LLP C HARRIS, A GOLDBERG, B NEVE & N TAOUSSE 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| THREE ARROW FUND, LTD | C/O: LATHAM & WATKINS LLP ATTN: NIMA H. MOHEBBI & TIFFANY M. IKEDA 355 SOUTH GRAND AVENUE, STE 100 LOS ANGELES CA 90071 |
| THREE ARROWS FUND, LTD. | C/O ASCENT FUND SERVICES (SINGAPORE) PTE 1 FULLERTON ROAD 02-01, ONE FULLERTON SINGAPORE 049213 SINGAPORE |
| TIPS & TRICKS, LLC. | 3001 NE 185TH ST APT 603 AVENTURA FL 33180 |
| TOKEN TERMINAL OY | PIENI ROOBERTINKATU 9 HELSINKI 00130 FINLAND |
| TPC COMMERCIAL PTE LTD | 1 WALLICH STREET #31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TQ VENTURES III LP | 408 WEST 14TH STREET 4TH FLOOR NEW YORK NY 10014 |
| TRANSLUCENCE RESEARCH, INC. | 651 N BROAD ST STE 201 MIDDLETOWN DE 19709 |
| TRISIRISATAYAWONG, SAWIT | THAILAND |
| TRUONG, MIRANDA | ADDRESS ON FILE |
| TRUSTLESS MEDIA INC | C/O COGENCY GLOBAL INC. 850 NEW BURTON ROAD SUITE 201 DOVER DE 19904 |
| TUMCHAROEN, DAVID | THAILAND |
| TURCAN, MICHAL | ADDRESS ON FILE |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE. NW WASHINGTON DC 20530 |
| U.S. DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20220 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | C/O: WILLIAM M. UPTEGROVE 950 EAST PACES FERRY ROAD N.E., SUITE 900 ATLANTA GA 30326-1382 |
| VALIDO, MIGUEL | ADDRESS ON FILE |
| VANECK ETP AG | LANDSTRASSE 36 9495 TRIESEN LIECHTENSTEIN |
| VOLOPAY | 152 BEACH ROAD SUITE 28-00 GATEWAY EAST SINGAPORE 189721 SINGAPORE |
| VSP VISION | 3333 QUALITY DRIVE RANCHO CORDOVA CA 95670 |
| WANDILLA HOLDINGS LIMITED | ATTN: BRANDON FERRICK 12 HAY HL LONDON W1J 8NR UNITED KINGDOM |
| WARN, JARED | ADDRESS ON FILE |
| WARNERBRING, IB KAI M | ADDRESS ON FILE |
| WASHINGTON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT 2101 4TH AVENUE SUITE 1400 SEATTLE WA 98121 |

| Claim Name | Address Information |
|---|---|
| WIRIYAKULNAN, NATTHARAT | ADDRESS ON FILE |
| WONGPARTNERSHIP LLP | C/O: SMITHA MENON 12 MARINA BOULEVARD LEVEL 28 MARINA BAY FINANCIAL CNTR TWR 3 SINGAPORE 018982 SINGAPORE |
| WRIGHT, MIJOLAE | ADDRESS ON FILE |
| XIUFANG, LIN | 1 WALLICH STREET #37-01 SINGAPORE 078881 SINGAPORE |
| YOO, WILLIAM | ADDRESS ON FILE |
| YU, DAEHYUK | KOREA, THE D.P.R OF |

**Total Creditor count  310**

**EXHIBIT C**

TERRAFORM LABS PTE. LTD., Case No. 24–10070 (BLS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | Linda.Richenderfer@usdoj.gov |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV; COMMISSIONERLEE@SEC.GOV |
| ACA ENGRG PTE LTD | pohyee.song@acaengrg.com |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | accounts@archer.com.sg |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | main@clspc.com.sg |
| CLOUDFLARE, INC. | mzatlyn@cloudflare.com |
| ESHARES, INC. DBA CARTA, INC. | investorservices@carta.com |
| K&L GATES LLP | drew.hinkes@klgates.com |
| PAGERDUTY, INC. | jennifer.tejada@pagerduty.com; dalves@pagerduty.com |
| SECURITIES & EXCHANGE COMMISSION | starend@sec.gov; cuellarc@sec.gov; carneyc@sec.gov; landsmanr@sec.gov |
| SINGTEL | andrew@teligraphtech.com |
| STANDARD CRYPTO VENTURE FUND I LP | ashley@standardcrypto.vc |
| SUBMC1 | aliceleaw@guocoland.com |
| TPC COMMERCIAL PTE LTD | vivienlim@guocoland.com |
| ETHAN LEE | EMAIL ADDRESS ON FILE |
| NANSEN PTE. LTD | alex@nansen.ai |
| TOKEN TERMINAL OY | rasmus@tokenterminal.xyz |
| OMNICOM GROUP INC | Klawlor@ddcpublicaffairs.com |
| MINISTRY OF FINANCE | JFrett@gov.vg |
| OKCOIN | sookhim.keoy@cliffordchance.com; karen.choi@cliffordchance.com |
| WINTERMUTE TRADING | oliver.felton@mishcon.com |

**EXHIBIT D**

TERRAFORM LABS PTE. LTD., Case No. 24–10070 (BLS)

Electronic Mail CM-ECF Service List

| Creditor Name | Email Address |
| --- | --- |
| Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Matthew P. Milana | milana@rlf.com;<br>rbgroup@rlf.com;<br>ann-jerominski-2390@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Therese Anne Scheuer | scheuert@sec.gov |
| Zachary I Shapiro | shapiro@rlf.com;<br>rbgroup@rlf.com;<br>ann-jerominski-2390@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William Matthew Uptegrove | uptegrovew@sec.gov |
| Mark Califano | mark.califano@dentons.com |
| Alexander R. Steiger | steiger@rlf.com;<br>rbgroup@rlf.com;<br>ann-jerominski-2390@ecf.pacerpro.com |