IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re                                                      :   Chapter 11
                                                           :
**TERRAFORM LABS PTE. LTD.**                               :   Case No. 24–10070 (BLS)
                                                           :
Debtor.[1]                                                 :   Obj. Deadline: Feb. 27, 2024 at 4:00 p.m. (ET)
                                                           :   Hearing: Mar. 5, 2024 at 2:30 p.m. (ET)
---------------------------------------------------------- x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on February 13, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Application of Debtor to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtor Effective as of Petition Date* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 27, 2024 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **March 5, 2024 at 2:30 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30574640v.1

**WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 13, 2024
      Wilmington, Delaware

                                          */s/ Zachary I. Shapiro*
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          Paul N. Heath (No. 3704)
                                          Zachary I. Shapiro (No. 5103)
                                          Matthew P. Milana (No. 6681)
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 651-7700
                                          Email:   heath@rlf.com
                                                                shapiro@rlf.com
                                                                milana@rlf.com

                                          -and-

                                          WEIL, GOTSHAL & MANGES LLP
                                          Ronit Berkovich (admitted *pro hac vice*)
                                          Jessica Liou (admitted *pro hac vice*)
                                          F. Gavin Andrews (admitted *pro hac vice*)
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Email: ronit.berkovich@weil.com
                                                          jessica.liou@weil.com
                                                          f.gavin.andrews@weil.com

                                          *Proposed Attorneys for Debtor*
                                          *and Debtor in Possession*