# Exhibit A

## Second Amended Top Creditors List

Fill in this information to identify the case:

United States Bankruptcy Court for the: District of Delaware
Case number (If known): 24–10070 (BLS)

☒ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | CORNERSTONE RESEARCH<br>ATTN: YAN CAO<br>599 LEXINGTON AVENUE<br>40TH FLOOR<br>NEW YORK, NY 10022-7642 | CAO YAN<br>EMAIL - ycan@cornerstone.com<br>PHONE - 212-605-5000 / 212-605-5406<br>FAX - 212-759-3045 | LEGAL FEES | | | | $636,538.52 |
| 2 | J.S. HELD LLC<br>ATTN: JP BRENNAN<br>48 WALL STREET<br>NEW YORK, NY 10043 | JP BRENNAN<br>EMAIL - jp.brennan@jsheld.com<br>PHONE - 212-952-5000 / 917-244-8931<br>FAX - | TRADE PAYABLE | | | | $386,690.00 |
| 3 | QUINLAN PARTNERS, LLC<br>ATTN: PAUL QUINLAN<br>2805 2ND AVE. S.<br>SUITE 200<br>BIRMINGHAM, AL 35233 | PAUL QUINLAN<br>EMAIL - paul@quinlanpartners.com<br>PHONE -<br>FAX -<br><br>DOROTHY BAKER<br>EMAIL - dbaker@quinlanpartners.com<br>PHONE - 917-551-5948 | TRADE PAYABLE | | | | $261,329.57 |
| 4 | REED SMITH<br>ATTN: WAYNE STANSFIELD<br>THREE LOGAN SQUARE<br>SUITE 3100<br>1717 ARCH STREET<br>PHILADELPHIA, PA 19103 | WAYNE C. STANSFIELD<br>EMAIL - wstansfield@reedsmith.com<br>PHONE - 215-851-8218<br>FAX - 215-851-1420<br><br>MARK E. BINI<br>EMAIL - mbini@reedsmith.com<br>PHONE - 215-851-8100 | LEGAL FEES | | | | $181,124.28 |
| 5 | OKCOIN<br>ATTN: CLIFFORD CHANCE<br>27TH FLOOR<br>JARDINE HOUSE<br>ONE CONNAUGHT PLACE<br>HONG KONG | CLIFFORD CHANCE<br>EMAIL -<br>PHONE - 852 2825 8888<br>FAX - 852 2825 8800<br><br>SOO KHIM KEOY<br>EMAIL - sookhim.keoy@cliffordchance.com<br>PHONE - 852 2825 8831<br><br>KAREN CHOI<br>EMAIL - karen.choi@cliffordchance.com<br>PHONE - 852 2825 8856 | LITIGATION COSTS | | | | $136,703.00 |
| 6 | WONG PARTNERSHIP LLP<br>ATTN: CLAYTON CHONG<br>12 MARINA BOULEVARD LEVEL 28<br>MARINA BAY FINANCIAL CENTRE TOWER 3<br>SINGAPORE, 018982 | CLAYTON CHONG<br>EMAIL - clayton.chong@wongpartnership.com<br>PHONE - +65 64168000<br>FAX - +65 65325722 | LEGAL FEES | | | | $135,325.57 |
| 7 | KOBRE & KIM LLP<br>ATTN: SYDNEY JOHNSON<br>201 SOUTH BISCAYNE BOULEVARD, SUITE 1900<br>MIAMI, FL 33131<br>UNITED STATES | SYDNEY JOHNSON<br>EMAIL - sydney.johnson@kobrekim.com<br>PHONE - 305-967-6100<br>FAX - | LEGAL FEES | | | | $114,865.93 |
| 8 | OMNICOM GROUP INC<br>ATTN: KEVIN LAWLOR<br>1615 L STREET NW<br>SUITE 400<br>WASHINGTON, DC, 20036<br>UNITED STATES | KEVIN LAWLOR<br>EMAIL - klawlor@ddcpublicaffairs.com<br>PHONE - 202-830-2038<br>FAX - 866-523-5649<br><br>TRACEY TERRELL<br>EMAIL - tterrell@ddcpublicaffairs.com | TRADE PAYABLE | | | | $65,000.00 |
| 9 | GOODWIN PROCTER LLP<br>ATTN: GRANT P. FONDO<br>601 MARSHALL STREET<br>REDWOOD CITY, CA 94063<br>UNITED STATES | GRANT P. FONDO<br>EMAIL - gfondo@goodwinlaw.com<br>PHONE - 650-752-3100<br>FAX - | LEGAL FEES | | | | $38,229.30 |
| 10 | RAHMAN RAVELLI<br>ATTN: NICOLA SHARP AND AZIZUR RAHMAN<br>BRIDGE HOUSE<br>181 QUEEN VICTORIA STREET<br>LONDON, EC4V 4EG<br>UNITED KINGDOM | NICOLA SHARP<br>EMAIL - nicola.sharp@rahmanravelli.co.uk<br>PHONE - +44 203 947 1539 / +44(0) 203 910 4567 / +44(0) 7977 901 098<br>FAX -<br><br>AZIZUR RAHMIN<br>EMAIL - aziz.rahman@rahmanravelli.co.uk<br>PHONE - +44(0) 203 911 9339 / +44(0) 7977 589 864 | LEGAL FEES | | | | $16,792.80 |
| 11 | MCGUIREWOODS LLP<br>ATTN: ERIC SNYDER<br>1251 AVENUE OF THE AMERICAS<br>20TH FLOOR<br>NEW YORK, NY 10020-1104<br>UNITED STATES | ERIC SNYDER<br>EMAIL - esnyder@mcguirewoods.com<br>PHONE - 212-548-2100<br>FAX - 212-548-2150 | LEGAL FEES | | | | $11,788.00 |
| 12 | ALPHA CONSULTING DOO<br>ATTN: KSENIJA POPOVIC IVANISEVIC<br>BULEVAR REVOLUCIJE 2/10A<br>PODGORICA<br>MONTENEGRO | KSENIJA POPOVIC IVANISEVIC<br>EMAIL - office@alphaconsulting.me<br>PHONE - +382 67 312 456<br>FAX - | PROFESSIONAL FEES | | | | $3,913.01 |
| 13 | K&L GATES LLP<br>ATTN: DREW HINKES<br>210 SIXTH AVENUE<br>K&L GATES CENTER<br>PITTSBURGH, PA 15221<br>UNITED STATES | DREW HINKES<br>EMAIL - drew.hinkes@klgates.com<br>PHONE - 302-416-7000<br>FAX - 617-261-3100 | TRADE PAYABLE | | | | $3,474.50 |
| 14 | CHEANG & LEE SANITARY PLUMBING PTE LTD<br>ATTN: ERIC CHEE<br>MANAGER<br>21 TOH GUAN RD. E<br>#06-13 TOH GUAN CENTRE<br>SINGAPORE, 608609 | ERIC CHEE<br>EMAIL - main@clspc.com.sg<br>PHONE - +65 68966488<br>FAX - | TRADE PAYABLE | | | | $1,812.39 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | ACA ENGRG PTE LTD<br>ATTN: POHYEE SONG<br>27 MANDAI ESTATE<br>#07-07<br>INNOVATION PLACE TOWER 2<br>SINGAPORE, 729931 | POHYEE SONG<br>EMAIL - pohyee.song@acaengrg.com<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $757.58 |
| 16 | PAGERDUTY, INC.<br>ATTN: JENNIFER TEJADA<br>CEO<br>DREAMPLUS 1219 311<br>GANGNAM-DAERO<br>SEOCHO-GU<br>SEOUL, 16628<br>KOREA, REPUBLIC OF | JENNIFER TEJADA<br>EMAIL - jennifer.tejada@pagerduty.com; accountsrecievable@pagerduty.com; dalves@pagerduty.com<br>PHONE - 415-805-7070<br>FAX - | TRADE PAYABLE | | | | $747.00 |
| 17 | SINGTEL<br>ATTN: BOON KOH<br>CFO<br>31 EXECTER ROAD COMCENTRE<br>SINGAPORE, 239732 | BOON KOH<br>EMAIL -<br>PHONE - +65 68383888<br>FAX - +65 67328428<br><br>ANDREW CHENG<br>EMAIL - andrew@teligraphtech.com | TRADE PAYABLE | | | | $100.96 |
| 18 | ARCHER MARKETING & DEVELOPMENT (S) PTE LTD<br>ATTN: VINCENT CHIUA<br>MANAGING DIRECTOR<br>4 PENJURU PLACE<br>#01-23<br>2.8 PENJURU TECH HUB<br>SINGAPORE, 608782 | VINCENT CHIUA<br>EMAIL - accounts@archer.com.sg<br>PHONE - +65 67772272<br>FAX - +65 67771179 | TRADE PAYABLE | | | | $81.58 |
| 19 | SUBMC1<br>1 WALLICH STREET<br>#31-01 GUOCO TOWER<br>SINGAPORE, 078881 | EMAIL - aliceleaw@guocoland.com; vivienlim@guocoland.com<br>PHONE -<br>FAX - | TRADE PAYABLE | | | | $7.76 |
| 20 | CLOUDFLARE, INC.<br>ATTN: MICHELLE ZATLYN<br>CO-FOUNDER AND PRESIDENT<br>101 TOWNSEND ST<br>SAN FRANCISCO, CA 94107<br>UNITED STATES | MICHELLE ZATLYN<br>EMAIL - mzatlyn@cloudflare.com<br>PHONE - 650-319-8930<br>FAX - | TRADE PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 21 | ETHAN LEE<br>ADDRESS ON FILE | ETHAN LEE<br>INFORMATION ON FILE | EMPLOYEE REIMBURSEMENT | CONTINGENT AND UNLIQUIDATED | | | UNDETERMINED |
| 22 | MINISTRY OF FINANCE<br>ATTN: JEREMIAH FRETT<br>FINANCIAL SECRETARY<br>GOVERNMENT OF THE VIRGIN ISLANDS<br>ROAD TOWN, TORTOLA<br>VIRGIN ISLANDS, VG1110 | JEREMIAH FRETT<br>EMAIL - jfrett@gov.vg; finance@gov.vg<br>PHONE - 284-468-2144<br>FAX - 284-468-3299 | CONTINGENT INTEREST | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 23 | NANSEN PTE. LTD<br>ATTN: ALEXANDER SVANEVIK<br>111 SOMERSET RD, #03-09<br>SINGAPORE 238164 | ALEXANDER SVANEVIK<br>EMAIL - alex@nansen.ai<br>PHONE -<br>FAX - | TRADE PAYABLE | CONTINGENT AND UNLIQUIDATED | | | UNDETERMINED |
| 24 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: DEVON STAREN<br>100 F STREET N.E.<br>WASHINGTON, DC 20549-5985 | DEVON STAREN<br>EMAIL - starend@sec.gov<br>PHONE -<br>FAX - | LITIGATION | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 25 | STANDARD CRYPTO VENTURE FUND<br>ATTN: ASHLEY SWEREN<br>HEAD OF OPERATIONS<br>1225 4TH STREET<br>#525<br>SAN FRANCISCO, CA 94158<br>UNITED STATES | ASHLEY SWEREN<br>EMAIL - ashley@standardcrypto.vc; standardcryptoadmin@tridenttrust.com<br>PHONE -<br>FAX - | INVESTMENT | CONTINGENT AND UNLIQUIDATED | | | UNDETERMINED |
| 26 | TOKEN TERMINAL OY<br>PIENI ROOBERTINKATU 9<br>00130 HELSINKI<br>FINLAND | RASMUS SAVANDER<br>EMAIL - rasmus@tokenterminal.xyz<br>PHONE -<br>FAX - | TRADE PAYABLE | CONTINGENT AND UNLIQUIDATED | | | UNDETERMINED |
| 27 | TPC COMMERCIAL PTE LTD<br>ATTN: CHENG HSING YAO<br>PRINCIPAL<br>1 WALLICH STREET<br>#31-01<br>GUOCO TOWER<br>SINGAPORE, 078881 | CHENG HSING YAO<br>EMAIL - hcheng@guocoland.com; vivienlim@guocoland.com<br>PHONE - +65 65343132<br>FAX - | LEASE TERMINATION | UNLIQUIDATED | | | UNDETERMINED |
| 28 | TQ VENTURES<br>ATTN: ANDREW MARKS<br>PARTNER<br>408 WEST 14TH STREET<br>4TH FLOOR<br>NEW YORK, NY 10014<br>UNITED STATES<br><br>C/O: ESHARES, INC. DBA CARTA, INC.<br>333 BUSH STREET, SUITE 2300<br>SAN FRANCISCO, CA 94104 | ANDREW MARKS<br>EMAIL - andrew@tqventues.com; investorservices@carta.com<br>PHONE - 917-887-5574 / 650-669-8381<br>FAX - | INVESTMENT | CONTINGENT AND UNLIQUIDATED | | | UNDETERMINED |
| 29 | WINTERMUTE TRADING<br>ATTN: OLIVER FELTON<br>C/O: MISHCON DE REYA LLP<br>AFRICA HOUSE<br>70 KINGSMAN<br>LONDON, WC2B 6AH<br>UNITED KINGDOM | OLIVER FELTON<br>EMAIL - oliver.felton@mishcon.com<br>PHONE - 020 3321 7000 / +44 20 3321 6525<br>FAX - | LITIGATION COSTS | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |