**Exhibit E**

**(List of Payments in Ninety (90) Days Prepetition)**

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11514159 | 169177 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | ($420.07) |
| 15808004-000022 | 11514058 | 163458 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $1,795.88 |
| 15808004-000022 | 11513828 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/23/2023 | 10/18/2023 | $269.50 |
| 15808004-000022 | 11513829 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/23/2023 | 10/18/2023 | $269.50 |
| 15808004-000022 | 11513830 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/23/2023 | 10/18/2023 | $269.50 |
| 15808004-000022 | 11513831 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/23/2023 | 10/18/2023 | $269.50 |
| 15808004-000022 | 11513832 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/23/2023 | 10/17/2023 | $75.00 |
| 15808004-000022 | 11514116 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $14.95 |
| 15808004-000022 | 11514117 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $12.55 |
| 15808004-000022 | 11514118 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $3.00 |
| 15808004-000022 | 11514119 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $6.77 |
| 15808004-000022 | 11514120 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $53.56 |
| 15808004-000022 | 11514121 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $21.77 |
| 15808004-000022 | 11514102 | 167154 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $2,109.66 |
| 15808004-000022 | 11514059 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $229.66 |
| 15808004-000022 | 11514060 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $27.95 |
| 15808004-000022 | 11513792 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 10/23/2023 | 10/16/2023 | $1,670.00 |
| 15808004-000022 | 11514243 | 169516 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 06/14/2023 | $105.60 |
| 15808004-000022 | 11514199 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $1,894.41 |
| 15808004-000022 | 11514200 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $203.21 |
| 15808004-000022 | 11514201 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $46.04 |
| 15808004-000022 | 11514202 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $79.53 |
| 15808004-000022 | 11514091 | 166917 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $317.00 |
| 15808004-000022 | 11513973 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $240.61 |
| 15808004-000022 | 11513933 | 147562 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/23/2023 | 10/23/2023 | $35.00 |
| 15808004-000022 | 11514631 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/24/2023 | 10/24/2023 | $385.80 |
| 15808004-000022 | 11512822 | 106506 | FEDERAL EXPRESS CORPORATION | 10/24/2023 | 10/03/2023 | $144.07 |
| 15808004-000022 | 11512835 | 106506 | FEDERAL EXPRESS CORPORATION | 10/24/2023 | 10/06/2023 | $23.84 |
| 15808004-000022 | 11512844 | 106506 | FEDERAL EXPRESS CORPORATION | 10/24/2023 | 10/06/2023 | $33.73 |
| 15808004-000022 | 11514350 | 106506 | FEDERAL EXPRESS CORPORATION | 10/24/2023 | 10/13/2023 | $16.85 |
| 15808004-000022 | 11514373 | 125944 | UNITED PARCEL SERVICE (UPS) | 10/24/2023 | 10/14/2023 | $38.67 |
| 15808004-000025 | 11514594 | 153820 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/25/2023 | 10/25/2023 | $275.92 |
| 15808004-000022 | 11514989 | 169726 | ATTORNEY-GENERAL'S CHAMBERS | 10/25/2023 | 10/23/2023 | $2,500.00 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11514819 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/26/2023 | 10/25/2023 | $255.00 |
| 15808004-000022 | 11514820 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/26/2023 | 10/20/2023 | $125.00 |
| 15808004-000022 | 11514821 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/26/2023 | 10/20/2023 | $125.00 |
| 15808004-000022 | 11514822 | 162620 | CAPITOL PROCESS SERVICES, INC. | 10/26/2023 | 10/20/2023 | $250.00 |
| 15808004-000022 | 11513880 | 169696 | GASSER PARTNER | 10/26/2023 | 10/10/2023 | $13,495.13 |
| 15808004-000022 | 11512537 | 139784 | GRADILLAS COURT REPORTERS | 10/26/2023 | 09/25/2023 | $500.00 |
| 15808004-000022 | 11512538 | 139784 | GRADILLAS COURT REPORTERS | 10/26/2023 | 09/28/2023 | $500.00 |
| 15808004-000022 | 11515201 | 169177 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/27/2023 | 10/27/2023 | $35.28 |
| 15808004-000022 | 11515202 | 169177 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/27/2023 | 10/27/2023 | $1,005.82 |
| 15808004-000022 | 11515208 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 10/27/2023 | 10/27/2023 | $116.83 |
| 15808004-000022 | 11508919 | 160776 | NPD LOGISTICS | 10/27/2023 | 08/27/2023 | $19.99 |
| 15808004-000022 | 11514918 | 168916 | QUINLAN PARTNERS, LLC | 10/27/2023 | 10/24/2023 | $74,872.53 |
| 15808004-000006 | 11515038 | 113898 | ACE ATTORNEY SERVICE INC | 10/30/2023 | 10/20/2023 | $283.58 |
| 15808004-000022 | 11515067 | 169729 | ANGELO CHAN | 10/30/2023 | 10/17/2023 | $68,091.97 |
| 15808004-000022 | 11515101 | 151992 | DENTONS EUROPE AARPI | 10/30/2023 | 09/22/2023 | $12,623.50 |
| 15808004-000022 | 11515102 | 151992 | DENTONS EUROPE AARPI | 10/30/2023 | 10/16/2023 | $17,114.14 |
| 15808004-000022 | 11515014 | 151367 | DENTONS RODYK & DAVIDSON LLP | 10/30/2023 | 10/20/2023 | $7,991.13 |
| 15808004-000022 | 11515103 | 160153 | DINNER MARTIN ATTORNEYS | 10/30/2023 | 10/18/2023 | $14,437.16 |
| 15808004-000022 | 11514983 | 169445 | ELLIOTT KWOK LEVINE & JAROSLAW LLP | 10/30/2023 | 10/13/2023 | $21,223.50 |
| 15808004-000022 | 11514982 | 168906 | OMNICOM GROUP INC. | 10/30/2023 | 10/16/2023 | $8,937.10 |
| 15808004-000022 | 11515104 | 169154 | TAN RAJAH & CHEAH | 10/30/2023 | 10/19/2023 | $1,964.52 |
| 15808004-000022 | 11514984 | 169723 | WILLIAM H. KIMBALL | 10/30/2023 | 10/10/2023 | $8,783.25 |
| 15808004-000022 | 11515458 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 10/31/2023 | 10/23/2023 | $9,974.84 |
| 15808004-000025 | 11515576 | 167707 | CONCENTRIC ADVISORS INC. | 10/31/2023 | 10/26/2023 | $3,000.00 |
| 15808004-000022 | 11516239 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $26.99 |
| 15808004-000022 | 11516240 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $28.12 |
| 15808004-000022 | 11516198 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $4,109.10 |
| 15808004-000022 | 11516199 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $21.95 |
| 15808004-000022 | 11516200 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $22.72 |
| 15808004-000022 | 11516202 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $22.75 |
| 15808004-000022 | 11516203 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $124.78 |
| 15808004-000022 | 11516204 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $179.99 |
| 15808004-000022 | 11516116 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $364.41 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11516117 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $508.94 |
| 15808004-000022 | 11516118 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $508.94 |
| 15808004-000022 | 11516124 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/01/2023 | 11/01/2023 | $199.92 |
| 15808004-000022 | 11516339 | 167508 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/02/2023 | 11/02/2023 | $73.18 |
| 15808004-000022 | 11512321 | 139784 | GRADILLAS COURT REPORTERS | 11/02/2023 | 09/28/2023 | $2,170.88 |
| 15808004-000022 | 11512322 | 139784 | GRADILLAS COURT REPORTERS | 11/02/2023 | 09/28/2023 | $500.00 |
| 15808004-000022 | 11515746 | 169723 | WILLIAM H. KIMBALL | 11/02/2023 | 09/30/2023 | $479.25 |
| 15808004-000022 | 11515957 | 169723 | WILLIAM H. KIMBALL | 11/02/2023 | 09/30/2023 | $2,424.00 |
| 15808004-000022 | 11516438 | 167206 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/03/2023 | 11/03/2023 | $28.36 |
| 15808004-000022 | 11516439 | 167206 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/03/2023 | 11/03/2023 | $26.08 |
| 15808004-000006 | 11516429 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/03/2023 | 11/03/2023 | $2,509.18 |
| 15808004-000022 | 11516429 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/03/2023 | 11/03/2023 | $4,155.79 |
| 15808004-000022 | 11509879 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/03/2023 | 09/22/2023 | $1,115.00 |
| 15808004-000022 | 11510047 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/03/2023 | 09/27/2023 | $3,284.25 |
| 15808004-000022 | 11515522 | 106506 | FEDERAL EXPRESS CORPORATION | 11/03/2023 | 10/17/2023 | $227.42 |
| 15808004-000022 | 11515526 | 106506 | FEDERAL EXPRESS CORPORATION | 11/03/2023 | 10/17/2023 | $67.65 |
| 15808004-000022 | 11515539 | 106506 | FEDERAL EXPRESS CORPORATION | 11/03/2023 | 10/20/2023 | $42.80 |
| 15808004-000022 | 11514538 | 164799 | JOSHUA BLANK dba EAST BAY MESSENGER AND ATTORNEY SERVI | 11/03/2023 | 10/03/2023 | $161.25 |
| 15808004-000022 | 11516447 | 169533 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/03/2023 | 11/03/2023 | $4,105.78 |
| 15808004-000019 | 11514850 | 129729 | PARCELS, INC. | 11/03/2023 | 09/05/2023 | $4,246.00 |
| 15808004-000019 | 11514851 | 129729 | PARCELS, INC. | 11/03/2023 | 10/03/2023 | $2,196.00 |
| 15808004-000022 | 11516825 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/06/2023 | 11/06/2023 | $138.53 |
| 15808004-000022 | 11516826 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/06/2023 | 11/06/2023 | $154.60 |
| 15808004-000025 | 11516618 | 169495 | KAPLAN HECKER & FINK LLP | 11/07/2023 | 11/03/2023 | $18,339.48 |
| 15808004-000022 | 11517305 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/08/2023 | 11/08/2023 | $177.98 |
| 15808004-000022 | 11517725 | 167100 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/09/2023 | 10/26/2023 | $2,135.45 |
| 15808004-000022 | 11517732 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/09/2023 | 10/26/2023 | $27.68 |
| 15808004-000022 | 11517733 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/09/2023 | 10/26/2023 | $67.15 |
| 15808004-000022 | 11516815 | 169475 | COLLAS CRILL L.P. | 11/09/2023 | 11/02/2023 | $70,435.14 |
| 15808004-000022 | 11517781 | 169475 | COLLAS CRILL L.P. | 11/09/2023 | 10/31/2023 | $16,871.40 |
| 15808004-000022 | 11516710 | 158570 | DENTONS AUSTRALIA LIMITED | 11/09/2023 | 10/27/2023 | $1,275.00 |
| 15808004-000020 | 11515847 | 151367 | DENTONS RODYK & DAVIDSON LLP | 11/09/2023 | 10/26/2023 | $18,028.14 |
| 15808004-000022 | 11517712 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/09/2023 | 10/26/2023 | $727.44 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11517782 | 169490 | HOWSE WILLIAMS | 11/09/2023 | 09/30/2023 | $34,847.40 |
| 15808004-000025 | 11516813 | 169326 | LAW OFFICE OF GORAN RODIC | 11/09/2023 | 11/02/2023 | $52,647.87 |
| 15808004-000025 | 11516814 | 169326 | LAW OFFICE OF GORAN RODIC | 11/09/2023 | 11/03/2023 | $262,587.78 |
| 15808004-000022 | 11513634 | 165227 | PRIME TIME TRANSPORTATION SERVICES INC. ETG,EXECUTIVE TR | 11/09/2023 | 10/13/2023 | $62.41 |
| 15808004-000022 | 11517783 | 169777 | RUI PENA, ARNAUT & ASSOCIADOS-SOCIEDADE DE ADVOGADOS, S | 11/09/2023 | 11/03/2023 | $22,254.88 |
| 15808004-000022 | 11517218 | 161392 | DTI TOPCO, INC, EPIQ GLOBAL BUSINESS TRANSFORMATION SOLU | 11/10/2023 | 08/31/2023 | $40.59 |
| 15808004-000022 | 11512906 | 160776 | NPD LOGISTICS | 11/10/2023 | 10/08/2023 | $19.99 |
| 15808004-000022 | 11514430 | 908290 | WESTERN MESSENGER SERVICE, INC. dba WESTERN ATTORNEY S | 11/10/2023 | 10/08/2023 | $69.05 |
| 15808004-000022 | 11517872 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 11/13/2023 | 10/04/2023 | $301.10 |
| 15808004-000022 | 11517873 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 11/13/2023 | 10/04/2023 | $1.90 |
| 15808004-000025 | 11517872 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 11/13/2023 | 10/04/2023 | $7.90 |
| 15808004-000022 | 11518216 | 157430 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/14/2023 | 11/14/2023 | $23.65 |
| 15808004-000022 | 11518247 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/14/2023 | 11/14/2023 | $63.26 |
| 15808004-000022 | 11518324 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/14/2023 | 11/14/2023 | $468.68 |
| 15808004-000022 | 11518010 | 144243 | REED SMITH LLP | 11/14/2023 | 11/09/2023 | $8,762.50 |
| 15808004-000025 | 11518848 | 123304 | DEPARTMENT OF STATE | 11/15/2023 | 11/14/2023 | $10.00 |
| 15808004-000022 | 11518959 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/15/2023 | 11/15/2023 | $317.82 |
| 15808004-000022 | 11513854 | 162620 | CAPITOL PROCESS SERVICES, INC. | 11/16/2023 | 10/18/2023 | $269.50 |
| 15808004-000022 | 11519035 | 133277 | CORNERSTONE RESEARCH, INC. | 11/17/2023 | 05/17/2023 | $237,807.65 |
| 15808004-000022 | 11519087 | 106506 | FEDERAL EXPRESS CORPORATION | 11/17/2023 | 11/07/2023 | $865.24 |
| 15808004-000022 | 11519092 | 106506 | FEDERAL EXPRESS CORPORATION | 11/17/2023 | 11/07/2023 | $97.29 |
| 15808004-000022 | 11514794 | 153048 | SUNNY'S WORLDWIDE CHAUFFEURED TRANSPORTATION | 11/17/2023 | 10/15/2023 | $211.10 |
| 15808004-000022 | 11519205 | 125944 | UNITED PARCEL SERVICE (UPS) | 11/17/2023 | 11/11/2023 | $29.55 |
| 15808004-000022 | 11514815 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/09/2023 | $2,212.20 |
| 15808004-000022 | 11515727 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/18/2023 | $1,444.10 |
| 15808004-000022 | 11515728 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/18/2023 | $1,841.70 |
| 15808004-000022 | 11515941 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/09/2023 | $3,752.86 |
| 15808004-000022 | 11519499 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 08/23/2023 | $2,056.19 |
| 15808004-000022 | 11519500 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 08/23/2023 | $1,323.00 |
| 15808004-000022 | 11519501 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 09/13/2023 | $1,235.02 |
| 15808004-000022 | 11519502 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/18/2023 | $1,363.36 |
| 15808004-000022 | 11519605 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 09/13/2023 | $2,049.32 |
| 15808004-000022 | 11519606 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 09/18/2023 | $2,066.04 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11519607 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/18/2023 | $5,477.68 |
| 15808004-000022 | 11519608 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/25/2023 | $2,596.00 |
| 15808004-000022 | 11519609 | 139784 | GRADILLAS COURT REPORTERS | 11/21/2023 | 10/25/2023 | $3,141.52 |
| 15808004-000022 | 11510924 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/24/2023 | 10/03/2023 | $915.00 |
| 15808004-000022 | 11512098 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/24/2023 | 10/10/2023 | $1,165.00 |
| 15808004-000022 | 11512330 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/24/2023 | 10/11/2023 | $2,380.55 |
| 15808004-000022 | 11513555 | 150108 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 11/24/2023 | 10/18/2023 | $506.70 |
| 15808004-000022 | 11517831 | 160776 | NPD LOGISTICS | 11/24/2023 | 10/31/2023 | $139.35 |
| 15808004-000022 | 11519160 | 154568 | XYZ TWO WAY RADIO SERVICE, INC. | 11/24/2023 | 10/18/2023 | $210.26 |
| 15808004-000022 | 11520549 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 11/29/2023 | 08/22/2023 | $280.84 |
| 15808004-000022 | 11520550 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 11/29/2023 | 11/21/2023 | $163.20 |
| 15808004-000022 | 11520551 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 11/29/2023 | 11/21/2023 | $107.76 |
| 15808004-000025 | 11520425 | 169495 | KAPLAN HECKER & FINK LLP | 11/29/2023 | 10/03/2023 | $53,689.13 |
| 15808004-000022 | 11520538 | 128966 | SOUTHERN DISTRICT REPORTERS, P.C. | 11/29/2023 | 11/22/2023 | $481.25 |
| 15808004-000022 | 11520553 | 169723 | WILLIAM H. KIMBALL | 11/29/2023 | 10/31/2023 | $770.00 |
| 15808004-000022 | 11520632 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 11/30/2023 | 11/21/2023 | $2,582.40 |
| 15808004-000022 | 11520546 | 167707 | CONCENTRIC ADVISORS INC. | 11/30/2023 | 11/17/2023 | $16,880.00 |
| 15808004-000022 | 11521323 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $108.79 |
| 15808004-000022 | 11521324 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $111.49 |
| 15808004-000022 | 11520548 | 169445 | ELLIOTT KWOK LEVINE & JAROSLAW LLP | 11/30/2023 | 11/11/2023 | $53,117.59 |
| 15808004-000022 | 11521357 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $1,810.29 |
| 15808004-000022 | 11521358 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $137.17 |
| 15808004-000022 | 11521564 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $3,337.36 |
| 15808004-000022 | 11520547 | 168906 | OMNICOM GROUP INC. | 11/30/2023 | 11/13/2023 | $65,000.00 |
| 15808004-000019 | 11520540 | 129729 | PARCELS, INC. | 11/30/2023 | 10/28/2023 | $2,196.00 |
| 15808004-000022 | 11520539 | 129729 | PARCELS, INC. | 11/30/2023 | 10/28/2023 | $1,615.00 |
| 15808004-000022 | 11520541 | 129729 | PARCELS, INC. | 11/30/2023 | 10/28/2023 | $100.20 |
| 15808004-000022 | 11520542 | 129729 | PARCELS, INC. | 11/30/2023 | 10/01/2023 | $246,925.80 |
| 15808004-000022 | 11521176 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 11/30/2023 | 12/01/2023 | $83.34 |
| 15808004-000022 | 11520633 | 169723 | WILLIAM H. KIMBALL | 12/01/2023 | 11/14/2023 | $9,791.00 |
| 15808004-000022 | 11520618 | 133277 | CORNERSTONE RESEARCH, INC. | 12/02/2023 | 11/10/2023 | $2,298,840.25 |
| 15808004-000025 | 11522323 | 161953 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/05/2023 | 12/05/2023 | $11.70 |
| 15808004-000022 | 11521944 | 106506 | FEDERAL EXPRESS CORPORATION | 12/05/2023 | 11/21/2023 | $66.58 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11521951 | 106506 | FEDERAL EXPRESS CORPORATION | 12/05/2023 | 11/24/2023 | $77.99 |
| 15808004-000022 | 11519036 | 139784 | GRADILLAS COURT REPORTERS | 12/05/2023 | 10/26/2023 | $2,555.62 |
| 15808004-000022 | 11522353 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/05/2023 | 12/05/2023 | $311.62 |
| 15808004-000022 | 11522354 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/05/2023 | 12/05/2023 | $1,522.30 |
| 15808004-000022 | 11522355 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/05/2023 | 12/05/2023 | $39.63 |
| 15808004-000022 | 11522390 | 168196 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/05/2023 | 12/05/2023 | $54.96 |
| 15808004-000022 | 11519595 | 114008 | DENTONS LEE dba LEE INTERNATIONAL IP & LAW GROUP | 12/06/2023 | 11/06/2023 | $74,336.80 |
| 15808004-000025 | 11520501 | 114008 | DENTONS LEE dba LEE INTERNATIONAL IP & LAW GROUP | 12/06/2023 | 11/06/2023 | $2,960.00 |
| 15808004-000015 | 11517909 | 151367 | DENTONS RODYK & DAVIDSON LLP | 12/06/2023 | 11/08/2023 | $15,318.70 |
| 15808004-000022 | 11520672 | 160153 | DINNER MARTIN ATTORNEYS | 12/06/2023 | 11/20/2023 | $14,471.50 |
| 15808004-000022 | 11522156 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/06/2023 | 12/06/2023 | $105.33 |
| 15808004-000022 | 11522498 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522499 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522500 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522501 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522502 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522503 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522504 | 139784 | GRADILLAS COURT REPORTERS | 12/06/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522159 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/06/2023 | 12/06/2023 | $81.20 |
| 15808004-000022 | 11522545 | 148069 | DENTONS US LLP | 12/07/2023 | 12/06/2023 | $0.49 |
| 15808004-000022 | 11522541 | 139784 | GRADILLAS COURT REPORTERS | 12/07/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522542 | 139784 | GRADILLAS COURT REPORTERS | 12/07/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522543 | 139784 | GRADILLAS COURT REPORTERS | 12/07/2023 | 11/21/2023 | $500.00 |
| 15808004-000022 | 11522882 | MA07327 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/07/2023 | 12/07/2023 | $2,463.32 |
| 15808004-000022 | 11522540 | 128966 | SOUTHERN DISTRICT REPORTERS, P.C. | 12/07/2023 | 12/06/2023 | $122.85 |
| 15808004-000022 | 11523505 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/08/2023 | 12/08/2023 | $1,109.41 |
| 15808004-000022 | 11523248 | 106506 | FEDERAL EXPRESS CORPORATION | 12/12/2023 | 12/01/2023 | $23.41 |
| 15808004-000022 | 11523186 | 140542 | R AND D STRATEGIC SOLUTIONS, LLC | 12/12/2023 | 11/30/2023 | $1,350.00 |
| 15808004-000025 | 11523279 | 125944 | UNITED PARCEL SERVICE (UPS) | 12/12/2023 | 12/02/2023 | $15.85 |
| 15808004-000022 | 11523897 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $143.00 |
| 15808004-000022 | 11523898 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $40.00 |
| 15808004-000022 | 11523814 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $82.57 |
| 15808004-000022 | 11523825 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $254.51 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11523826 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $209.97 |
| 15808004-000022 | 11523828 | 152251 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/13/2023 | 12/13/2023 | $236.93 |
| 15808004-000022 | 11524118 | 167154 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/14/2023 | 12/14/2023 | $51.54 |
| 15808004-000022 | 11524106 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/14/2023 | 12/14/2023 | $111.12 |
| 15808004-000022 | 11524136 | MA06029 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/14/2023 | 12/14/2023 | $2,856.40 |
| 15808004-000022 | 11524251 | 169081 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/15/2023 | 12/15/2023 | $6,547.36 |
| 15808004-000022 | 11524217 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/15/2023 | 12/15/2023 | $120.48 |
| 15808004-000022 | 11522941 | 169475 | COLLAS CRILL L.P. | 12/18/2023 | 11/30/2023 | $1,555.25 |
| 15808004-000022 | 11522942 | 169475 | COLLAS CRILL L.P. | 12/18/2023 | 11/30/2023 | $8,734.40 |
| 15808004-000022 | 11520314 | 127254 | COMPASS GROUP  DBA FLIK INTERNATIONAL CORP | 12/18/2023 | 10/01/2023 | $502.75 |
| 15808004-000022 | 11523163 | 114008 | DENTONS LEE dba LEE INTERNATIONAL IP & LAW GROUP | 12/18/2023 | 12/05/2023 | $2,960.00 |
| 15808004-000022 | 11523164 | 114008 | DENTONS LEE dba LEE INTERNATIONAL IP & LAW GROUP | 12/18/2023 | 12/05/2023 | $34,864.27 |
| 15808004-000022 | 11523165 | 114008 | DENTONS LEE dba LEE INTERNATIONAL IP & LAW GROUP | 12/18/2023 | 12/05/2023 | $4,845.51 |
| 15808004-000021 | 11523443 | 151367 | DENTONS RODYK & DAVIDSON LLP | 12/18/2023 | 12/11/2023 | $16,605.02 |
| 15808004-000022 | 11523289 | 151367 | DENTONS RODYK & DAVIDSON LLP | 12/18/2023 | 12/08/2023 | $45,308.22 |
| 15808004-000022 | 11523294 | 160153 | DINNER MARTIN ATTORNEYS | 12/18/2023 | 12/06/2023 | $27,480.40 |
| 15808004-000022 | 11520844 | 169696 | GASSER PARTNER | 12/18/2023 | 11/16/2023 | $1,758.95 |
| 15808004-000022 | 11523296 | 169696 | GASSER PARTNER | 12/18/2023 | 12/07/2023 | $3,626.56 |
| 15808004-000022 | 11522109 | 169490 | HOWSE WILLIAMS | 12/18/2023 | 11/30/2023 | $1,000.00 |
| 15808004-000022 | 11522943 | 169490 | HOWSE WILLIAMS | 12/18/2023 | 10/31/2023 | $21,470.00 |
| 15808004-000025 | 11522763 | 169495 | KAPLAN HECKER & FINK LLP | 12/18/2023 | 12/04/2023 | $25,913.00 |
| 15808004-000025 | 11520841 | 169326 | LAW OFFICE OF GORAN RODIC | 12/18/2023 | 11/01/2023 | $268,132.98 |
| 15808004-000025 | 11522482 | 169326 | LAW OFFICE OF GORAN RODIC | 12/18/2023 | 12/01/2023 | $267,344.96 |
| 15808004-000022 | 11519556 | 160776 | NPD LOGISTICS | 12/18/2023 | 11/12/2023 | $39.98 |
| 15808004-000022 | 11520842 | 169628 | RAHMAN RAVELLI SOLICITORS LIMITED | 12/18/2023 | 11/29/2023 | $309,565.05 |
| 15808004-000022 | 11520843 | 169628 | RAHMAN RAVELLI SOLICITORS LIMITED | 12/18/2023 | 11/29/2023 | $195,301.61 |
| 15808004-000022 | 11522944 | 169777 | RUI PENA, ARNAUT & ASSOCIADOS-SOCIEDADE DE ADVOGADOS, S | 12/18/2023 | 12/06/2023 | $33,177.99 |
| 15808004-000022 | 11524051 | 169895 | WONGPARTNERSHIP LLP | 12/18/2023 | 11/29/2023 | $177,008.74 |
| 15808004-000022 | 11521999 | 132259 | BUCHANAN INGERSOLL & ROONEY PC | 12/19/2023 | 10/26/2023 | $9,736.00 |
| 15808004-000022 | 11523998 | 133277 | CORNERSTONE RESEARCH, INC. | 12/19/2023 | 11/29/2023 | $925,496.13 |
| 15808004-000022 | 11522762 | 169445 | ELLIOTT KWOK LEVINE & JAROSLAW LLP | 12/19/2023 | 12/01/2023 | $47,182.76 |
| 15808004-000022 | 11524590 | 106506 | FEDERAL EXPRESS CORPORATION | 12/19/2023 | 12/05/2023 | $67.11 |
| 15808004-000022 | 11524599 | 106506 | FEDERAL EXPRESS CORPORATION | 12/19/2023 | 12/08/2023 | $116.13 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11522003 | 163988 | J.S. HELD LLC | 12/19/2023 | 10/31/2023 | $246,343.00 |
| 15808004-000022 | 11522004 | 163988 | J.S. HELD LLC | 12/19/2023 | 09/30/2023 | $288,839.13 |
| 15808004-000022 | 11522005 | 163988 | J.S. HELD LLC | 12/19/2023 | 11/30/2023 | $80,750.00 |
| 15808004-000022 | 11522006 | 163988 | J.S. HELD LLC | 12/19/2023 | 04/30/2023 | $95,180.00 |
| 15808004-000022 | 11522007 | 163988 | J.S. HELD LLC | 12/19/2023 | 05/31/2023 | $157,070.00 |
| 15808004-000022 | 11522008 | 163988 | J.S. HELD LLC | 12/19/2023 | 06/30/2023 | $175,395.00 |
| 15808004-000022 | 11522009 | 163988 | J.S. HELD LLC | 12/19/2023 | 07/31/2023 | $290,170.00 |
| 15808004-000022 | 11522747 | 163988 | J.S. HELD LLC | 12/19/2023 | 08/31/2023 | $392,821.31 |
| 15808004-000022 | 11524877 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/19/2023 | 12/19/2023 | $802.19 |
| 15808004-000022 | 11524878 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/19/2023 | 12/19/2023 | $974.18 |
| 15808004-000022 | 11522907 | 129729 | PARCELS, INC. | 12/19/2023 | 11/01/2023 | $190,044.55 |
| 15808004-000022 | 11522000 | 140542 | R AND D STRATEGIC SOLUTIONS, LLC | 12/19/2023 | 10/31/2023 | $5,400.00 |
| 15808004-000022 | 11522671 | 144243 | REED SMITH LLP | 12/19/2023 | 12/06/2023 | $73,248.17 |
| 15808004-000022 | 11517224 | 895903 | WASHINGTON EXPRESS LLC, WASHINGTON EXPRESS VISAS | 12/19/2023 | 10/31/2023 | $144.03 |
| 15808004-000022 | 11519769 | 895903 | WASHINGTON EXPRESS LLC, WASHINGTON EXPRESS VISAS | 12/19/2023 | 11/15/2023 | $144.03 |
| 15808004-000022 | 11525107 | 139320 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $170.83 |
| 15808004-000022 | 11525162 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $104.58 |
| 15808004-000022 | 11525164 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $2,773.90 |
| 15808004-000022 | 11525165 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $1,121.31 |
| 15808004-000025 | 11525163 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $495.43 |
| 15808004-000025 | 11525166 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $314.00 |
| 15808004-000022 | 11525216 | MA06029 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/20/2023 | 12/20/2023 | $445.89 |
| 15808004-000022 | 11525405 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/21/2023 | 12/21/2023 | $66.21 |
| 15808004-000022 | 11525406 | 167787 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/21/2023 | 12/21/2023 | $45.00 |
| 15808004-000022 | 11525720 | 168756 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/22/2023 | 12/22/2023 | $750.88 |
| 15808004-000022 | 11525659 | 163199 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/22/2023 | 12/22/2023 | $52.00 |
| 15808004-000022 | 11526456 | 128966 | SOUTHERN DISTRICT REPORTERS, P.C. | 12/27/2023 | 12/21/2023 | $190.35 |
| 15808004-000022 | 11527039 | 163458 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/29/2023 | 12/29/2023 | $2,907.04 |
| 15808004-000022 | 11519339 | 148069 | DENTONS US LLP | 12/29/2023 | 11/19/2023 | $171.50 |
| 15808004-000022 | 11524360 | 148069 | DENTONS US LLP | 12/29/2023 | 12/15/2023 | $279.80 |
| 15808004-000022 | 11524361 | 148069 | DENTONS US LLP | 12/29/2023 | 12/15/2023 | $119.20 |
| 15808004-000022 | 11524990 | 161392 | DTI TOPCO, INC, EPIQ GLOBAL BUSINESS TRANSFORMATION SOLU | 12/29/2023 | 10/31/2023 | $507.38 |
| 15808004-000022 | 11525263 | 115985 | WEIL, GOTSHAL & MANGES LLP | 12/29/2023 | 11/30/2023 | $500,000.00 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11524537 | 154568 | XYZ TWO WAY RADIO SERVICE, INC. | 12/29/2023 | 11/29/2023 | $856.45 |
| 15808004-000022 | 11524538 | 154568 | XYZ TWO WAY RADIO SERVICE, INC. | 12/29/2023 | 12/06/2023 | $455.83 |
| 15808004-000022 | 11524539 | 154568 | XYZ TWO WAY RADIO SERVICE, INC. | 12/29/2023 | 12/13/2023 | $91.55 |
| 15808004-000022 | 11527766 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 12/31/2023 | 01/03/2024 | $30.00 |
| 15808004-000022 | 11527331 | 157489 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/01/2024 | 01/01/2024 | $5,099.91 |
| 15808004-000022 | 11524945 | 160153 | DINNER MARTIN ATTORNEYS | 01/02/2024 | 12/13/2023 | $22,520.95 |
| 15808004-000022 | 11524768 | 129729 | PARCELS, INC. | 01/04/2024 | 10/01/2023 | $128,008.80 |
| 15808004-000022 | 11528265 | 169541 | ATTORNEY TRANSLATION SERVICES, LLC | 01/05/2024 | 01/05/2024 | $1,477.84 |
| 15808004-000022 | 11525785 | 111750 | COURTHOUSE NEWS SERVICE | 01/05/2024 | 12/01/2023 | $10.00 |
| 15808004-000022 | 11524551 | 160776 | NPD LOGISTICS | 01/05/2024 | 12/10/2023 | $29.87 |
| 15808004-000022 | 11524507 | 168906 | OMNICOM GROUP INC. | 01/05/2024 | 12/11/2023 | $65,000.00 |
| 15808004-000022 | 11528397 | 163478 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/08/2024 | 01/08/2024 | $24.95 |
| 15808004-000022 | 11523457 | 169409 | ALPHA CONSULTING D.O.O. | 01/10/2024 | 12/12/2023 | $4,202.69 |
| 15808004-000025 | 11522940 | 169409 | ALPHA CONSULTING D.O.O. | 01/10/2024 | 11/21/2023 | $4,152.97 |
| 15808004-000022 | 11526485 | 144522 | D & B LEGAL SERVICES, INC. | 01/10/2024 | 12/20/2023 | $157.00 |
| 15808004-000015 | 11527506 | 151367 | DENTONS RODYK & DAVIDSON LLP | 01/10/2024 | 12/22/2023 | $31,594.06 |
| 15808004-000022 | 11527812 | 121605 | KIM & CHANG | 01/10/2024 | 12/26/2023 | $5,000,000.00 |
| 15808004-000022 | 11528417 | 139942 | MCGUIREWOODS LLP | 01/10/2024 | 12/22/2023 | $50,000.00 |
| 15808004-000022 | 11525855 | 115985 | WEIL, GOTSHAL & MANGES LLP | 01/10/2024 | 12/21/2023 | $323,835.87 |
| 15808004-000022 | 11529704 | 148069 | DENTONS US LLP | 01/16/2024 | 01/16/2024 | $650.28 |
| 15808004-000006 | 11529416 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 01/16/2024 | 01/04/2024 | $31.10 |
| 15808004-000022 | 11529416 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 01/16/2024 | 01/04/2024 | $243.20 |
| 15808004-000022 | 11529417 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 01/16/2024 | 01/04/2024 | $766.50 |
| 15808004-000025 | 11529416 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 01/16/2024 | 01/04/2024 | $6.40 |
| 15808004-000025 | 11529417 | 392 | U.S. COURTS AO - PACER SERVICE CENTER | 01/16/2024 | 01/04/2024 | $6.70 |
| 15808004-000022 | 11530072 | 165830 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/18/2024 | 01/18/2024 | $440.77 |
| 15808004-000014 | 11530219 | 149371 | ALVAREZ & MARSAL HOLDINGS, LLC | 01/19/2024 | 01/19/2024 | $1,500,000.00 |
| 15808004-000022 | 11530088 | 133277 | CORNERSTONE RESEARCH, INC. | 01/19/2024 | 12/28/2023 | $633,111.15 |
| 15808004-000014 | 11530262 | 169999 | DUBEL & ASSOCIATES, LLC | 01/19/2024 | 01/19/2024 | $316,774.19 |
| 15808004-000022 | 11528426 | 169468 | ELEVEN CANTERBURY LLC | 01/19/2024 | 01/04/2024 | $163,875.00 |
| 15808004-000022 | 11528427 | 169468 | ELEVEN CANTERBURY LLC | 01/19/2024 | 01/04/2024 | $23,364.36 |
| 15808004-000022 | 11528545 | 169468 | ELEVEN CANTERBURY LLC | 01/19/2024 | 01/04/2024 | $115,187.50 |
| 15808004-000022 | 11528852 | 138249 | GOODWIN PROCTER LLP | 01/19/2024 | 01/09/2024 | $50,000.00 |

| Client Matter | Voucher ID | Vendor ID | Vendor Name (AP) | Check Date | Invoice Date | Total Spend |
|---|---|---|---|---|---|---|
| 15808004-000022 | 11530218 | 139784 | GRADILLAS COURT REPORTERS | 01/19/2024 | 01/19/2024 | $540.00 |
| 15808004-000025 | 11530204 | 169495 | KAPLAN HECKER & FINK LLP | 01/19/2024 | 01/05/2024 | $247,354.85 |
| 15808004-000025 | 11530205 | 169495 | KAPLAN HECKER & FINK LLP | 01/19/2024 | 01/19/2024 | $5,000,000.00 |
| 15808004-000025 | 11530252 | 121605 | KIM & CHANG | 01/19/2024 | 01/19/2024 | $5,000,000.00 |
| 15808004-000025 | 11529875 | 169326 | LAW OFFICE OF GORAN RODIC | 01/19/2024 | 01/01/2024 | $271,162.39 |
| 15808004-000022 | 11530098 | 168916 | QUINLAN PARTNERS, LLC | 01/19/2024 | 11/29/2023 | $2,338.00 |
| 15808004-000022 | 11530099 | 168916 | QUINLAN PARTNERS, LLC | 01/19/2024 | 01/11/2024 | $68,569.08 |
| 15808004-000014 | 11530202 | 122328 | RICHARDS, LAYTON & FINGER, P.A. | 01/19/2024 | 01/18/2024 | $150,000.00 |
| 15808004-000014 | 11530199 | 115985 | WEIL, GOTSHAL & MANGES LLP | 01/19/2024 | 01/18/2024 | $2,000,000.00 |
| 15808004-000014 | 11530200 | 115985 | WEIL, GOTSHAL & MANGES LLP | 01/19/2024 | 01/18/2024 | $1,000,000.00 |
| 15808004-000014 | 11530198 | 107942 | WILLIS TOWERS WATSON US LLC | 01/19/2024 | 01/18/2024 | $50,000.00 |
| 15808004-000014 | 11530263 | 107942 | WILLIS TOWERS WATSON US LLC | 01/19/2024 | 01/19/2024 | $35,000.00 |
| 15808004-000014 | 11530261 | 169895 | WONGPARTNERSHIP LLP | 01/19/2024 | 01/09/2024 | $94,950.00 |
| 15808004-000022 | 11531025 | 167100 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/23/2024 | 01/23/2024 | $4,814.10 |
| 15808004-000022 | 11530474 | 106506 | FEDERAL EXPRESS CORPORATION | 01/23/2024 | 01/19/2024 | $43.52 |
| 15808004-000022 | 11531054 | 169533 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/23/2024 | 01/23/2024 | $40.00 |
| 15808004-000022 | 11528526 | 895903 | WASHINGTON EXPRESS LLC, WASHINGTON EXPRESS VISAS | 01/23/2024 | 12/31/2023 | $144.03 |
| 15808004-000022 | 11530684 | 167100 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/24/2024 | 01/24/2024 | $4,665.93 |
| 15808004-000022 | 11530685 | 167100 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/24/2024 | 01/24/2024 | $305.14 |
| 15808004-000022 | 11531213 | 169533 | DENTONS US LLP PERSONNEL (REIMBURSEMENT FOR COSTS) | 01/26/2024 | 01/26/2024 | $5,380.76 |
| 15808004-000022 | 11530213 | 160776 | NPD LOGISTICS | 01/26/2024 | 01/14/2024 | $19.99 |
| | | | | | | **$31,876,159.49** |