**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TERRAFORM LABS PTE. LTD.,[1] | Case No. 24–10070 (BLS) |
| Debtor. | **Ref. Docket No. 49** |

### CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2024, I caused to be served the "Notice of Erratum Regarding Declaration of Chris Amani in Support of the Debtor's Chapter 11 Petition and First Day Relief," dated February 7, 2024 [Docket No. 49], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those CM/ECF parties listed on the annexed Exhibit C, in accordance with Local Rule 5004-4(c)(ii).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. In addition, I hereby certify that the referenced document was electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACA ENGRG PTE LTD | ATTN: POHYEE SONG 27 MANDAI ESTATE 07-07 INNOVATION PLACE, TOWER 2 SINGAPORE 729931 SINGAPORE |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | ATTN: VINCENT CHIUA 4 PENJURU PLACE 01-23 2.8 PENJURU TECH HUB SINGAPORE 608782 SINGAPORE |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | ATTN: ERIC CHEE 21 TOH GUAN ROAD EAST 06-13 TOH GUAN CENTRE SINGAPORE 608609 SINGAPORE |
| CLOUDFLARE, INC. | ATTN: MICHELLE ZATLYN 101 TOWNSEND STREET SAN FRANCISCO CA 94107 |
| DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| ESHARES, INC. DBA CARTA, INC. | 333 BUSH STREET SUITE 2300 SAN FRANCISCO CA 94104 |
| ETHAN LEE | ADDRESS ON FILE |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| K&L GATES LLP | ATTN: DREW HINKES 210 SIXTH AVENUE K&L GATES CENTER PITTSBURGH PA 15221 |
| MINISTRY OF FINANCE | ATTN: JEREMIAH FRETT FINANCIAL SECRETARY GOVERNMENT OF THE VIRGIN ISLANDS ROAD TOWN, TORTOLA VG 1110 VIRGIN ISLANDS |
| NANSEN PTE. LTD | ATTN: ALEXANDER SVANEVIK 111 SOMERSET RD, 03-09 SINGAPORE 238164 SINGAPORE |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE ATTN: LINDA RICHENDERFER, ESQ. 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OKCOIN | ATTN: CLIFFORD CHANCE 27TH FLOOR, JARDINE HOUSE ONE CONNAUGHT PLACE HONG KONG HONG KONG |
| OMNICOM GROUP INC | ATTN: KEVIN LAWLOR 1615 L STREET NW SUITE 400 WASHINGTON DC 20036 |
| PAGERDUTY, INC. | ATTN: JENNIFER TEJADA CEO DREAMPLUS 1219 311 GANGNAM-DAERO, SEOCHO-GU SEOUL 16628 KOREA, REPUBLIC OF |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: DEVON STAREN 100 F STREET, NE WASHINGTON DC 20549-5985 |
| SINGTEL | ATTN: BOON KOH CFO 31 EXETER ROAD COMCENTRE SINGAPORE 239732 SINGAPORE |
| STANDARD CRYPTO VENTURE FUND I LP | ATTN: ASHLEY SWEREN 1225 4TH STREET 525 SAN FRANCISCO CA 94158 |
| SUBMC1 | 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TOKEN TERMINAL OY | PIENI ROOBERTINKATU 9 HELSINKI 00130 FINLAND |
| TPC COMMERCIAL PTE LTD | ATTN: CHENG HSING YAO 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TQ VENTURES | ATTN: ANDREW MARKS 408 WEST 14TH STREET 4TH FLOOR NEW YORK NY 10014 |
| WINTERMUTE TRADING | ATTN: OLIVER FELTON MISHCON DE REYA LLP AFRICA HOUSE, 70 KINGSMAN LONDON WC2B 6AH UNITED KINGDOM |

**Total Creditor count  29**

**EXHIBIT B**

TERRAFORM LABS PTE. LTD., Case No. 24–10070 (BLS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | Linda.Richenderfer@usdoj.gov |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV; COMMISSIONERLEE@SEC.GOV |
| ACA ENGRG PTE LTD | pohyee.song@acaengrg.com |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | accounts@archer.com.sg |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | main@clspc.com.sg |
| CLOUDFLARE, INC. | mzatlyn@cloudflare.com |
| ESHARES, INC. DBA CARTA, INC. | investorservices@carta.com |
| K&L GATES LLP | drew.hinkes@klgates.com |
| PAGERDUTY, INC. | jennifer.tejada@pagerduty.com; dalves@pagerduty.com |
| SECURITIES & EXCHANGE COMMISSION | starend@sec.gov; cuellarc@sec.gov; carneyc@sec.gov; landsmanr@sec.gov |
| SINGTEL | andrew@teligraphtech.com |
| STANDARD CRYPTO VENTURE FUND I LP | ashley@standardcrypto.vc |
| SUBMC1 | aliceleaw@guocoland.com |
| TPC COMMERCIAL PTE LTD | vivienlim@guocoland.com |
| ETHAN LEE | EMAIL ADDRESS ON FILE |
| NANSEN PTE. LTD | alex@nansen.ai |
| TOKEN TERMINAL OY | rasmus@tokenterminal.xyz |
| OMNICOM GROUP INC | Klawlor@ddcpublicaffairs.com |
| MINISTRY OF FINANCE | JFrett@gov.vg |
| OKCOIN | sookhim.keoy@cliffordchance.com; karen.choi@cliffordchance.com |
| WINTERMUTE TRADING | oliver.felton@mishcon.com |

**EXHIBIT C**

TERRAFORM LABS PTE. LTD., Case No. 24–10070 (BLS)

Electronic Mail CM-ECF Service List

| Creditor Name | Email Address |
|---|---|
| Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Matthew P. Milana | milana@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Therese Anne Scheuer | scheuert@sec.gov |
| Zachary I Shapiro | shapiro@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William Matthew Uptegrove | uptegrovew@sec.gov |
| Mark Califano | mark.califano@dentons.com |
| Alexander R. Steiger | steiger@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |