IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terraform Labs Pte. Ltd., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 15, 2024, the undersigned counsel served the *United States Securities And Exchange Commission's First Request For Production Of Documents Concerning The Motion Of Debtor For Entry Of Interim And Final Orders (I) Authorizing Debtor To Use Treasury Management System, (II) Authorizing Continuation Of Intracompany And Intercompany Transactions, (III) Extending Time To Comply With Requirements Of 11 U.S.C. § 345(B), And (IV) Granting Related Relief* upon the following proposed counsel of record *via* electronic mail:

*Proposed Counsel to the Debtor*

Ronit Berkovich
Jessica Liou
F. Gavin Andrews
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
　　　　jessica.liou@weil.com
　　　　f.gavin.andrews@weil.com

Paul N. Heath
Zachary I. Shapiro
Matthew P. Milana
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
       shapiro@rlf.com
       milana@rlf.com

| | |
|---|---|
| DATED:   February 15, 2024 | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>By: */s/ Therese A. Scheuer*<br>Therese A. Scheuer (No. 5699)<br>100 F. Street, NE<br>Washington, DC 20549<br>Tel: (202) 551-6029<br>Fax: (202) 772-9317<br>ScheuerT@sec.gov<br><br>William M. Uptegrove<br>Atlanta Regional Office<br>950 East Paces Ferry Road, N.E.<br>Atlanta, GA 30326<br>Tel: (404) 842-5765<br>UptegroveW@sec.gov |