**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| TERRAFORM LABS PTE. LTD., | : | Case No. 24–10070 (BLS) |
| | : | |
| Debtor.[1] | : | |
| | : | |
| ------------------------------------------------------------ x | | |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, the above-captioned debtor and debtor in possession requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30592297v.1

Dated:  February 16, 2024
       Wilmington, Delaware

            */s/ Matthew P. Milana*
            RICHARDS, LAYTON & FINGER, P.A.
            Paul N. Heath (No. 3704)
            Zachary I. Shapiro (No. 5103)
            Matthew P. Milana (No. 6681)
            One Rodney Square
            920 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 651-7700
            Email:     heath@rlf.com
                         shapiro@rlf.com
                         milana@rlf.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Ronit Berkovich (admitted *pro hac vice*)
            Jessica Liou (admitted *pro hac vice*)
            F. Gavin Andrews (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Email:     ronit.berkovich@weil.com
                         jessica.liou@weil.com
                         f.gavin.andrews@weil.com

            *Proposed Attorneys for Debtor*
            *and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
:
**In re**                                                  :    **Chapter 11**
:
**TERRAFORM LABS PTE. LTD.,**                              :    Case No. 24–10070 (BLS)
:
**Debtor.**                                                :
:
------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| April 18, 2024 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

RLF1 30592297v.1