**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TERRAFORM LABS PTE. LTD.,[1] | Case No. 24–10070 (BLS) |
| Debtor. | **Ref. Docket No. 47** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 14, 2024, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed on February 6, 2024 [Docket No. 47], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| ALPHA CONSULTING | ATTN: KSENIJA POPOVIC IVANISEVIC BULEVAR REVOLUCIJE 2/10A PODGORICA MONTENEGRO |
| BENESCH FRIEDLANDER | 127 PUBLIC SQUARE SUITE 4900 CLEVELAND OH 44114 |
| CENTRAL PROVIDENT FUND | 79 ROBINSON ROAD LEVEL 41 CPF BUILDING SINGAPORE 068897 SINGAPORE |
| DENTONS CAYMAN ISLANDS | 2ND FLOOR ONE CAPITAL PLACE P.O BOX 10190 GEORGE TOWN KY1-1002 CAYMAN ISLANDS |
| DENTONS FRANKFURT | RECHTSANWALTE STEUERBERATER THURN-UND-TAXIS-PLATZ 6 FRANKFURT AM MAIN 60313 GERMANY |
| DENTONS MAURITIUS | LES JAMALACS BUILDING VIEUX CONSEIL STREET PORT LOUIS 11328 MAURITIUS |
| DENTONS PARIS | 5 BOULEVARD MALESHERBES PARIS 75008 FRANCE |
| GASSER PARTNER | INDUSTRIERING 3 9491 RUGGELL FURSTENTUM LIECHTENSTEIN |
| GOODWIN LAW | ATTN: GRANT P. FONDO 601 MARSHALL STREET REDWOOD CITY CA 94063 |
| GRADILLAS PARTNERS INVESTIGATION | C/O: GRADILLAS COURT REPORTERS 400 N. BRAND BOULEVARD SUITE 950 GLENDALE CA 91203 |
| HOWSE WILLIAMS | 27/F ALEXANDRA HOUSE 18 CHATER ROAD CENTRAL HONG KONG |
| INLAND REVENUE AUTHORITY OF SINGAPORE | 55 NEWTON RD REVENUE HOUSE SINGAPORE 307987 SINGAPORE |
| MCGUIRE WOODS | ATTN: ERIC SNYDER 1251 AVENUE OF THE AMERICAS 20TH FLOOR NEW YORK NY 10020-1104 |
| NATIONAL TAX SERVICE | 8-14 GUKSECHEONG-RO SEJONG SEJONG 30128 KOREA, REPUBLIC OF |
| OKCOIN TECHNOLOGY COMPANY LTD | ATTN: CLIFFORD CHANCE 27TH FLOOR ONE CONNAUGHT PLACE HONG KONG HONG KONG |
| QUINLAN PARTNERS | ATTN: PAUL QUINLAN 2805 2ND AVE. S. SUITE 200 BIRMINGHAM AL 35233 |
| RAHMAN RAVELLI SOLICITORS LTD | ATTN: NICOLA SHARP AND AZIZUR RAHMAN BRIDGE HOUSE 181 QUEEN VICTORIA STREET LONDON EC4V 4EG UNITED KINGDOM |
| REED SMITH | ATTN: WAYNE STANDSFIELD THREE LOGAN SQUARE 1717 ARCH STREET PHILADELPHIA PA 19103 |
| RUI PENA, ARNAUT & ASSOCIADOS | RUA CASTILHO 50 LISBOA 1250-071 PORTUGAL |
| WESTERN ALLIANCE BANK | ATTN: CAMERON CLARKE 450 B. STREET STE 150 SAN DIEGO CA 92101 |
| WINTERMUTE TRADING | C/O: MISHCON DE REYA LLP AFRICA HOUSE 70 KINGSMAN LONDON WC2B 6AH UNITED KINGDOM |

**Total Creditor count  21**