John A. Pintarelli
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1213
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
**In re** :
:
**TERRAFORM LABS PTE. LTD.,** :   **Chapter 11**
:
Debtor.[1] :   **Case No. 24-10070 (BLS)**
:
:
:
------------------------------------------------------------ x

**NOTICE OF APPEARANCE OF JOHN A. PINTARELLI**

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

> Pillsbury Winthrop Shaw Pittman LLP
> 31 West 52nd Street
> New York, New York 10019
> Telephone: (212) 858-1213
> Facsimile: (212) 858-1500
> John Pintarelli
> E-mail: john.pintarelli@pillsburylaw.com

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881

Dated: February 21, 2024
      New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ John A. Pintarelli
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1213
Facsimile: (212) 858-1500
John Pintarelli
E-mail: john.pintarelli@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*