IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
**TERRAFORM LABS PTE. LTD.,** : Case No. 24–10070 (BLS)
: 
Debtor.[1] : Proposed Obj. Deadline: Mar. 1, 2024 at 12:00 p.m. (ET)
: Proposed Hr'g Date: Mar. 5, 2024 at 2:30 p.m. (ET)
------------------------------------------------------------ x

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on February 22, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant to 11 U.S.C. § 1505* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtor also filed a motion to shorten the notice and objection period with respect to the Motion (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **March 5, 2024 at 2:30 p.m. (ET)** before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be filed by **March 1, 2024 at 12:00 p.m. (ET).**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30610907v.1

PLEASE TAKE FURTHER NOTICE that if the Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

Dated: February 22, 2024
      Wilmington, Delaware

      /s/ Matthew P. Milana
      RICHARDS, LAYTON & FINGER, P.A.
      Paul N. Heath (No. 3704)
      Zachary I. Shapiro (No. 5103)
      Matthew P. Milana (No. 6681)
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      Email:    heath@rlf.com
                  shapiro@rlf.com
                  milana@rlf.com

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Ronit Berkovich (admitted *pro hac vice*)
      Jessica Liou (admitted *pro hac vice*)
      F. Gavin Andrews (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Email: ronit.berkovich@weil.com
              jessica.liou@weil.com
              f.gavin.andrews@weil.com

      *Proposed Attorneys for Debtor*
      *and Debtor in Possession*