**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re                                                      :    Chapter 11
:
TERRAFORM LABS PTE. LTD.,                                  :    Case No. 24–10070 (BLS)
:
Debtor.[1]                                                 :    Re: Docket No. __
:
---------------------------------------------------------- x

### ORDER AUTHORIZING TERRAFORM LABS PTE. LTD. TO ACT ON BEHALF OF DEBTOR'S ESTATE PURSUANT TO 11 U.S.C. § 1505

Upon the motion (the "**Motion**")[2] of Terraform Labs Pte. Ltd. ("**TFL**"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), for an order pursuant to section 1505 of title 11 of the United States Code (the "**Bankruptcy Code**"), authorizing TFL to commence the Singapore Recognition Proceeding and represent the Debtor's estate therein, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and §1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having held a hearing to consider the relief requested in the Motion, if necessary; and this Court

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. TFL, as Foreign Representative, is authorized, pursuant to section 1505 of the Bankruptcy Code, to act on behalf of the Debtor's estate to commence and represent the Debtor's estate in the Singapore Recognition Proceeding, including within the meaning of Article 2(i) of the Singapore Model Law or any other applicable laws of Singapore. TFL shall be authorized and have the power to act in any way permitted by applicable foreign law, including, but not limited to (i) seeking recognition of this Chapter 11 Case and this Court's orders by the Singapore Court in the Singapore Recognition Proceeding, (ii) requesting that the Singapore Court lend assistance to this Court in protecting the property of the Debtor's estate, and (iii) seeking any other appropriate relief from the Singapore Court that TFL deems just and proper in the furtherance of the protection of the Debtor's estate.

3. This Court requests the aid and assistance of the Singapore Court to recognize the Chapter 11 Case as a "foreign non-main proceeding" and TFL as a "foreign representative" pursuant to the Singapore Model Law, and to recognize and give full force and effect in all judicial districts of Singapore to this Order and any other orders for which recognition is sought.

4. Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order is effective immediately and enforceable upon its entry.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.