UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                              :

**In re**                                                             :         Chapter 11

**TERRAFORM LABS PTE. LTD.,**              :        Case No. 24–10070 (BLS)

        **Debtor.**[1]                                  :

------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**[2]

> **THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**
>
> **ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**
>
> **COURTCALL WILL NOT BE USED TO DIAL IN. TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**
>
> **IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**I.**      <u>**MATTER GOING FORWARD**</u>;

         1.      Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance

---

[1]    The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2]    All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

RLF1 30583077v.1

of Litigation and Granting Related Relief [Docket No. 61 – filed February 14, 2024] (the "Motion")

Objection / Response Deadline:    February 23, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:

A.  Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

Related Documents:

i.  Motion of Debtor to Shorten Notice and Objections Periods *Solely* with Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 62 – filed February 14, 2024]

ii. Order Shortening Notice and Objection Periods *Solely* with Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 63 – entered February 15, 2024]

Status: The hearing on this matter is going forward at this time solely with respect to the Wintermute Order, which was attached to the Motion as Exhibit B. The Debtor has resolved the U.S. Trustee's informal comments and will submit a revised form of order under certification of counsel prior the hearing.

Dated: February 26, 2024
      Wilmington, Delaware

                              */s/ Matthew P. Milana*
                              RICHARDS, LAYTON & FINGER, P.A.
                              Paul N. Heath (No. 3704)
                              Zachary I. Shapiro (No. 5103)
                              Matthew P. Milana (No. 6681)
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              Email:    heath@rlf.com
                                                shapiro@rlf.com
                                                milana@rlf.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ronit Berkovich (admitted *pro hac vice*)
                              Jessica Liou (admitted *pro hac vice*)
                              F. Gavin Andrews (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Email:    ronit.berkovich@weil.com
                                                jessica.liou@weil.com
                                                f.gavin.andrews@weil.com

                              *Proposed Attorneys for Debtor*
                              *and Debtor in Possession*