UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                     :
                                                                     :

| In re | : | Chapter 11 |
|---|---|---|
|  | : |  |
| **TERRAFORM LABS PTE. LTD.,** | : | Case No. 24–10070 (BLS) |
|  | : |  |
| **Debtor.**[1] | : |  |
|  | : |  |

------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1[3]**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    MATTER GOING FORWARD:**

1. Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 61 – filed February 14, 2024] (the "Motion")

    Objection / Response Deadline:    February 23, 2024 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

---

[1]    The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2]    **Amended agenda items appear in bold.**

[3]    All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

RLF1 30621694v.1

<u>Related Documents</u>:

i. Motion of Debtor to Shorten Notice and Objections Periods *Solely* with Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 62 – filed February 14, 2024]

ii. Order Shortening Notice and Objection Periods *Solely* with Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 63 – entered February 15, 2024]

iii. **Certification of Counsel Regarding Revised Proposed Order Pursuant to Bankruptcy Code Section 363 Authorizing Debtor to Pay (I) Wintermute Costs and (II) Granting Related Relief [Docket No. 82 – filed February 26, 2024]**

iv. **Order Pursuant to Bankruptcy Code Section 363 Authorizing Debtor to Pay (I) Wintermute Costs and (II) Granting Related Relief [Docket No. 83 – entered February 27, 2024]**

<u>Status</u>: **On February 27, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

Dated: February 27, 2024
Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  heath@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:  ronit.berkovich@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com

*Proposed Attorneys for Debtor*
*and Debtor in Possession*