**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| TERRAFORM LABS PTE. LTD., | : | Case No. 24–10070 (BLS) |
| | : | |
| Debtor.[1] | : | Re: Docket No. 45 |
| | : | |
| ------------------------------------------------------- x | | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION OF DEBTOR FOR ENTRY OF ORDER EXTENDING**
**TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES AND**
**STATEMENT OF FINANCIAL AFFAIRS AND (II) 2015.3 FINANCIAL REPORT**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtor (the "**Debtor**") has received no answer, objection, or any other responsive pleading with respect to the *Motion of Debtor for Entry of Order Extending Time to File (I) Schedules of Assets and Liabilities and Statement of Financial Affairs and (II) 2015.3 Financial Report* [Docket No. 45] (the "**Motion**") filed by the Debtor with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on February 5, 2024.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objections or responses to the Motion were to be filed no later than February 26, 2024 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30623604v.1

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: February 27, 2024
      Wilmington, Delaware

                                      */s/ Matthew P. Milana*
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      Paul N. Heath (No. 3704)
                                      Zachary I. Shapiro (No. 5103)
                                      Matthew P. Milana (No. 6681)
                                      One Rodney Square
                                      920 North King Street
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 651-7700
                                      Email:    heath@rlf.com
                                                        shapiro@rlf.com
                                                         milana@rlf.com

                                      -and-

                                      WEIL, GOTSHAL & MANGES LLP
                                      Ronit Berkovich (admitted *pro hac vice*)
                                      Jessica Liou (admitted *pro hac vice*)
                                      F. Gavin Andrews (admitted *pro hac vice*)
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Email:    ronit.berkovich@weil.com
                                                         jessica.liou@weil.com
                                                         f.gavin.andrews@weil.com

                                      *Proposed Attorneys for Debtor*
                                      *and Debtor in Possession*