IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
:
In re : Chapter 11
:
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
:
Debtor.[1] : Re: Docket No. 59
:
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF DEBTOR FOR AUTHORITY TO RETAIN AND EMPLOY EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE ADVISOR EFFECTIVE AS OF PETITION DATE**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtor (the "**Debtor**") has received no answer, objection, or any other responsive pleading with respect to the *Application of Debtor for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date* [Docket No. 59] (the "**Application**") filed by the Debtor with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on February 13, 2024.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Application appears thereon. Pursuant to the *Notice of Application and Hearing* filed with the Application, any objections or responses to the Application were to be filed no later than February 27, 2024 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30628880v.1

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated: February 28, 2024
       Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:    heath@rlf.com
            shapiro@rlf.com
            milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:    ronit.berkovich@weil.com
            jessica.liou@weil.com
            f.gavin.andrews@weil.com

*Proposed Attorneys for Debtor*
*and Debtor in Possession*