**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Terraform Labs Pte. Ltd., | : | Case No. 24-10070 (BLS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Celsius Network LLC, c/o Litigation Oversight Committee**, Attn: Gerard Uzzi, 50 Harrison St., Suite 209F, Hoboken, NJ 07030, Phone: 732-675-9503, Email: guzzi@ghuassociates.com

2. **Josh Golder,** an individual creditor, Attn: Christopher Samis, Potter Anderson & Corroon LLP, 1313 N. Market St., 6th Floor, Wimington, DE  19801, Phone: 302-245-5069, Email: csamis@potteranderson.com

3. **Francisco Javier Reina Barragan,** an individual creditor.

ANDREW R. VARA
United States Trustee, Region 3

 /s/ Linda Richenderfer & Jane M. Leamy for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: February 29, 2024

Attorney assigned to this Case: Linda Richenderfer, Esq. & Jane M. Leamy, Esq. Phone: (302) 573-6491
Debtors' Counsel: Zachary Shapiro, Esq., Phone: 302-651-7819