# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Terraform Labs Pte. Ltd., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 29, 2024, the undersigned counsel served the *UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS CONCERNING APPLICATION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DENTONS US LLP AS SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE AS OF THE PETITION DATE* upon the following proposed counsel of record *via* electronic mail:

*Counsel to the Debtor*

Ronit Berkovich
Jared Friedmann
Jessica Liou
F. Gavin Andrews
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
jared.friedmann@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com

2

Paul N. Heath
Zachary I. Shapiro
Matthew P. Milana
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
shapiro@rlf.com
milana@rlf.com

| | |
|---|---|
| DATED:    February 29, 2024 | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** |

By: */s/ William M. Uptegrove*
    William M. Uptegrove
    NY Bar No. 4846622; NJ Bar No. 031602003
    950 East Paces Ferry Road, Suite 900
    Atlanta, Georgia 30326-1382
    Tel: (404) 842-5765
    Email: uptegrovew@sec.gov

    -and-

    Therese A. Scheuer
    DE Bar No. 5699
    100 F. Street, NE
    Washington, DC 20549
    Phone: (202) 551-6029
    Fax: (202) 772-9317
    Email:  scheuert@sec.gov