**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
: 
: 
**In re** : **Chapter 11**
: 
**TERRAFORM LABS PTE. LTD.,** : **Case No. 24–10070 (BLS)**
: 
**Debtor.**[1] : 
: 
: 
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MARCH 5, 2024 AT 2:30 P.M. (ET), BEFORE THE HONORABLE BRENDAN L.**
**SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**[2]

---

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**

**ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**COURTCALL WILL NOT BE USED TO DIAL IN.  TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**I.      ADJOURNED MATTER:**

1.      Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Use Treasury Management System, (II) Authorizing Continuation of Intracompany and

---

[1]     The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2]     All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

Intercompany Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 21 – filed January 30, 2024]

Objection / Response Deadline: February 26, 2024 at 4:00 p.m. (ET); extended for certain parties

Objections / Responses Received: Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

Related Documents:

i.     Interim Order (I) Authorizing Debtor to Use Treasury Management System, (II) Authorizing Continuation of Intracompany and Intercompany Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 40 – entered February 2, 2024]

ii.    Notice of (A) Entry of Interim Order (I) Authorizing Debtor to Use Treasury Management System, (II) Authorizing Continuation of Intracompany and Intercompany Transactions, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 41 – filed February 2, 2024]

Status:  The hearing on this matter has been adjourned to the omnibus hearing scheduled for April 18, 2024 at 10:00 a.m. (ET).

## II.     RESOLVED MATTERS:

2.    Motion of Debtor for Entry of Order Extending Time to File (I) Schedules of Assets and Liabilities and Statement of Financial Affairs and (II) 2015.3 Financial Report [Docket No. 45 – filed February 5, 2024]

Objection / Response Deadline: February 26, 2024 at 4:00 p.m. (ET)

Objections / Responses Received: None.

Related Documents:

i.     Certificate of No Objection Regarding Motion of Debtor for Entry of Order Extending Time to File (I) Schedules of Assets and Liabilities and Statement of Financial Affairs and (II) 2015.3 Financial Report [Docket No. 89 – filed February 27, 2024]

ii.    Order Extending Time to File (I) Schedules of Assets and Liabilities and Statement of Financial Affairs and (II) 2015.3 Financial Report [Docket No. 90 – entered February 28, 2024]

Status:  On February 28, 2024, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2

3.      Application of Debtor to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtor Effective as of Petition Date [Docket No. 55 – filed February 13, 2024]

     Objection / Response Deadline:     February 27, 2024 at 4:00 p.m. (ET)

     Objections / Responses Received:     None.

     Related Documents:

     i.     Certificate of No Objection Regarding Application of Debtor to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtor Effective as of Petition Date [Docket No. 92 – filed February 28, 2024]

     ii.     Order Authorizing Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtor Effective as of Petition Date [Docket No. 96 – entered February 29, 2024]

     Status:  On February 29, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

4.      Application of Debtor for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtor Effective as of Petition Date [Docket No. 57 – filed February 13, 2024]

     Objection / Response Deadline:     February 27, 2024 at 4:00 p.m. (ET)

     Objections / Responses Received:     None.

     Related Documents:

     i.     Certificate of No Objection Regarding Application of Debtor for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtor Effective as of Petition Date [Docket No. 93 – filed February 28, 2024]

     ii.     Order Authorizing Retention and Employment of Weil, Gotshal & Manges LLP as Attorneys for Debtor Effective as of Petition Date [Docket No. 97 – entered February 29, 2024]

     Status:  On February 29, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

5.      Application of Debtor for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [Docket No. 59 – filed February 13, 2024]

     Objection / Response Deadline:     February 27, 2024 at 4:00 p.m. (ET)

     Objections / Responses Received:     None.

RLF1 30509789v.1

Related Documents:

i.      Certificate of No Objection Regarding Application of Debtor for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [Docket No. 94 – filed February 28, 2024]

ii.     Order Authorizing the Debtor to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of Petition Date [Docket No. 98 – entered February 29, 2024]

Status:  On February 29, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

6.   Motion of Debtor for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 69 – filed February 20, 2024]

Objection / Response Deadline:       February 27, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:     Informal comments from the U.S. Trustee

Related Documents:

i.      Certification of Counsel Regarding Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 95 – filed February 28, 2024]

ii.     Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 99 – entered February 29, 2024]

Status:  On February 29, 2024, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.

## III.   **MATTER WITH CERTIFICATION:**

7.   Application of Debtor for Entry of an Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Debtor Effective as of the Petition Date [Docket No. 58 – filed February 13, 2024]

Objection / Response Deadline:       February 27, 2024 at 4:00 p.m. (ET); extended for the U.S. Trustee to February 29, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:     Informal comments from the U.S. Trustee

4

RLF1 30509789v.1

Related Documents:

i.       Certification of Counsel Regarding Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor to the Debtor Effective as of the Petition Date [Docket No. 105 – filed March 1, 2024]

Status: The Debtor has resolved the informal comments of the U.S. Trustee and has submitted a proposed form of order under certification of counsel.  A hearing on this matter is only necessary to the extent the Court has questions or concerns.

## IV.      UNCONTESTED MATTERS GOING FORWARD:

8.       Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 20 – filed January 30, 2024]

Objection / Response Deadline:          February 26, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:     Informal comments from the U.S. Trustee

Related Documents:

i.       Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 35 – entered January 31, 2024]

ii.      Notice of (A) Entry of Interim Order (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 39 – filed February 2, 2024]

Status:  The hearing on this matter is going forward.

9.       Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant to 11 U.S.C. § 1505 [Docket No. 76 – filed February 22, 2024]

Objection / Response Deadline:          March 1, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:     None as of this date.

Related Documents:

i.       Motion of Debtor to Shorten Notice and Objections periods with Respect to the Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant to 11 U.S.C. § 1505 [Docket No. 77 – filed February 22, 2024]

RLF1 30509789v.1

ii.   Order Approving Notice and Objection Periods with Respect to the Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant 11 U.S.C. § 1505 [Docket No. 78 – entered February 23, 2024]

Status: The hearing on this matter is going forward.

**V.    CONTESTED MATTERS GOING FORWARD:**

10.   Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date [Docket No. 60 – filed February 13, 2024]

Objection / Response Deadline:     February 27, 2024 at 4:00 p.m. (ET); extended for the U.S. Trustee to February 29, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:

A.   Objection of the U.S. Securities and Exchange Commission to Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date [Docket No. 86 – filed February 27, 2024]

B.   United States Trustee's Objection to the Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession, Effective as of the Petition Date [Docket No. 103 – filed February 29, 2024]

Related Documents:   None.

Status: The hearing on this matter is going forward.

11.   Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 61 – filed February 13, 2024]

Objection / Response Deadline:     February 27, 2024 at 4:00 p.m. (ET); extended for the U.S. Trustee to February 29, 2024 at 4:00 p.m. (ET)

Objections / Responses Received:

A.   Objection of the U.S. Securities and Exchange Commission to Debtor's Motion for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 87 – filed February 27, 2024]

B.   Declaration of Roger Landsman [Docket No. 88 – filed February 27, 2024]

RLF1 30509789v.1

C.     United States Trustee's Objection to the Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 104 – filed February 29, 2024]

Related Documents:

i.     Motion of Debtor to Shorten Notice and Objections Periods Solely with Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 62 – filed February 14, 2024]

ii.     Order Shortening Notice and Objection Periods *Solely* With Respect to the Wintermute Order Sought in Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief [Docket No. 63 – entered February 15, 2024]

iii.     Order Pursuant to Bankruptcy Code Section 363 Authorizing Debtor to Pay (I) Wintermute Costs and (II) Granting Related Relief [Docket No. 83 – entered February 27, 2024]

Status: On February 27, 2024, the Court entered the Wintermute Order. The hearing on this motion is going forward with respect to the balance of the relief sought in the motion, including entry of the Litigation Payment Order.

RLF1 30509789v.1

Dated:  March 1, 2024
       Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:     heath@rlf.com
           shapiro@rlf.com
           milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:     ronit.berkovich@weil.com
           jessica.liou@weil.com
           f.gavin.andrews@weil.com

*Attorneys for Debtor and Debtor in Possession*

RLF1 30509789v.1