# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Terraform Labs Pte. Ltd., ) | Case No. 24-10070 (BLS) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that he (i) is admitted to practice before the bars of the State of Illinois; the United States District Court for the Northern District of Illinois; the Second Circuit Court of Appeals; the Third Circuit Court of Appeals; the Fifth Circuit Court of Appeals; the Seventh Circuit Court of Appeals; the Ninth Circuit Court of Appeals; and the Supreme Court of the United States; (ii) is in good standing in all jurisdictions in which he is admitted to practice; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

Dated: March 1, 2024  
Washington, DC

/s/ *Michael J. Kelly*  
Michael J. Kelly  
U. S. SECURITIES AND EXCHANGE COMMISSION  
100 F Street, NE  
Washington, DC 20549  
Tel.: (202) 551-7817  
kellymich@sec.gov