IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| Terraform Labs Pte. Ltd.,[1] | ) Case No. 24-10070 (BLS) |
| Debtor. | ) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that White & Case LLP and McDermott Will & Emery LLP hereby enter their appearance (this "Notice of Appearance") in the above-captioned case as co-counsel to the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Counsel hereby request that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

| WHITE & CASE LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| J. Christopher Shore<br>Colin T. West<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>cshore@whitecase.com<br>cwest@whitecase.com<br><br>*- and -* | David R. Hurst (I.D. No. 3743)<br>Dante Pavan (I.D. No. 7095)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>dhurst@mwe.com<br>dpavan@mwe.com<br><br>*- and -* |

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

| | |
|---|---|
| Gregory F. Pesce<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>gpesce@whitecase.com<br><br>- and -<br><br>Aaron Colodny<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>acolodny@whitecase.com | Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 547-5400<br>dazman@mwe.com<br>jbevans@mwe.com<br><br>- and -<br><br>Gregg A. Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>gsteinman@mwe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 case entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

3

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in his case or in any other action are expressly reserved.

*[Remainder of Page Intentionally Left Blank]*

<table>
<tr><td>

Dated: March 1, 2024
       Wilmington, Delaware


**WHITE & CASE LLP**

J. Christopher Shore
Colin T. West
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
cwest@whitecase.com

*- and -*

Gregory F. Pesce
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
gpesce@whitecase.com

*- and -*

Aaron Colodny
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
acolodny@whitecase.com

</td><td>

**McDermott Will & Emery LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Dante Pavan (I.D. No. 7095)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com
dpavan@mwe.com

*- and -*

Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
dazman@mwe.com
jbevans@mwe.com

*- and -*

Gregg A. Steinman
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
gsteinman@mwe.com


*Co-Counsel to the Official Committee of Unsecured Creditors*

</td></tr>
</table>