<u>**Exhibit A**</u>

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE. LTD., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH
RESPECT TO THE MOTION OF THE U.S. SECURITIES AND EXCHANGE
COMMISSION FOR REDACTION OF CERTAIN PERSONAL DATA IDENTIFIERS
PURSUANT TO FED. R. BANKR. P. 9037 AND DEL. BANKR. L.R. 9037-1**

Upon the motion (the "**Motion to Shorten**") of the United States Securities and

Exchange Commission (the "**SEC**"), for entry of an order pursuant to Rule 9006(c)(1) of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 9006-1(c), (d)

and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order shortening the

notice and objection periods with respect to the Motion; and this Court having jurisdiction to

consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§

157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and upon consideration of

the Motion to Shorten; and the requested relief being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;

and finding that adequate notice of the Motion having been given; and it appearing that no other

or further notice need be provided; and after due deliberation and sufficient cause appearing

therefor, it is hereby ORDERED THAT:

1.      The Motion to Shorten is granted to the extent set forth herein.

2.      The hearing to consider the relief requested in the Motion shall be held on **March 5, 2024 at 2:30 p.m. (Eastern Time)**.

3.      Objections, if any, to the relief requested in the Motion shall be filed and served by no later than **March 4, 2024 at 12:00 p.m. (Eastern Time).**

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing Motion was served this 1st day of March, 2024 upon all parties receiving notices through the Administrative Procedures of the CM/ECF System for the Bankruptcy Court for the District of Delaware, and in addition by email to the following:

heath@rlf.com

shapiro@rlf.com

milana@rlf.com

ronit.berkovich@weil.com

jessica.liou@weil.com

f.gavin.andrews@weil.com

Linda.Richenderfer@usdoj.gov

Jane.M.Leamy@usdoj.gov

dpatton@kaplanhecker.com

mferraro@kaplanhecker.com

*/s/ Therese A. Scheuer*