## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served this 1st day of March, 2024 upon all parties receiving notices through the Administrative Procedures of the CM/ECF System for the Bankruptcy Court for the District of Delaware, and in addition by email to the following:

heath@rlf.com

shapiro@rlf.com

milana@rlf.com

ronit.berkovich@weil.com

jessica.liou@weil.com

f.gavin.andrews@weil.com

Linda.Richenderfer@usdoj.gov

Jane.M.Leamy@usdoj.gov

dpatton@kaplanhecker.com

mferraro@kaplanhecker.com

                                                      _/s/ Therese A. Scheuer_