UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd., *et al.*<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 1, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/01/2024 | 108 | Notice of Appearance. Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. (Hurst, David) (Entered: 03/01/2024) |

X _____
Laurie Heggan

Dated: March 1, 2024
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 1st day of March 2024, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| **Served Via First Class Mail** | **Served Via First Class Mail** |
|---|---|
| CORNERSTONE RESEARCH<br>ATTN: YAN CAO<br>599 LEXINGTON AVENUE<br>40TH FLOOR<br>NEW YORK NY 10022-7642 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 |
| **Served Via First Class Mail** | **Served Via First Class Mail** |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | OFFICE OF THE UNITED STATES ATTORNEY<br>DISTRICT OF DELAWARE<br>HERCULES BUILDING<br>1313 N. MARKET STREET, SUITE 400<br>WILMINGTON DE 19801 |
| **Served Via First Class Mail** | **Served Via Email** |
| TQ VENTURES<br>ATTN: ANDREW MARKS<br>408 WEST 14TH STREET<br>4TH FLOOR<br>NEW YORK NY 10014 | ARCHER MARKETING & DEVELOPMENT (S) PTE<br>ATTN: VINCENT CHIUA<br>4 PENJURU PLACE 01-23<br>2.8 PENJURU TECH HUB<br>SINGAPORE  608782 SINGAPORE<br>accounts@archer.com.sg |
| **Served Via Email** | **Served Via Email** |
| NANSEN PTE. LTD<br>ATTN: ALEXANDER SVANEVIK<br>111 SOMERSET RD, 03-09<br>SINGAPORE  238164 SINGAPORE<br>alex@nansen.ai | SUBMC1<br>1 WALLICH STREET<br>31-01 GUOCO TOWER<br>SINGAPORE  078881 SINGAPORE<br>alicelaw@guocoland.com |
| **Served Via Email** | **Served Via Email** |
| SINGTEL<br>ATTN: DIRECTOR, ALFRED SAW<br>C/O CREDIT MANAGEMENT (CREDIT RISK & ARREARS MGMT)<br>20 PICKERING STREET<br>#22-01<br>SINGTEL / PICKERING OPERATIONS COMPLEX<br>SINGAPORE  048658 SINGAPORE andrew@teligraphtech.com | STANDARD CRYPTO VENTURE FUND I LP<br>ATTN: ASHLEY SWEREN<br>1225 4TH STREET<br>525<br>SAN FRANCISCO CA 94158<br>ashley@standardcrypto.vc |

| | |
|---|---|
| **Served Via Email**<br>DELAWARE DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>attorney.general@delaware.gov | **Served Via Email**<br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE, NW<br>WASHINGTON DC 20220-0001<br>charles.messing@irs.gov;<br>dennis.moody@irs.gov |
| **Served Via Email**<br>WONG PARTNERSHIP LLP<br>ATTN: CLAYTON CHONG<br>12 MARINA BOULEVARD LEVEL 28<br>MARINA BAY FINANCIAL CENTRE TOWER 3<br>SINGAPORE 18982 SINGAPORE<br>CLAYTON.CHONG@WONGPARTNERSHIP.COM | **Served Via Email**<br>SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903<br>dosdoc_ftax@delaware.gov |
| **Served Via Email**<br>SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS; FRANCHISE TAX<br>JOHN G TOWNSEND BLDG<br>401 FEDERAL ST, STE 4<br>DOVER DE 19901<br>dosdoc_ftax@delaware.gov | **Served Via Email**<br>K&L GATES LLP<br>ATTN: DREW HINKES<br>210 SIXTH AVENUE<br>K&L GATES CENTER<br>PITTSBURGH PA 15221<br>drew.hinkes@klgates.com |
| **Served Via Email**<br>MCQUIREWOODS LLP<br>ATTN: ERIC SNYDER<br>1251 AVENUE OF THE AMERICAS, 20TH FLOOR<br>NEW YORK NY 10020-1104<br>ESNYDER@MCGUIREWOODS.COM | **Served Via Email**<br>GOODWIN PROCTER LLP<br>ATTN: GRANT P. FONDO<br>601 MARSHALL STREET<br>REDWOOD CITY CA 94063<br>GFONDO@GOODWINLAW.COM |
| **Served Via Email**<br>ESHARES, INC. DBA CARTA, INC.<br>333 BUSH STREET<br>SUITE 2300<br>SAN FRANCISCO CA 94104<br>investorservices@carta.com | **Served Via Email**<br>MINISTRY OF FINANCE<br>ATTN: JEREMIAH FRETT<br>FINANCIAL SECRETARY<br>GOVERNMENT OF THE VIRGIN ISLANDS<br>ROAD TOWN, TORTOLA VG 1110 VIRGIN ISLANDS<br>jfrett@gov.vg; finance@gov.vg |

| **Served Via Email**<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>COUNSEL TO P. PRETLOVE, D. STANDISH & J. DRURY<br>JOINT LIQUIDATORS FOR THREE ARROWS FUND, LTD<br>ATTN: J. PINTARELLI, A. LYMAN<br>P.E. FITZMAURICE & H. MCDONALD<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 JOHN.PINTARELLI@PILLSBURYLAW.COM;<br>ALANA.LYMAN@PILLSBURYLAW.COM;<br>PATRICK.FITZMAURICE@PILLSBURYLAW.COM;HUGH.MCDONALD@<br>PILLSBURYLAW.COM | **Served Via Email**<br>J.S HELD LLC<br>ATTN: JP BRENNAN<br>48 WALL STREET<br>NEW YORK NY 10043<br>JP.BRENNAN@JSHELD.COM |
|---|---|
| **Served Via Email**<br><br>OMNICOM GROUP INC<br>ATTN: KEVIN LAWLOR<br>1615 L STREET NW<br>SUITE 400<br>WASHINGTON DC 20036<br>klawlor@ddcpublicaffairs.com | **Served Via Email**<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>DISTRICT OF DELAWARE<br>ATTN: LINDA RICHENDERFER, ESQ.<br>844 KING ST, STE 2207, LOCKBOX 35<br>WILMINGTON DE 19801<br>linda.richendorfer@usdoj.gov |
| **Served Via Email**<br>CHEANG & LEE SANITARY PLUMBING PTE LTD<br>ATTN: ERIC CHEE<br>21 TOH GUAN ROAD EAST 06-13<br>TOH GUAN CENTRE<br>SINGAPORE  608609 SINGAPORE<br>main@clspc.com.sg | **Served Via Email**<br>PAGERDUTY, INC.<br>600 TOWNSEND ST. #200<br>SAN FRANCISCO CA 94103<br>mmoehle@pagerduty.com;<br>igomez@pagerduty.com |
| **Served Via Email**<br>CLOUDFLARE, INC.<br>ATTN: MICHELLE ZATLYN<br>101 TOWNSEND STREET<br>SAN FRANCISCO CA 94107<br>mzatlyn@cloudflare.com | **Served Via Email**<br><br>RAHMAN RAVELLI<br>ATTN: NICOLA SHARP & AZIZUR RAHMAN<br>BRIDGE HOUSE<br>181 QUEEN VICTORIA STREET<br>LONDON  EC4V 4EG UNITED KINGDOM<br>NICOLA.SHARP@RAHMANRAVELLI.CO.UK; |
| **Served Via Email**<br>SECURITIES & EXCHANGE COMMISSION<br>ATTN: DEVON STAREN<br>100 F STREET, NE<br>WASHINGTON DC 20549-5985<br>ocr@sec.gov | **Served Via Email**<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE 200 VESEY ST, STE 400<br>NEW YORK NY 10281-1022<br>ocr@sec.gov |

**Served Via Email**
ALPHA CONSULTING DOO
ATTN: KSENIJA POPOVIC IVANISEVIC
BULEVAR REVOLUCIJE 2/10A
PODGORICA   MONTENEGRO
OFFICE@ALPHACONSULTING.ME

**Served Via Email**
WINTERMUTE TRADING
ATTN: OLIVER FELTON
MISHCON DE REYA LLP
AFRICA HOUSE, 70 KINGSMAN
LONDON  WC2B 6AH UNITED KINGDOM
oliver.felton@mishcon.com

**Served Via Email**
QUINLAN PARTNERS, LLC
ATTN: PAUL QUINLAN & DOROTHY BAKER
2805 2ND AVE. S.
SUITE 200
BIRMINGHAM AL 35233
PAUL@QUINLANPARTNERS.COM;
DBAKER@QUINLANPARTNERS.COM

**Served Via Email**
ACA ENGRG PTE LTD
ATTN: POHYEE SONG
27 MANDAI ESTATE
07-07 INNOVATION PLACE, TOWER 2
SINGAPORE  729931 SINGAPORE
pohyee.song@acaengrg.com

**Served Via Email**
TOKEN TERMINAL OY
PIENI ROOBERTINKATU 9
HELSINKI  00130 FINLAND
rasmus@tokenterminal.xyz

**Served Via Email**
OKCOIN
ATTN: CLIFFORD CHANCE
27TH FLOOR, JARDINE HOUSE
ONE CONNAUGHT PLACE
HONG KONG   HONG KONG
sookhim.keoy@cliffordchance.com;
karen.choi@cliffordchance.com

**Served Via Email**
SECURITIES & EXCHANGE COMMISSION
ATTN: DEVON STAREN
100 F STREET, NE
WASHINGTON DC 20549-5985
starend@sec.gov;
cuellarc@sec.gov; carneyc@sec.gov; landsmarr@sec.gov

**Served Via Email**
KOBRE & KIM LLP
ATTN: SYDNEY JOHNSON
201 SOUTH BISCAYNE BLVD
SUITE 1900
MIAMI FL 33131  SYDNEY.JOHNSON@KOBREKIM.COM

**Served Via Email**
TPC COMMERCIAL PTE LTD
ATTN: CHENG HSING YAO
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE  078881 SINGAPORE
vivienlim@guocoland.com

**Served Via Email**
REED SMITH
ATTN: WAYNE STANSFIELD & MARK BINI
THREE LOGAN SQUARE
SUITE 3100, 1717 ARCH STREET
PHILADELPHIA PA 19103
WSTANDFIELD@REEDSMITH.COM;
MBINI@REEDSMITH.COM