IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
**TERRAFORM LABS PTE. LTD.,** : Case No. 24–10070 (BLS)
: 
Debtor.[1] : Re: Docket No. 60
: 
------------------------------------------------------------ x

**NOTICE OF FILING OF REDACTED
VERSIONS OF DENTONS US LLP'S ENGAGEMENT LETTERS**

PLEASE TAKE NOTICE THAT on February 13, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**" or "**TFL**"), filed the *Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 60] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that in connection with the Application, the Debtor hereby files redacted versions of the following documents:

(i) the engagement letter, dated as of November 27, 2023, by and between Dentons US LLP ("**Dentons**") and TFL (the "**2023 Engagement Letter**"), a copy of which is attached hereto as **Exhibit A**; and

(ii) the engagement letter, dated as of May 25, 2021, by and between Dentons and TFL (the "**2021 Engagement Letter**" and together with the 2023 Engagement Letter, the "**Engagement Letters**"), a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

PLEASE TAKE FURTHER NOTICE that sealed versions of the Engagement Letters are being filed on the Court's docket contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE that, in accordance Rule 9018-1(d)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtor will file a motion for authorization to file the Engagement Letters under seal within three (3) business days of the date hereof.

Dated: March 2, 2024
Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:   heath@rlf.com
         shapiro@rlf.com
         milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
       jessica.liou@weil.com
       f.gavin.andrews@weil.com

*Attorneys for Debtor*
*and Debtor in Possession*