# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
                                                        :
In re                                                   :    Chapter 11
                                                        :
TERRAFORM LABS PTE. LTD.,                               :    Case No. 24–10070 (BLS)
                                                        :
         Debtor.                                        :
                                                        :
------------------------------------------------------- x
```

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Samuel R. Maizel of Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017-5704, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Date: March 4, 2024
Wilmington, Delaware

*/s/ Zachary I. Shapiro*
Zachary I. Shapiro (No. 5103)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: shapiro@rlf.com

RLF1 30642118v.1

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, the Revised Standing Order for District Court Fund effective September 1, 2016, and the Standing Order effective January 1, 2024. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: March 4, 2024

*/s/ Samuel R. Maizel*
Samuel R. Maizel
**DENTONS US LLP**
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
E-mail: samuel.maizel@dentons.com

### ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.