**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                              :

**In re**                                  :        **Chapter 11**

**TERRAFORM LABS PTE. LTD.,**    :        **Case No. 24–10070 (BLS)**

        **Debtor.**                    :

---------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Tania M. Moyron of Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017-5704, to represent the above-captioned debtor and debtor in possession in the above-captioned case and any and all adversary proceedings commenced therein.

Date:   March 4, 2024
           Wilmington, Delaware

                                                    */s/ Zachary I. Shapiro*
                                                  Zachary I. Shapiro (No. 5103)
                                                  **RICHARDS, LAYTON & FINGER, P.A.**
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware  19801
                                                  Telephone:  (302) 651-7700
                                                  Facsimile:  (302) 651-7701
                                                  Email: shapiro@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and am admitted to practice before the United States District Courts for the Central District of California and the Northern District of Texas, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules, the Revised Standing Order for District Court Fund effective September 1, 2016, and the Standing Order effective January 1, 2024. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: March 4, 2024

*/s/ Tania M. Moyron*
Tania M. Moyron
**DENTONS US LLP**
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
E-mail: tania.moyron@dentons.com

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 30642119v.1