IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Aaron Colodny of White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, California 90071, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

                     */s/ David R. Hurst*
                     David R. Hurst (I.D. No. 3743)
                     McDermott Will & Emery LLP
                     The Brandywine Building
                     1000 N. West Street, Suite 1400
                     Wilmington, Delaware 19801
                     Telephone: (302) 485-3900
                     dhurst@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

                     */s/ Aaron Colodny*
                     Aaron Colodny
                     WHITE & CASE LLP
                     555 South Flower Street, Suite 2700
                     Los Angeles, California 90071
                     Telephone: (213) 620-7700
                     acolodny@whitecase.com

### ORDER GRANTING MOTION

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.