## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Darren Azman of McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

                                                */s/ David R. Hurst*
                                                David R. Hurst (I.D. No. 3743)
                                                MCDERMOTT WILL & EMERY LLP
                                                The Brandywine Building
                                                1000 N. West Street, Suite 1400
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 485-3900
                                                dhurst@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Commonwealth of Massachusetts, the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York, and the U.S. Courts of Appeals for the Second and Third Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

                                                  */s/ Darren Azman*
                                                Darren Azman
                                                MCDERMOTT WILL & EMERY LLP
                                                One Vanderbilt Avenue
                                                New York, New York 10017-3852
                                                Telephone: (212) 547-5400
                                                dazman@mwe.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.