**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Joseph B. Evans of McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

| | |
|---|---|
| Dated:  March 4, 2024 | */s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>MCDERMOTT WILL & EMERY LLP<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>dhurst@mwe.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the U.S. District Courts for the Eastern and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

| | |
|---|---|
| Dated:  March 4, 2024 | */s/ Joseph B. Evans*<br>Joseph B. Evans<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 547-5400<br>jbevans@mwe.com |

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.