# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE. LTD., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 114 |
| | ) | |

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO THE MOTION OF THE U.S. SECURITIES AND EXCHANGE COMMISSION FOR REDACTION OF CERTAIN PERSONAL DATA IDENTIFIERS PURSUANT TO FED. R. BANKR. P. 9037 AND DEL. BANKR. L.R. 9037-1

Upon the motion (the "**Motion to Shorten**") of the United States Securities and Exchange Commission (the "**SEC**"), for entry of an order pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 9006-1(c), (d) and (e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for an order shortening the notice and objection periods with respect to the Motion; and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion to Shorten; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

    1.    The Motion to Shorten is granted to the extent set forth herein.

2. The hearing to consider the relief requested in the Motion shall be held on **March 5, 2024 at 2:30 p.m. (Eastern Time)**.

3. Objections, if any, to the relief requested in the Motion shall be filed and served by no later than **March 4, 2024 at 12:00 p.m. (Eastern Time).**

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: March 4th, 2024
Wilmington, Delaware