IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of J. Christopher Shore of White & Case LLP, Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida 33131, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated:  March 4, 2024

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Federal Circuit, the U.S. Courts of Appeals for the Second and Third Circuits and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated:  March 4, 2024

*/s/ J. Christopher Shore*
J. Christopher Shore
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
cshore@whitecase.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 4th, 2024**
**Wilmington, Delaware**