**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>              Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gregory F. Pesce of White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Fifth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

*/s/ Gregory F. Pesce*
Gregory F. Pesce
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
gpesce@whitecase.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 4th, 2024
Wilmington, Delaware**