IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Aaron Colodny of White & Case LLP, 555 South Flower Street, Suite 2700, Los Angeles, California 90071, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, the U.S. District Court for the Central District of California and the U.S. Court of Appeals for the Third Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

*/s/ Aaron Colodny*
Aaron Colodny
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
acolodny@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: March 4th, 2024
Wilmington, Delaware

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**