**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Colin T. West of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
MCDERMOTT WILL & EMERY LLP
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the U.S. District Courts for the Southern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

/s/ Colin T. West
Colin T. West
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cwest@whitecase.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: March 4th, 2024
Wilmington, Delaware