IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Gregg A. Steinman of McDermott Will & Emery LLP, 333 SE 2nd Avenue, Suite 5400, Miami, Florida 33131, to represent the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. in this case.

Dated: March 4, 2024

                    /s/ *David R. Hurst*
                    David R. Hurst (I.D. No. 3743)
                    McDermott Will & Emery LLP
                    The Brandywine Building
                    1000 N. West Street, Suite 1400
                    Wilmington, Delaware 19801
                    Telephone: (302) 485-3900
                    dhurst@mwe.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and the U.S. District Courts for the Middle and Southern Districts of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 4, 2024

                    /s/ *Gregg A. Steinman*
                    Gregg A. Steinman
                    McDermott Will & Emery LLP
                    333 SE 2nd Avenue, Suite 4500
                    Miami, Florida 33131
                    Telephone: (305) 358-3500
                    gsteinman@mwe.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

                    **BRENDAN L. SHANNON**
                    **UNITED STATES BANKRUPTCY JUDGE**

**Dated: March 4th, 2024**
**Wilmington, Delaware**