IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
:
**In re**   :   **Chapter 11**
:
**TERRAFORM LABS PTE. LTD.,**   :   Case No. 24–10070 (BLS)
:
Debtor.[1]   :   Re: Docket No. 76
:
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR
FOR ENTRY OF AN ORDER AUTHORIZING TERRAFORM LABS PTE. LTD.
TO ACT ON BEHALF OF DEBTOR'S ESTATE PURSUANT TO 11 U.S.C. § 1505**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtor (the "**Debtor**") has received no answer, objection, or any other responsive pleading with respect to the *Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant to 11 U.S.C. § 1505* [Docket No. 76] (the "**Motion**") filed by the Debtor with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on February 22, 2024.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Motion appears thereon. Pursuant to the *Order Shortening Notice and Objection Periods with Respect to the Motion of Debtor for Entry of an Order Authorizing Terraform Labs Pte. Ltd. to Act on Behalf of Debtor's Estate Pursuant 11 U.S.C. § 1505* [Docket No. 78] entered on February 23, 2024, any objections or responses to the Motion were to be filed no later than March 1, 2024 at 12:00 p.m. (prevailing Eastern Time).

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience.

Dated:  March 4, 2024
       Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com

*Attorneys for Debtor
and Debtor in Possession*
