IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re : Chapter 11
:
**TERRAFORM LABS PTE. LTD.** : Case No. 24–10070 (BLS)
:
Debtor.[1] : Obj. Deadline: At the Hearing
: Hearing: March 5, 2024 at 2:30 p.m. (ET)
---------------------------------------------------------- x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 4, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Debtor's Motion for Entry of an Order Authorizing Debtor to File Under Seal Confidential Information in Connection with the Application to Retain and Employ Dentons US LLP as Special Counsel* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion **may be made prior to or at the time of the hearing.**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **March 5, 2024 at 2:30 p.m. (prevailing Eastern Time).**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30640139v.1

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

Dated:  March 4, 2024
    Wilmington, Delaware

> */s/ Matthew P. Milana*
> RICHARDS, LAYTON & FINGER, P.A.
> Paul N. Heath (No. 3704)
> Zachary I. Shapiro (No. 5103)
> Matthew P. Milana (No. 6681)
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 651-7700
> Email:  heath@rlf.com
>     shapiro@rlf.com
>     milana@rlf.com
>
> -and-
>
> WEIL, GOTSHAL & MANGES LLP
> Ronit Berkovich (admitted *pro hac vice*)
> Jessica Liou (admitted *pro hac vice*)
> F. Gavin Andrews (admitted *pro hac vice*)
> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8000
> Email: ronit.berkovich@weil.com
>     jessica.liou@weil.com
>     f.gavin.andrews@weil.com
>
> *Attorneys for Debtor and Debtor in Possession*