## Exhibit A

**(Email Correspondence Between M. Burgherr and D. Henkin)**

| | |
|---|---|
| **From:** | Martin Burgherr <martin.burgherr@sygnum.com> |
| **Sent:** | Friday, March 03, 2023 8:59 AM |
| **To:** | Henkin, Douglas W.; Califano, Mark G.; Do Kwon |
| **Cc:** | Néstor Palao; jean; Stephan Zimmermann |
| **Subject:** | RE: TFL Request for Wire Transfer |

**[WARNING: EXTERNAL SENDER]**

Dear all

After consolidating all currently available facts and information (e.g. the SEC complaint) we discussed how to proceed with the pending payments with our governing bodies today.
In the current circumstances we are unfortunately not able to process any payments for TFL or DK until we have further clarity from national and foreign regulators and authorities regarding this matter.
We understand that this must be frustrating for you, but we trust you can understand this decision in the current situation. The SEC's complaint unfortunately unmistakably was a "warning shot" fired in our direction – whether for good or not good reason does unfortunately not matter, given the power and public perception of this authority within the banking community. This we could see by the media's and public's interpretation of the complaint. We also know that you're facing the same challenge – even with a higher magnitude.

We appreciate the open communication and fast response times of all of you in these times of stress – we hope we can continue a constructive dialogue going forward despite us currently not being able to process payments.
In this sense we are also happy to give you more context in a call at your convenience.

Best regards
Martin

**SYGNUM**
Martin Burgherr
Chief Clients Officer, Managing Director
+41 58 508 20 70 | martin.burgherr@sygnum.com
Sygnum Bank AG | Uetlibergstrasse 134a | 8045 Zurich | Switzerland | www.sygnum.com

This message contains confidential and/or privileged information. The information transmitted is intended only for the individual or entity named herein and to which it is addressed. If you are not the herein named addressee you shall not review, retransmit, disseminate, distribute or otherwise make use of this email. This message or the information contained does not constitute any advice, offer or invitation. If you received this message by mistake or error, please notify the sender immediately by email and delete this email from any computer and your system. Privacy policy: Your privacy is very important to us - we respect and are strongly committed to protect it. You can find out more about how Sygnum processes your personal data in our privacy policy at https://www.sygnum.com/more/privacy-policy/.

Classification: Internal

**From:** Martin Burgherr
**Sent:** Thursday, 2 March 2023 23:05
**To:** Henkin, Douglas W. <douglas.henkin@dentons.com>; Stephan Zimmermann <stephan.zimmermann@sygnum.com>; Califano, Mark G. <mark.califano@dentons.com>
**Cc:** Néstor Palao <nestor.palao@sygnum.com>; Do Kwon <do@terra.money>; Jean Lim <jean@terra.money>
**Subject:** RE: TFL Request for Wire Transfer

We aim & hope to find a decision tomorrow CH time.

**SYGNUM**
**Martin Burgherr**
Chief Clients Officer, Managing Director
+41 58 508 20 70 | martin.burgherr@sygnum.com
Sygnum Bank AG | Uetlibergstrasse 134a | 8045 Zurich | Switzerland | www.sygnum.com

This message contains confidential and/or privileged information. The information transmitted is intended only for the individual or entity named herein and to which it is addressed. If you are not the herein named addressee you shall not review, retransmit, disseminate, distribute or otherwise make use of this email. This message or the information contained does not constitute any advice, offer or invitation. If you received this message by mistake or error, please notify the sender immediately by email and delete this email from any computer and your system. Privacy policy: Your privacy is very important to us - we respect and are strongly committed to protect it. You can find out more about how Sygnum processes your personal data in our privacy policy at https://www.sygnum.com/more/privacy-policy/.

Classification: Internal

**From:** Henkin, Douglas W. <douglas.henkin@dentons.com>
**Sent:** Thursday, 2 March 2023 18:47
**To:** Stephan Zimmermann <stephan.zimmermann@sygnum.com>; Califano, Mark G. <mark.califano@dentons.com>
**Cc:** Néstor Palao <nestor.palao@sygnum.com>; Do Kwon <do@terra.money>; Martin Burgherr <martin.burgherr@sygnum.com>; Jean Lim <jean@terra.money>
**Subject:** TFL Request for Wire Transfer
**Importance:** High

> **Caution:** This email originated from outside your organization. Do not click or open attachments unless you recognize the sender and know the content is safe.

Dear All,

TFL requests that Sygnum process one specifically critical wire for it while we resolve other outstanding issues. The wire would be for $471k to Deel, which as you know is TFL's global HR and Payroll system. They are obligated to pay TFL's employees; the payroll date has passed and TFL owes them for these amounts. If Deel doesn't receive payment urgently, they are going to cancel their agreement TFL and all of TFL's employees will be terminated. TFL currently has the funds necessary to effect this wire transfer in its Sygnum account, so no transfer of new funds into the account would be required and no OTC transactions would be required -- this would just be a wire transfer of existing funds that have already been reviewed by Sygnum to a vendor that has already been reviewed and cleared by Sygnum. For the avoidance of doubt, I am authorized by TFL to reiterate the advice previously provided by TFL that the source of the funds currently in the account, and which would be used for this wire transfer, is the same source as the treasury snapshot that TFL provided to Sygnum in September and which Sygnum has already reviewed pursuant to its operating procedures.

I have cc'd Jean Lim for any additional confirmations that might be needed.

Thank you in advance for your assistance,

Doug



Douglas W. Henkin

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

D +1 212 768 6832 | US Internal 16832
douglas.henkin@dentons.com
Bio | Website

2

Dentons US LLP

Zaanouni Law Firm & Associates >LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

Classification: Internal