**Exhibit B-1**

**(Revised Schedule 1 to Proposed Order)**

**Schedule 1**

**(List of Contractors that will Submit Invoices Postpetition to Dentons US)**

RLF1 30648019v.1

| **Member Firms:** |
| --- |
| |
| Dentons (BVI) Corp. |
| Dentons Australia Limited |
| Dentons Cayman Islands (Dinner Martin) |
| Dentons Cohen & Grigsby, PC |
| Dentons Europe AARPI |
| Dentons Bingham Greenbaum LLP |
| Dentons Ireland LLP |
| Dentons Kensington Swan |
| Dentons Lee |
| Dentons Mauritius LLP |
| |
| **Vendors:** |
| Capital Process Servers, Inc. |
| DDC Advocacy LLC d/b/a DDC Public Affairs |
| Foley Square Partners LLC |
| Gradillas Court Reporters, Inc. |
| Legal Concierge, Inc. |
| Parcels, Inc. |
| R and D Strategic Solutions, LLC |

**Exhibit B-2**

**(Redline of Revised Schedule 1 to Proposed Order from Original attached to Application)**

**Schedule 1**

**(List of Contractors that will Submit Invoices Postpetition to Dentons US)**

| **Member Firms:** |
| --- |
| |
| Dentons (BVI) Corp. |
| Dentons Australia Limited |
| Dentons Cayman Islands (Dinner Martin) |
| Dentons Cohen & Grigsby, PC |
| Dentons Europe AARPI |
| Dentons Bingham Greenbaum LLP |
| Dentons Ireland LLP |
| Dentons Kensington Swan |
| Dentons Lee |
| Dentons Mauritius LLP |
| |
| **~~Other Law Firms:~~** |
| ~~Benesch, Friedlander, Coplan & Aronoff LLP~~ |
| ~~Collas Crill L.P.~~ |
| ~~Elliot Kwok Levine & Jaroslaw LLP~~ |
| ~~Gasser Partner Attorneys at Law~~ |
| ~~Howse Williams~~ |
| |
| **Vendors:** |
| Capital Process Servers, Inc. |
| DDC Advocacy LLC d/b/a DDC Public Affairs |
| Foley Square Partners LLC |
| Gradillas Court Reporters, Inc. |
| Legal Concierge, Inc. |
| Parcels, Inc. |
| R and D Strategic Solutions, LLC |