IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE. LTD., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Related to Docket No. 88, 109 |

### ORDER GRANTING MOTION OF THE U.S. SECURITIES AND EXCHANGE COMMISSION FOR REDACTION OF CERTAIN PERSONAL DATA IDENTIFIERS PURSUANT TO <u>FED. R. BANKR. P. 9037 AND DEL. BANKR. L.R. 9037-1</u>

Upon the motion (the "**Motion**") of the United States Securities and Exchange Commission (the "**SEC**"), for entry of an order pursuant to Rule 9037 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 9037-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), directing the Clerk of the Court (the "**Clerk**") to substitute the proposed redacted form of the Declaration (as defined herein) attached to the Motion as Exhibit B for the version of the Declaration currently filed on the docket in this case; and this Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Rule 9037 and Local Rule 9037-1(b), the Clerk is hereby directed to substitute the proposed redacted form of the Declaration attached to the Motion as **Exhibit B** for the version of the Declaration currently filed on the docket in this case.

3. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: March 6th, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**