# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TERRAFORM LABS PTE. LTD., ) | Case No. 24-10070 (BLS) |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Order Granting Motion of the U.S. Securities and Exchange Commission for Redaction of Certain Personal Data Identifiers Pursuant to Fed. R. Bankr. P. 9037 and Del. Bankr. L.R. 9037-1, dated March 6, 2024 [Docket No. 148] was served this 7th day of March, 2024 by email to the following:

heath@rlf.com
shapiro@rlf.com
milana@rlf.com
ronit.berkovich@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com
Linda.Richenderfer@usdoj.gov
Jane.M.Leamy@usdoj.gov
dpatton@kaplanhecker.com
mferraro@kaplanhecker.com

dazman@mwe.com
acolodny@whitecase.com
jbevans@mwe.com
dhurst@mwe.com
dpavan@mwe.com
gpesce@whitecase.com
cshore@whitecase.com
gsteinman@mwe.com
cwest@whitecase.com

                                                                       _/s/ Michael J. Kelly_