IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
:
**TERRAFORM LABS PTE. LTD.,** : Case No. 24–10070 (BLS)
:
Debtor.[1] : **Obj. Deadline: March 21, 2024 at 4:00 p.m. (ET)**
: **Hearing: April 18, 2024 at 10:00 a.m. (ET)**
------------------------------------------------------------ x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on March 21, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Application of Debtor for Authority to Employ and Retain WongPartnership LLP as Special Foreign Counsel to Terraform Labs Pte. Ltd., Effective as of the Petition Date* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 21, 2024 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 18, 2024 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30574658v.1

**WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 7, 2024
Wilmington, Delaware

        /s/ Matthew P. Milana
        RICHARDS, LAYTON & FINGER, P.A.
        Paul N. Heath (No. 3704)
        Zachary I. Shapiro (No. 5103)
        Matthew P. Milana (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Email: heath@rlf.com
                shapiro@rlf.com
                milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ronit Berkovich (admitted *pro hac vice*)
        Jessica Liou (admitted *pro hac vice*)
        F. Gavin Andrews (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Email: ronit.berkovich@weil.com
               jessica.liou@weil.com
               f.gavin.andrews@weil.com

        *Attorneys for Debtor and Debtor in Possession*