IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| TERRAFORM LABS PTE. LTD. | : | Case No. 24–10070 (BLS) |
| Debtor.[1] | : | Obj. Deadline: March 21, 2024 at 4:00 p.m. (ET) |
| | : | Hearing: April 18, 2024 at 10:00 a.m. (ET) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on March 7, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion of Debtor for Entry of an Order Authorizing Debtor to Employ Professionals Used in Ordinary Course of Business* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 21, 2024 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **April 18, 2024 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH**

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30574665v.1

**THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 7, 2024
      Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Paul N. Heath (No. 3704)
        Zachary I. Shapiro (No. 5103)
        Matthew P. Milana (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Email:   heath@rlf.com
                    shapiro@rlf.com
                    milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ronit Berkovich (admitted *pro hac vice*)
        Jessica Liou (admitted *pro hac vice*)
        F. Gavin Andrews (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Email: ronit.berkovich@weil.com
                jessica.liou@weil.com
                f.gavin.andrews@weil.com

        *Attorneys for Debtor and Debtor in Possession*