# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Terraform Labs Pte. Ltd.,[1] | ) Case No. 24-10070 (BLS) |
| Debtor. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF WHITE & CASE LLP

**PLEASE TAKE NOTICE** that White & Case LLP hereby withdraws its appearance in the above-captioned case as co-counsel to the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. (the "Committee").

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to White & Case LLP and does not impact the representation of the Committee by McDermott Will & Emery LLP, which remains counsel of record to the Committee in the above-captioned case.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

| | |
|---|---|
| Dated: March 8, 2024<br>Wilmington, Delaware | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>Dante Pavan (I.D. No. 7095)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>dhurst@mwe.com<br>dpavan@mwe.com<br><br>*- and -*<br><br>Darren Azman<br>Joseph B. Evans<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 547-5400<br>dazman@mwe.com<br>jbevans@mwe.com<br><br>*- and -*<br><br>Gregg A. Steinman<br>333 SE 2nd Avenue, Suite 4500<br>Miami, Florida 33131<br>Telephone: (305) 358-3500<br>gsteinman@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

DM_US 204242124-1.T19174.0010