IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
: 
In re : Chapter 11
: 
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
: 
Debtor.[1] : 
: 
------------------------------------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 8, 2024, the above-captioned debtor served the *Debtor's Responses and Objections to the SEC's First Set of Requests for Production of Documents Concerning the Treasury Management Motion* upon the United States Securities and Exchange Commission via electronic mail at the following addresses:

| | |
|---|---|
| Therese A. Scheuer | William M. Uptegrove |
| Michael Kelly | 950 East Paces Ferry Road, Suite 900 |
| 100 F. Street, NE | Atlanta, Georgia 30326-1382 |
| Washington, DC 20549 | Email: uptegrovew@sec.gov |
| Email: scheuert@sec.gov | |
|        kellymich@sec.gov | |

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30675111v.2

Dated: March 11, 2024
      Wilmington, Delaware

                */s/ Matthew P. Milana*
                RICHARDS, LAYTON & FINGER, P.A.
                Paul N. Heath (No. 3704)
                Zachary I. Shapiro (No. 5103)
                Matthew P. Milana (No. 6681)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 651-7700
                Email:    heath@rlf.com
                            shapiro@rlf.com
                            milana@rlf.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Ronit Berkovich (admitted *pro hac vice*)
                Jessica Liou (admitted *pro hac vice*)
                F. Gavin Andrews (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Email:    ronit.berkovich@weil.com
                            jessica.liou@weil.com
                            f.gavin.andrews@weil.com

                *Attorneys for Debtor*
                *and Debtor in Possession*