## **CERTIFICATE OF SERVICE**

   I, Matthew P. Milana, hereby certify that on March 11, 2024, the Debtor served the *Notice of Service* upon the United States Securities and Exchange Commission via electronic mail.

### *Via E-mail*

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Therese A. Scheuer
Michael Kelly
100 F. Street, NE
Washington, DC 20549
Email: scheuert@sec.gov
   kellymich@sec.gov


-and-

William M. Uptegrove
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326-1382
Email: uptegrovew@sec.gov


                /s/ Matthew P. Milana
               Matthew P. Milana (No. 6681)