IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                                 :

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **TERRAFORM LABS PTE. LTD.,** | : Case No. 24–10070 (BLS) |
| | : |
| Debtor.[1] | : Re: Docket Nos. 60, 116, 141 |
| | : |

------------------------------------------------------------ x

**NOTICE OF FILING OF *FINAL* REDACTED
VERSIONS OF DENTONS US LLP'S ENGAGEMENT LETTERS**

PLEASE TAKE NOTICE THAT on February 13, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 60] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that in connection with the Application, on March 2, 2024, the Debtor filed the *Notice of Filing of Redacted Versions of Dentons US LLP's Engagement Letters* [Docket No. 116] and attached thereto as **Exhibit A** and **Exhibit B** were proposed redacted versions of (i) the engagement letter, dated as of November 27, 2023, by and between Dentons US LLP ("**Dentons**") and the Debtor (the "**2023 Engagement Letter**"), and (ii) the engagement letter, dated as of May 25, 2021, by and between Dentons and the Debtor (the "**2021 Engagement Letter**" and together with the 2023 Engagement Letter, the "**Engagement Letters**"), respectively.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30656352V.1

PLEASE TAKE FURTHER NOTICE that on March 4, 2024, the Debtor filed the *Debtor's Motion for Entry of an Order Authorizing Debtor to File Under Seal Confidential Information in Connection with the Application to Retain and Employ Dentons US LLP as Special Counsel* [Docket No. 141] requesting authorization to redact certain confidential information in the Engagement Letters.

PLEASE TAKE FURTHER NOTICE that the Debtor received certain informal comments (the "**Comments**") to the proposed redactions of the Engagement Letters from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

PLEASE TAKE FURTHER NOTICE that, to resolve the Comments and in agreement with the U.S. Trustee, the Debtor hereby files (i) a revised redacted version of the 2023 Engagement Letter, a copy of which is attached hereto as **Exhibit A**; and (ii) an unredacted version[2] of the 2021 Engagement Letter, a copy of which is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[2] In accordance with the agreement between the Debtor and the U.S. Trustee, the Debtor has withdrawn its request to redact information in the 2021 Engagement Letter.

Dated: March 11, 2024
      Wilmington, Delaware

                              */s/ Matthew P. Milana*
                              RICHARDS, LAYTON & FINGER, P.A.
                              Paul N. Heath (No. 3704)
                              Zachary I. Shapiro (No. 5103)
                              Matthew P. Milana (No. 6681)
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              Email:    heath@rlf.com
                                            shapiro@rlf.com
                                            milana@rlf.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ronit Berkovich (admitted *pro hac vice*)
                              Jessica Liou (admitted *pro hac vice*)
                              F. Gavin Andrews (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Email: ronit.berkovich@weil.com
                                         jessica.liou@weil.com
                                         f.gavin.andrews@weil.com

                              *Attorneys for Debtor and*
                              *Debtor in Possession*