UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
:
In re                                                               :        Chapter 11
:
**TERRAFORM LABS PTE. LTD.,**                   :        Case No. 24–10070 (BLS)
:
Debtor.[1]                                                   :
:        Re: Docket No. 61
------------------------------------------------------- x

### NOTICE OF FILING OF REVISED PROPOSED ORDER PURSUANT TO BANKRUPTCY CODE SECTION 363 AUTHORIZING DEBTOR TO PAY CERTAIN AMOUNTS IN FURTHERANCE OF LITIGATION AND GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that, on February 14, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion of Debtor for Entry of Orders Pursuant to Sections 363, 503(b), and 105(a) of the Bankruptcy Code Authorizing Debtor to Pay Certain Amounts in Furtherance of Litigation and Granting Related Relief* [Docket No. 61] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Motion as <u>Exhibit A</u> was a proposed form of order granting the relief sought therein (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE that the Debtor received objections to the relief requested in the Motion from the U.S. Securities and Exchange Commission [Docket No. 87], the Office of the United States Trustee for the District of Delaware [Docket No. 104], and the Official Committee of Unsecured Creditors [Docket No. 140], as supplemented by Docket No. 163 (the "**UCC Objection**").

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files a revised version of the Proposed Order (the "**Revised Order**") resolving the UCC Objection. The Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all interested parties, attached hereto as **Exhibit 2** is a blackline comparing the Revised Order against the Proposed Order.

PLEASE TAKE FURTHER NOTICE that the Debtor intends to present the Revised Order at the hearing currently scheduled for **March 12, 2024 at 10:00 a.m. (ET)** (the "**Hearing**") before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that to the extent that the Revised Order is further revised, the Debtor will present a blackline copy of such revised document to the Court either at or before the Hearing.

[*Remainder of page intentionally left blank*]

Dated: March 11, 2024
       Wilmington, Delaware

                    */s/ Matthew P. Milana*
                    RICHARDS, LAYTON & FINGER, P.A.
                    Paul N. Heath (No. 3704)
                    Zachary I. Shapiro (No. 5103)
                    Matthew P. Milana (No. 6681)
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    Email:    heath@rlf.com
                                shapiro@rlf.com
                                milana@rlf.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ronit Berkovich (admitted *pro hac vice*)
                    Jessica Liou (admitted *pro hac vice*)
                    F. Gavin Andrews (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Email:    ronit.berkovich@weil.com
                                jessica.liou@weil.com
                                f.gavin.andrews@weil.com

                    *Attorneys for Debtor*
                    *and Debtor in Possession*