## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Terraform Labs Pte. Ltd. | Case No. 24-10070 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 4th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service lists attached hereto as Exhibit A & Exhibit B:

| 03/04/2024 | 140 | Objection to the Dentons US Retention Application and the Litigation Payment Motion and (II) Request for Limited Adjournment of Hearing (related document(s)60, 61) Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. (Hurst, David) (Entered: 03/04/2024) |
|---|---|---|

Furthermore, on March 8th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service lists attached hereto as Exhibit A & Exhibit B:

| 03/08/2024 | 159 | Notice of Withdrawal of Appearance. White & Case LLP has withdrawn from the case. Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. (Hurst, David) (Entered: 03/08/2024) |
|---|---|---|

Furthermore, on March 11th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via the methods indicated on the service lists attached hereto as Exhibit A & Exhibit B:

| 03/11/2024 | 163 | Supplement to Official Committee of Unsecured Creditors' (I) Preliminary Objection to the Dentons US Retention Application and the Litigation Payment Motion and (II) Request for Limited Adjournment of Hearing (related document(s)60, 61, 140) Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. (Hurst, David) (Entered: 03/11/2024) |
|---|---|---|

X _____
                                        Larry Taylor

Dated: March 12th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 12th day of March 2024, by Larry
Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared
before me.

X _____

DAVID TYLER KITTO
MY COMMISSION
EXPIRES
OCT. 10, 2025
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

**VIA FIRST CLASS MAIL & EMAIL:**
ACA ENGRG PTE LTD
ATTN: POHYEE SONG
27 MANDAI ESTATE
07-07 INNOVATION PLACE, TOWER 2
SINGAPORE  729931
SINGAPORE
pohyee.song@acaenggrg.com

**VIA FIRST CLASS MAIL & EMAIL:**
ALPHA CONSULTING DOO
ATTN: KSENIJA POPOVIC IVANISEVIC
BULEVAR REVOLUCIJE 2/10A
PODGORICA
MONTENEGRO
OFFICE@ALPHACONSULTING.ME

**VIA FIRST CLASS MAIL & EMAIL:**
ARCHER MARKETING & DEVELOPMENT (S) PTE
ATTN: VINCENT CHIUA
4 PENJURU PLACE 01-23
2.8 PENJURU TECH HUB
SINGAPORE  608782
SINGAPORE
accounts@archer.com.sg

**VIA FIRST CLASS MAIL & EMAIL:**
CHEANG & LEE SANITARY PLUMBING PTE LTD
ATTN: ERIC CHEE
21 TOH GUAN ROAD EAST 06-13
TOH GUAN CENTRE
SINGAPORE  608609
SINGAPORE
main@clspc.com.sg

**VIA FIRST CLASS MAIL & EMAIL:**
CLOUDFLARE, INC.
ATTN: MICHELLE ZATLYN
101 TOWNSEND STREET
SAN FRANCISCO CA 94107
mzatlyn@cloudflare.com

**VIA FIRST CLASS MAIL & EMAIL:**
WHITE & CASE LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
AARON COLODNY
555 SOUTH FLOWER STREET, SUITE 2700
LOS ANGELES CA 90071
ACOLODNY@WHITECASE.COM

**VIA FIRST CLASS MAIL & EMAIL:**
DELAWARE DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE BUILDING
820 N. FRENCH STREET
WILMINGTON DE 19801
attorney.general@delaware.gov

**VIA FIRST CLASS MAIL & EMAIL:**
WHITE & CASE LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
GREGORY F. PESCE
111 SOUTH WACKER DRIVE, SUITE 5100
CHICAGO IL 60606
GPESCE@WHITECASE.COM

**VIA FIRST CLASS MAIL & EMAIL:**
ESHARES, INC. DBA CARTA, INC.
333 BUSH STREET
SUITE 2300
SAN FRANCISCO CA 94104
investorservices@carta.com

**VIA FIRST CLASS MAIL & EMAIL:**
GOODWIN PROCTER LLP
ATTN: GRANT P. FONDO
601 MARSHALL STREET
REDWOOD CITY CA 94063
GFONDO@GOODWINLAW.COM

VIA FIRST CLASS MAIL & EMAIL:
WHITE & CASE LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
J. CHRISTOPHER SHORE & COLIN T. WEST
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
CSHORE@WHITECASE.COM; CWEST@WHITECASE.COM

VIA FIRST CLASS MAIL & EMAIL:
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE, NW
WASHINGTON DC 20220-0001
charles.messing@irs.gov; dennis.moody@irs.gov

VIA FIRST CLASS MAIL & EMAIL:
J.S HELD LLC
ATTN: JP BRENNAN
48 WALL STREET
NEW YORK NY 10043
JP.BRENNAN@JSHELD.COM

VIA FIRST CLASS MAIL & EMAIL:
K&L GATES LLP
ATTN: DREW HINKES
210 SIXTH AVENUE
K&L GATES CENTER
PITTSBURGH PA 15221
drew.hinkes@klgates.com

VIA FIRST CLASS MAIL & EMAIL:
KOBRE & KIM LLP
ATTN: SYDNEY JOHNSON
201 SOUTH BISCAYNE BLVD
SUITE 1900
MIAMI FL 33131
SYDNEY.JOHNSON@KOBREKIM.COM

VIA FIRST CLASS MAIL & EMAIL:
MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
DAVID R. HURST & DANTE PAVAN
THE BRANDYWINE BUILDING
1000 N. WEST STREET, SUITE 1400
WILMINGTON DE 19801
DHURST@MWE.COM; DPAVAN@MWE.COM

VIA FIRST CLASS MAIL & EMAIL:
MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
DARREN AZMAN & JOSEPH B. EVANS
ONE VANDERBILT AVENUE
NEW YORK NY 10017
DAZMAN@MWE.COM; JBEVANS@MWE.COM

VIA FIRST CLASS MAIL & EMAIL:
MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
GREGG A. STEINMAN
333 SE 2ND AVENUE, SUITE 4500
MIAMI FL 33131
GSTEINMAN@MWE.COM

VIA FIRST CLASS MAIL & EMAIL:
MCQUIREWOODS LLP
ATTN: ERIC SNYDER
1251 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK NY 10020-1104
ESNYDER@MCGUIREWOODS.COM

VIA FIRST CLASS MAIL & EMAIL:
MINISTRY OF FINANCE
ATTN: JEREMIAH FRETT
FINANCIAL SECRETARY
GOVERNMENT OF THE VIRGIN ISLANDS
ROAD TOWN, TORTOLA  VG 1110
VIRGIN ISLANDS
jfrett@gov.vg; finance@gov.vg

**VIA FIRST CLASS MAIL & EMAIL:**
NAME AND ADDRESS INFORMATION
ADDRESS ON FILE
EMAIL ADDRESS ON FILE

**VIA FIRST CLASS MAIL & EMAIL:**
NANSEN PTE. LTD
ATTN: ALEXANDER SVANEVIK
111 SOMERSET RD, 03-09
SINGAPORE  238164
SINGAPORE
alex@nansen.ai

**VIA FIRST CLASS MAIL & EMAIL:**
WINTERMUTE TRADING
ATTN: OLIVER FELTON
MISHCON DE REYA LLP
AFRICA HOUSE, 70 KINGSMAN
LONDON  WC2B 6AH
UNITED KINGDOM
oliver.felton@mishcon.com

**VIA FIRST CLASS MAIL & EMAIL:**
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN: LINDA RICHENDERFER, ESQ.
844 KING ST, STE 2207, LOCKBOX 35
WILMINGTON DE 19801
linda.richendorfer@usdoj.gov

**VIA FIRST CLASS MAIL & EMAIL:**
OKCOIN
ATTN: CLIFFORD CHANCE
27TH FLOOR, JARDINE HOUSE
ONE CONNAUGHT PLACE
HONG KONG
HONG KONG
sookhim.keoy@cliffordchance.com; karen.choi@cliffordchance.com

**VIA FIRST CLASS MAIL & EMAIL:**
OMNICOM GROUP INC
ATTN: KEVIN LAWLOR
1615 L STREET NW
SUITE 400
WASHINGTON DC 20036
klawlor@ddcpublicaffairs.com

**VIA FIRST CLASS MAIL & EMAIL:**
PAGERDUTY, INC.
600 TOWNSEND ST. #200
SAN FRANCISCO CA 94103
mmoehle@pagerduty.com; igomez@pagerduty.com

**VIA FIRST CLASS MAIL & EMAIL:**
PILLSBURY WINTHROP SHAW PITTMAN LLP
COUNSEL TO P. PRETLOVE, D. STANDISH & J. DRURY
JOINT LIQUIDATORS FOR THREE ARROWS FUND, LTD
ATTN: J. PINTARELLI, A. LYMAN
P.E. FITZMAURICE & H. MCDONALD
31 WEST 52ND STREET
NEW YORK NY 10019
JOHN.PINTARELLI@PILLSBURYLAW.COM;
ALANA.LYMAN@PILLSBURYLAW.COM;
PATRICK.FITZMAURICE@PILLSBURYLAW.COM;
HUGH.MCDONALD@PILLSBURYLAW.COM

**VIA FIRST CLASS MAIL & EMAIL:**
QUINLAN PARTNERS, LLC
ATTN: PAUL QUINLAN & DOROTHY BAKER
2805 2ND AVE. S.
SUITE 200
BIRMINGHAM AL 35233
PAUL@QUINLANPARTNERS.COM; DBAKER@QUINLANPARTNERS.COM

**VIA FIRST CLASS MAIL & EMAIL:**
RAHMAN RAVELLI
ATTN: NICOLA SHARP & AZIZUR RAHMAN
BRIDGE HOUSE
181 QUEEN VICTORIA STREET
LONDON  EC4V 4EG
UNITED KINGDOM
NICOLA.SHARP@RAHMANRAVELLI.CO.UK;

**VIA FIRST CLASS MAIL & EMAIL:**
REED SMITH
ATTN: WAYNE STANSFIELD & MARK BINI
THREE LOGAN SQUARE
SUITE 3100, 1717 ARCH STREET
PHILADELPHIA PA 19103
WSTANDFIELD@REEDSMITH.COM; MBINI@REEDSMITH.COM

**VIA FIRST CLASS MAIL & EMAIL:**
SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
dosdoc_ftax@delaware.gov

**VIA FIRST CLASS MAIL & EMAIL:**
SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS; FRANCHISE TAX
JOHN G TOWNSEND BLDG
401 FEDERAL ST, STE 4
DOVER DE 19901
dosdoc_ftax@delaware.gov

**VIA FIRST CLASS MAIL & EMAIL:**
SECURITIES & EXCHANGE COMMISSION
ATTN: DEVON STAREN
100 F STREET, NE
WASHINGTON DC 20549-5985
ocr@sec.gov

**VIA FIRST CLASS MAIL & EMAIL:**
SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE 200 VESEY ST, STE 400
NEW YORK NY 10281-1022
ocr@sec.gov

**VIA FIRST CLASS MAIL & EMAIL:**
SECURITIES & EXCHANGE COMMISSION
ATTN: DEVON STAREN
100 F STREET, NE
WASHINGTON DC 20549-5985
starend@sec.gov; cuellarc@sec.gov; carneyc@sec.gov;
landsmarr@sec.gov

**VIA FIRST CLASS MAIL & EMAIL:**
SINGTEL
ATTN: DIRECTOR, ALFRED SAW
C/O CREDIT MANAGEMENT (CREDIT RISK & ARREARS MGMT)
20 PICKERING STREET, #22-01
SINGTEL / PICKERING OPERATIONS COMPLEX
SINGAPORE  048658
SINGAPORE
andrew@teligraphtech.com

**VIA FIRST CLASS MAIL & EMAIL:**
STANDARD CRYPTO VENTURE FUND I LP
ATTN: ASHLEY SWEREN
1225 4TH STREET, 525
SAN FRANCISCO CA 94158
ashley@standardcrypto.vc

**VIA FIRST CLASS MAIL & EMAIL:**
SUBMC1
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE  078881
SINGAPORE
alicelaw@guocoland.com

**VIA FIRST CLASS MAIL & EMAIL:**
TOKEN TERMINAL OY
PIENI ROOBERTINKATU 9
HELSINKI  00130
FINLAND
rasmus@tokenterminal.xyz

<u>**VIA FIRST CLASS MAIL & EMAIL:**</u>
TPC COMMERCIAL PTE LTD
ATTN: CHENG HSING YAO
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE  078881
SINGAPORE
vivienlim@guocoland.com

<u>**VIA FIRST CLASS MAIL & EMAIL:**</u>
WONG PARTNERSHIP LLP
ATTN: CLAYTON CHONG
12 MARINA BOULEVARD LEVEL 28
MARINA BAY FINANCIAL CENTRE TOWER 3
SINGAPORE  18982
SINGAPORE
CLAYTON.CHONG@WONGPARTNERSHIP.COM

# EXHIBIT B

**VIA FIRST CLASS MAIL:**
CORNERSTONE RESEARCH
ATTN: YAN CAO
599 LEXINGTON AVENUE
40TH FLOOR
NEW YORK NY 10022-7642

**VIA FIRST CLASS MAIL:**
DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER DE 19904

**VIA FIRST CLASS MAIL:**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

**VIA FIRST CLASS MAIL:**
OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N. MARKET STREET, SUITE 400
WILMINGTON DE 19801

**VIA FIRST CLASS MAIL:**
TQ VENTURES
ATTN: ANDREW MARKS
408 WEST 14TH STREET
4TH FLOOR
NEW YORK NY 10014