IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| TERRAFORM LABS PTE. LTD. | : | Case No. 24–10070 (BLS) |
| Debtor.[1] | : | Re: Docket No. 172 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on March 12, 2024, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Certification of Counsel Regarding Further Revised Proposed Order Granting Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession, Effective as of the Petition Date* [Docket No. 172] (the "**Certification**").

PLEASE TAKE FURTHER NOTICE that the Debtor hereby withdraws the Certification without prejudice.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30680865v.1

Dated:  March 12, 2024
       Wilmington, Delaware

                                       */s/ Matthew P. Milana*
                                       RICHARDS, LAYTON & FINGER, P.A.
                                       Paul N. Heath (No. 3704)
                                       Zachary I. Shapiro (No. 5103)
                                       Matthew P. Milana (No. 6681)
                                       One Rodney Square
                                       920 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 651-7700
                                       Email:    heath@rlf.com
                                                     shapiro@rlf.com
                                                     milana@rlf.com

                                       -and-

                                     WEIL, GOTSHAL & MANGES LLP
                                     Ronit Berkovich (admitted *pro hac vice*)
                                     Jessica Liou (admitted *pro hac vice*)
                                     F. Gavin Andrews (admitted *pro hac vice*)
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Email:    ronit.berkovich@weil.com
                                                   jessica.liou@weil.com
                                                   f.gavin.andrews@weil.com

                                     *Attorneys for Debtor*
                                     *and Debtor in Possession*