IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
**TERRAFORM LABS PTE. LTD.,** : Case No. 24–10070 (BLS)
:
Debtor.[1] : Re: Docket No. 60
:
------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING
FURTHER REVISED PROPOSED ORDER GRANTING APPLICATION
OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF DENTONS US LLP AS SPECIAL COUNSEL TO THE
DEBTOR AND DEBTOR IN POSSESSION, EFFECTIVE AS OF THE PETITION DATE**

The undersigned hereby certifies as follows:

1.  On February 13, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Application of Debtor for Entry of an Order Authorizing the Retention and Employment of Dentons US LLP as Special Counsel to the Debtor and Debtor in Possession Effective as of the Petition Date* [Docket No. 60] (the "**Application**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Application as <u>Exhibit A</u> was a proposed form of order granting the relief sought therein (the "**Proposed Order**").

2.  Pursuant to the *Notice of Application and Hearing* that was attached to the Application, objections to the relief sought in the Application, if any, were to be filed by no later than February 27, 2024 at 4:00 p.m. (ET) (as may have been extended, the "**Objection Deadline**").

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3. Prior to the Objection Deadline, the Debtor received objections (the "**Objections**") to the relief requested in the Application from the U.S. Securities and Exchange Commission (the "**SEC**") at Docket No. 86, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") at Docket No. 103, and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**," and together with the SEC and the U.S. Trustee, the "**Responding Parties**") at Docket No. 140, as supplemented by Docket No. 163. Other than the Objections, the Debtor received no other informal responses to the Application, and no objection or responsive pleading to the Application has appeared on the Court's docket in this chapter 11 case.

4. The Debtor and the Responding Parties engaged in discussions to resolve the Objections, and on March 12, 2024, the Debtor filed a revised form of Proposed Order (the "**Revised Order**") resolving certain of the Objections. *See* Docket No. 169.

5. On March 12, 2024, the Court held a hearing (the "**Hearing**") to consider the relief requested in the Application. Consistent with the record made at the Hearing and in resolution of the Objections, the Debtor has prepared a further revised version of the Revised Order (the "**Further Revised Order**"). A copy of the Further Revised Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline of the Further Revised Order marked against the Revised Order is attached hereto as **Exhibit 2**.

WHEREFORE, the Debtor respectfully requests that the Further Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: March 12, 2024
      Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:    heath@rlf.com
            shapiro@rlf.com
            milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:    ronit.berkovich@weil.com
            jessica.liou@weil.com
            f.gavin.andrews@weil.com

*Attorneys for Debtor*
*and Debtor in Possession*

RLF1 30679892v.1