**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
: 
: 
In re : Chapter 11
: 
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
: 
Debtor.[1] : 
: 
------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, the above-captioned debtor and debtor in possession requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30714505v.1

Dated:  March 19, 2024
      Wilmington, Delaware

          */s/ Matthew P. Milana*
          RICHARDS, LAYTON & FINGER, P.A.
          Paul N. Heath (No. 3704)
          Zachary I. Shapiro (No. 5103)
          Matthew P. Milana (No. 6681)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 651-7700
          Email:    heath@rlf.com
                      shapiro@rlf.com
                      milana@rlf.com

          -and-

          WEIL, GOTSHAL & MANGES LLP
          Ronit Berkovich (admitted *pro hac vice*)
          Jessica Liou (admitted *pro hac vice*)
          F. Gavin Andrews (admitted *pro hac vice*)
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Email:    ronit.berkovich@weil.com
                      jessica.liou@weil.com
                      f.gavin.andrews@weil.com

          *Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------------ x | |
| | : |
| | : |
| **In re** | :    **Chapter 11** |
| | : |
| **TERRAFORM LABS PTE. LTD.,** | :    **Case No. 24–10070 (BLS)** |
| | : |
| **Debtor.** | : |
| | : |
| ------------------------------------------------------------ x | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| May 15, 2024 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |