UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                     :

In re                                               :         Chapter 11

TERRAFORM LABS PTE. LTD.,                :         Case No. 24–10070 (BLS)

Debtor.                                     :

                                                     :         Re: Docket No. 183
---------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| Date & Time | Location |
|---|---|
| May 15, 2024 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

Dated: March 20th, 2024
Wilmington, Delaware

                                             **BRENDAN L. SHANNON**
                                             **UNITED STATES BANKRUPTCY JUDGE**

RLF1 30714505v.1