IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                                          :       Chapter 11
                                                                                    :
TERRAFORM LABS PTE. LTD.,                                  :       Case No. 24-10070 (BLS)
                                                                                    :
          Debtor.[1]                                                       :
                                                                                    :
------------------------------------------------------------ x

### DECLARATION OF RONIT BERKOVICH

I, Ronit Berkovich, hereby declare the following under penalty of perjury:

1. I am a member with the applicant firm, Weil, Gotshal & Manges LLP ("**Weil**") and have been admitted to appear before this Court by order dated January 22, 2024 [Docket No. 8].

2. I have personally performed many of the legal services rendered by Weil as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by Weil lawyers.

3. I have reviewed the foregoing Fee Statement, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Fee Statement complies with such rule.

Dated:  March 27, 2024
            New York, New York                        */s/ Ronit J. Berkovich*
                                                                      Ronit Berkovich

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.