IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
: 
In re : Chapter 11
: 
**TERRAFORM LABS PTE. LTD.,** : Case No. 24–10070 (BLS)
: 
Debtor.[1] : Obj. Deadline: April 17, 2024 at 4:00 p.m. (ET)
:
---------------------------------------------------- x

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP (the "**Applicant**") has today filed the attached *First Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 21, 2024 through January 31, 2024* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief*, dated February 29, 2024 [Docket No. 99] (the "**Interim Compensation Order**"), and must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 no later than **4:00 p.m. (prevailing Eastern Time) on April 17, 2024** (the "**Objection Deadline**") and served upon: (i) the Debtor, c/o Terraform Labs Pte. Ltd. (Attn: Ashwin Mathialagan (ashwin@terra.money), Peter Hsieh (peter.hsieh@terra.money), Chris Amani (amani@terra.money), Michael Leto (mleto@alvarezandmarsal.com), and Julie Hertzberg (jhertzberg@alvarezandmarsal.com)); (ii)

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30746152v.1

counsel for the Debtor, (a) Weil, Gotshal & Manges LLP (Attn: Ronit Berkovich, Esq. (ronit.berkovich@weil.com) and Jessica Liou, Esq. (jessica.liou@weil.com)) and (b) Richards, Layton & Finger, P.A. (Attn: Paul N. Heath, Esq. (heath@rlf.com), Zachary I. Shapiro, Esq. (shapiro@rlf.com), and Matthew P. Milana, Esq. (milana@rlf.com)); (iii) the Office of the United States Trustee for the District of Delaware (Attn: Linda Richenderfer, Esq. (Linda.Richenderfer@usdoj.gov)) and (iv) counsel to the Official Committee of Unsecured Creditors, (a) McDermott Will & Emery LLP (Attn: David R. Hurst, Esq. (dhurst@mwe.com), Dante Pavan, Esq. (dpavan@mwe.com), Darren Azman (dazman@mwe.com), Joseph B. Evans (jbevans@mwe.com) and Gregg A. Steinman (gsteinman@mwe.com)).

PLEASE TAKE FURTHER NOTICE that if no objections to the Application are filed prior to the Objection Deadline, the Applicant may file a certificate of no objection with the Court, after which the Debtor shall be authorized by the Interim Compensation Order to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in the Application without the need for further order of the Court.

PLEASE TAKE FURTHER NOTICE that if an objection to the Application is filed prior to the Objection Deadline, the Debtor shall be authorized by the Interim Compensation Order to pay the Applicant 80% of the fees and 100% of the expenses requested in the Application not subject to such objection without the need for further order of the Court.

| | |
|---|---|
| Dated:  March 27, 2024<br>           Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Matthew P. Milana*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email:      heath@rlf.com<br>                shapiro@rlf.com<br>                milana@rlf.com<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ronit Berkovich (admitted *pro hac vice*)<br>Jessica Liou (admitted *pro hac vice*)<br>F. Gavin Andrews (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Email:      ronit.berkovich@weil.com<br>                jessica.liou@weil.com<br>                f.gavin.andrews@weil.com<br><br>*Attorneys for Debtor and Debtor in Possession* |

RLF1 30746152v.1