**Exhibit B**

Weil, Gotshal & Manges LLP

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/22/24 | Goodman, Hannah<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY HANNAH GOODMAN ON 2024-01-22 AT 6:41 PM | H080 | 41958350 | 20.00 |
| 01/23/24 | Taddei, Michael<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY MICHAEL TADDEI ON 2024-01-23 AT 7:36 PM | H080 | 41958275 | 20.00 |
| 01/23/24 | Andrews, Fraser Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY FRASER GAVIN ANDREWS ON 2024-01-23 AT 7:30 PM | H080 | 41958360 | 20.00 |
| 01/23/24 | Racine, Bruce<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY BRUCE RACINE ON 2024-01-23 AT 7:20 PM | H080 | 41958505 | 20.00 |
| 01/24/24 | Andrews, Fraser Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY FRASER GAVIN ANDREWS ON 2024-01-24 AT 7:05 PM | H080 | 41958276 | 20.00 |
| 01/24/24 | Buffins, Ismail<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY ISMAIL BUFFINS ON 2024-01-24 AT 7:30 PM | H080 | 41958331 | 20.00 |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/24/24 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2024-01-24 AT 8:03 PM | H080 | 41958372 | 20.00 |
| 01/24/24 | Balido, Catherine<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY CATHERINE BALIDO ON 2024-01-24 AT 7:39 PM | H080 | 41958458 | 20.00 |
| 01/24/24 | Racine, Bruce<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY BRUCE RACINE ON 2024-01-24 AT 7:15 PM | H080 | 41958473 | 20.00 |
| 01/25/24 | Buffins, Ismail<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY ISMAIL BUFFINS ON 2024-01-25 AT 9:51 PM | H080 | 41958326 | 20.00 |
| 01/25/24 | Andrews, Fraser Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY FRASER GAVIN ANDREWS ON 2024-01-25 AT 7:25 PM | H080 | 41958365 | 20.00 |
| 01/26/24 | Buffins, Ismail<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY ISMAIL BUFFINS ON 2024-01-26 AT 8:29 PM | H080 | 41958333 | 20.00 |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/26/24 | Balido, Catherine<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY CATHERINE BALIDO ON 2024-01-26 AT 8:04 PM | H080 | 41958474 | 20.00 |
| 01/26/24 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2024-01-26 AT 8:04 PM | H080 | 41958523 | 20.00 |
| 01/27/24 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-157; DATE: 1/28/2024 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2024-01-27 AT 7:55 PM | H080 | 41958465 | 20.00 |
| 01/30/24 | Shefa, Yonatan<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY YONATAN SHEFA ON 2024-01-30 AT 7:08 PM | H080 | 41984716 | 20.00 |
| 01/30/24 | Andrews, Fraser Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY FRASER GAVIN ANDREWS ON 2024-01-30 AT 6:55 PM | H080 | 41984770 | 20.00 |
| 01/30/24 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2024-01-30 AT 8:27 PM | H080 | 41984785 | 20.00 |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/30/24 | Calabrese, Christine A.<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY CHRISTINE CALABRESE ON 2024-01-30 AT 7:07 PM | H080 | 41984789 | 20.00 |
| 01/30/24 | Andrews, Fraser Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY FRASER GAVIN ANDREWS ON 2024-01-30 AT 7:03 PM | H080 | 41984802 | 20.00 |
| 01/30/24 | Kitnick, Jesse<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY JESSE KITNICK ON 2024-01-30 AT 8:25 PM | H080 | 41984827 | 20.00 |
| 01/30/24 | Racine, Bruce<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY BRUCE RACINE ON 2024-01-30 AT 7:26 PM | H080 | 41984839 | 20.00 |
| 01/31/24 | Racine, Bruce<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY BRUCE RACINE ON 2024-01-31 AT 7:32 PM | H080 | 41984623 | 20.00 |
| 01/31/24 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-158; DATE: 2/4/2024 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2024-01-31 AT 8:21 PM | H080 | 41984659 | 20.00 |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947250 | 360.00 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/30/2024 BERKOVICH, RONIT 12:30 #PEOPLE: 18 MEAL CODE LU1 INV# 188713 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947267 | 15.57 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/30/2024 BERKOVICH, RONIT 09:00 #PEOPLE: 1 MEAL CODE BR3 INV# 188781 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947268 | 200.00 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/30/2024 BERKOVICH, RONIT 02:30 #PEOPLE: 10 MEAL CODE BE3 INV# 188807 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947282 | 360.00 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/30/2024 BERKOVICH, RONIT 05:30 #PEOPLE: 18 MEAL CODE DI1 INV# 188733 | | | |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947296 | 160.00 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/30/2024 BERKOVICH, RONIT 09:30 #PEOPLE: 8 MEAL CODE BE7 INV# 188767 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947306 | 89.01 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/29/2024 BERKOVICH, RONIT 11:30 #PEOPLE: 5 MEAL CODE LU1 INV# 188731 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947323 | 27.76 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/29/2024 BERKOVICH, RONIT 09:00 #PEOPLE: 5 MEAL CODE BE8 INV# 188715 | | | |
| 01/31/24 | Berkovich, Ronit J. | H093 | 41947324 | 27.76 |
| | DEPT. MEETINGS - MEALS - LEGAL | | | |
| | PAYEE: SODEXO, INC & AFFILIATES - CLEARING ACCOUNT (21192-05); INVOICE#: 20240131.CATERING; DATE: 1/31/2024 - SODEXO CATERING MEALS W/E 01/31/2024CONFERENCE MEAL JAN/29/2024 BERKOVICH, RONIT 02:30 #PEOPLE: 5 MEAL CODE BE8 INV# 188768 | | | |
| 01/24/24 | Taddei, Michael | H163 | 41932767 | 251.48 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX6433733401241310; DATE: 1/24/2024 - TAXI - JAN 22, 2024 | | | |

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/29/24 | Buffins, Ismail<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX6440518201291308; DATE: 1/29/2024 - LOCAL TAXI, JAN 24, 2024 - FROM WGM TO HOME | H163 | 41939077 | 32.16 |
| 01/29/24 | Balido, Catherine<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX6440171701291308; DATE: 1/29/2024 - OVERTIME TAXI/CAR, JAN 23, 2024 - UBER HOME FROM OFFICE | H163 | 41939156 | 38.40 |
| 01/30/24 | Andrews, Fraser Gavin<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1738114; DATE: 1/24/2024 - TAXI CHARGES FOR 2024-01-24 INVOICE #17381144012321124 F. GAVIN ANDREWS F915 RIDE DATE: 2024-01-23 FROM: 767 5 AVE, MANHATTAN, NY TO: DOBBS FERRY, NY RIDE TIME: 20:17 | H163 | 41941530 | 148.93 |
| 01/31/24 | Balido, Catherine<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX6449321601311310; DATE: 1/31/2024 - OVERTIME TAXI/CAR, JAN 26, 2024 - UBER HOME FROM OFFICE | H163 | 41942596 | 38.73 |
| 01/31/24 | French, Rebekah<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX6448443301311310; DATE: 1/31/2024 - LOCAL TAXI, JAN 25, 2024 - TAXI HOME | H163 | 41942752 | 31.00 |
| 01/31/24 | Kitnick, Jesse<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX6448201501311310; DATE: 1/31/2024 - LOCAL TAXI, JAN 30, 2024 - HOME FROM OFFICE | H163 | 41942755 | 20.92 |

Weil, Gotshal & Manges LLP

Terraform Labs PTE Ltd. - Chapter 11
77267.0005
2024001843

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>253 PRINTING - COLOR BETWEEN 2024-01-23 AND 2024-01-30 | S011 | 41948589 | 126.50 |
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>27 PRINTING - COLOR BETWEEN 2024-01-25 AND 2024-01-29 | S011 | 41948645 | 13.50 |
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>12 DUPLICATING BETWEEN 2024-01-30 AND 2024-01-30 | S017 | 41947701 | 1.20 |
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>1982 PRINTING - B&W BETWEEN 2024-01-25 AND 2024-01-30 | S117 | 41948274 | 198.20 |
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>652 PRINTING - B&W BETWEEN 2024-01-22 AND 2024-01-24 | S117 | 41984928 | 65.20 |
| 01/31/24 | WGM, Firm<br>DUPLICATING<br>1257 PRINTING - B&W BETWEEN 2024-01-22 AND 2024-01-30 | S117 | 41984931 | 125.70 |
| | **TOTAL DISBURSEMENTS** | | | **$2,812.02** |