IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TERRAFORM LABS PTE. LTD.,[1]<br><br>                     Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS)<br><br>**Obj. Deadline: 4/11/24 at 4:00 p.m. (ET)**<br>**Hrg. Date: 4/18/24 at 10:00 a.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TERRAFORM LABS PTE. LTD. TO RETAIN
AND EMPLOY STOUT RISIUS ROSS, LLC AS CRYPTOCURRENCY
TRACING CONSULTANT, EFFECTIVE MARCH 25, 2024**

**TO:**   (a) the United States Trustee for the District of Delaware; (b) counsel to the Debtor; and (c) all parties entitled to notice pursuant to Local Rule 2002-1(b)

      **PLEASE TAKE NOTICE** that, on March 28, 2024, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of Terraform Labs Pte. Ltd. (the "Debtor") filed the *Application of the Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd. to Retain and Employ Stout Risius Ross, LLC as Cryptocurrency Tracing Consultant, Effective March 25, 2024* (the "Application")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that an objection, if any, to the Application must be in writing, filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on Stout Risius Ross, LLC and undersigned proposed counsel for the Committee so that it is received on or before **April 11, 2024 at 4:00 p.m. (ET)**.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Application, if necessary, will be held on **April 18, 2024 at 10:00 a.m. (ET)**, before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2]   Capitalized terms that are used but not defined herein shall have the meanings ascribed to such terms in the Application.

      IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
       March 28, 2024

**MCDERMOTT WILL & EMERY LLP**

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
Dante Pavan (I.D. No. 7095)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 485-3900
dhurst@mwe.com
dpavan@mwe.com

- and -

Darren Azman
Joseph B. Evans
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
dazman@mwe.com
jbevans@mwe.com

- and -

Gregg A. Steinman
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Telephone: (305) 358-3500
gsteinman@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*