**EXHIBIT B**

**Kim Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TERRAFORM LABS PTE. LTD.,[1] | ) ) ) | Case No. 24-10070 (BLS) |
| Debtor. | ) ) ) |  |

**DECLARATION OF EDWARD KIM IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TERRAFORM LABS PTE. LTD. TO RETAIN AND EMPLOY GENESIS CREDIT PARTNERS LLC AS FINANCIAL ADVISOR, EFFECTIVE MARCH 29, 2024**

I, Edward Kim, declare as follows:

1. I am a partner with Genesis Credit Partners LLC ("GCP"), which is a financial advisory firm with its principal office located at 701 Brickell Ave., Suite 1480, Miami, Florida 33131.  GCP also has offices in the Los Angeles and New York metro areas.

2. I am familiar with the matters set forth herein and make this Declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case (the "Chapter 11 Case") of Terraform Labs Pte. Ltd. (the "Debtor") for the approval of the Committee's retention and employment of GCP as financial advisor in connection with the Chapter 11 Case, effective March 29, 2024.  To the extent that any information disclosed herein requires amendment or modification upon GCP's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting the same.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2] Capitalized terms that are used but not defined herein shall have the meanings ascribed to such terms in the Application.

3. On February 29, 2024, under section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee. *See* Docket No. 101. The Committee currently comprises: (a) Celsius Network LLC, c/o Litigation Oversight Committee; (b) Josh Golder; and (c) Francisco Javier Reina Barragan.

4. On February 29, 2024, the Committee selected McDermott Will & Emery LLP as its counsel; and on March 7, 2024, the Committee selected Force Ten Partners LLC ("Force 10") as its financial advisor, subject to the Court's approval.

5. Effective March 29, 2024, the Committee approved the substitution of Force 10 by GCP, a newly-formed advisory firm which is comprised of the same financial advisory team at Force 10 that had been advising the Committee in the Chapter 11 Case.

6. In connection with its proposed retention by the Committee in the Chapter 11 Case, GCP undertook a review to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtor. Specifically, in connection with its proposed retention by the Committee, GCP searched its client database to determine whether it had any relationships with any of the names of the parties in interest in the Chapter 11 Case identified on **Schedule 1** hereto (collectively, the "Interested Parties"), which include: (a) the Debtor; (b) known non-Debtor affiliates; (c) the Debtor's directors and officers; (d) the Debtor's holders of 5% or more of its equity; (e) Committee members; (f) bankruptcy professionals; (g) ordinary course professionals; (h) employee indemnification counsel; (i) other professionals and legal parties; (j) banks, lenders, lien parties, and administrative agents; (k) insurers; (l) taxing, governmental, and regulatory authorities; (m) top unsecured creditors; (n) contact counterparties; (o) vendors; (p) investments;

(q) the U.S. Trustee and key staff members; and (r) the judges in the Delaware Bankruptcy Court and certain Court personnel. A search was performed for connections to the Interested Parties within the past three (3) years, and the results of our conflict check were compiled and analyzed by GCP employees acting under my direction or supervision. Based on a review of the search performed on the Interested Parties, GCP represents that, to the best of its knowledge, GCP has not performed any services for any Interested Party within the last three (3) years. Moreover, GCP knows of no fact or situation that would represent a conflict of interest for GCP with respect to the Debtor or the Chapter 11 Case.

7. To the best of my knowledge, information and belief, GCP does not have any "connections" to the Interested Parties, except as described in this Declaration. Neither the term "connections" as used in Bankruptcy Rule 2014, nor the proper scope of an estate professional's search for "connections" has been expressly defined under the Bankruptcy Code. Accordingly, out of an abundance of caution, I am disclosing representations that would not, to my understanding, preclude GCP from representing the Committee under the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, or applicable standards of professional ethics.

8. GCP are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, GCP appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in the Chapter 11 Case. Further, GCP has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in the Chapter 11 Case. In addition, GCP has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtor or the Chapter 11 Case in which it works with or in opposition to

3

other professionals involved in the Chapter 11 Case. Moreover, GCP might have referred work to other professionals who are retained in the Chapter 11 Case. Likewise, certain such professionals who are retained in the Chapter 11 Case might have referred work to GCP.

9. In particular, GCP professionals have professional relationships with the following entities from prior cases, including from employment at prior firms in the past three years: Alvarez and Marsal, Benesch Friedlander Coplan & Aronoff, LLP, Clifford Chance, Dentons US LLP, Epiq Global, Force Ten Partners LLC, Kim & Chang, Kobre & Kim, McDermott Will & Emery LLP, McGuireWoods, Reed Smith, Richards, Layton & Finger, P.A., and Weil, Gotshal & Manges LLP. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtor.

10. Neither GCP, I, nor any other member of the GCP engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of any of the Debtor; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtor; or (c) has any interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. As such, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, GCP is a "disinterested person" as defined in Bankruptcy Code section 101(14). Moreover, GCP neither holds nor represents an interest adverse to the Debtor or its estate.

11. Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties in interest in the Chapter 11 Case, neither I nor GCP can

conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of GCP has been disclosed. To the extent GCP discovers any facts or additional information during the period of GCP's retention that requires disclosure, GCP will supplement this Declaration to disclose such information.

## **Compensation**

12.     GCP has agreed to serve as financial advisor to the Committee and receive compensation and reimbursement in accordance with its standard billing practices for services rendered and expenses incurred on behalf of the Committee, in accordance with sections 328, 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the Local Rules, and any applicable orders of the Court.

13.     GCP intends to apply for compensation for professional services rendered in connection with the Chapter 11 Case subject to approval of the Court on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by GCP. The customary hourly rates, subject to periodic adjustments, charged by GCP professionals who anticipate being assigned to this matter are as follows:

| **Billing Category** | **Range** |
|---|---|
| Partners | $795 – $950 |
| Directors/Managers | $550 – $695 |
| Associates/Vice-Presidents | $435 – $550 |
| Analysts | $255 – $395 |

14.     The names, positions, and applicable hourly rates of GCP's professionals that are expected to have primary responsibility for providing services to the Committee are as follows:

5

| **Professional** | **Position** | **Hourly Rate** |
|---|---|---|
| Edward Kim | Partner | $950 |
| Jorge Gonzalez | Partner | $950 |
| Andre Artidiello | Director | $650 |
| Harrison Richard | Director | $650 |
| Ivan Radi | Senior Associate | $500 |
| Vinai Sewaliah | Analyst | $300 |

In addition to the professionals named above, I expect that it may be necessary during the Chapter 11 Case for other GCP professionals to provide services to the Committee.

15. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. GCP intends to provide notice to the Debtor, the Committee, and the U.S. Trustee before implementing any increases in GCP's rates for professionals working on the Chapter 11 Case.

16. GCP also will seek reimbursement for expenses incurred in connection with the rendering of services to the Committee, including transportation, photocopying, delivery services, postage and package delivery, vendor charges, court fees, transcript costs, computer-aided research, "work" meals and overtime meals, lodging and other out-of-pocket expenses incurred in connection with providing professional services to the Committee.

17. GCP will maintain detailed contemporaneous records of time and any costs and expenses incurred in connection with the rendering of financial advisory services described above. Subject to any interim compensation orders entered by the Court, GCP shall submit interim and final fee applications that shall be subject to the applicable provisions of the

6

Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  All allowed compensation and expenses of GCP will be paid by the Debtor and its estate.

18. No compensation has been paid or promised to be paid from a source other than the Debtor's estate in the Chapter 11 Case.  GCP has no agreement with any entity to share with such entity any compensation received by GCP in connection with the Chapter 11 Case, except (i) among employees of GCP and (ii) with the partners of Force 10 pursuant to an agreement entered into in connection with certain professionals' transition from Force 10 to GCP.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by GCP in its representation of the Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 28, 2024

By: */s/ Edward Kim*
Edward Kim
Partner
Genesis Credit Partners LLC

## SCHEDULE 1

**<u>Interested Parties</u>**

1. **Debtor**
   Terraform Labs Pte. Ltd.

2. **Known Affiliates (Non-Debtor Joint Ventures)**
   Moon Landing Venture I Ltd
   Proximity Panorama, LDA
   Terra Form Labs Korea
   Terraform Labs Limited

3. **Directors and Officers**
   Amani, Arrash Chris
   Brown, Michael
   Dubel, John
   Mathialagan, Ashwin

4. **5% Or More Equity Holders**
   Kwon, Do Hyeong
   Shin, Daniel Hyunsung

5. **Committee Members**
   Celsius Network LLC, c/o Litigation Oversight Committee
   Josh Golder
   Francisco Javier Reina Barragan

6. **Bankruptcy Professionals**
   Alvarez and Marsal
   Epiq Global
   Richards, Layton & Finger, P.A.
   Weil, Gotshal & Manges LLP
   McDermott Will & Emery LLP
   Force Ten Partners LLC
   Genesis Credit Partners LLC
   Stout Risius Ross, LLC

7. **Ordinary Course Professionals**
   Benesch Friedlander Coplan & Aronoff, LLP
   Collas Crill
   Conyers
   Elliott Kwok Levine & Jaroslaw LLP
   Gasser Partner
   Howse Williams
   Kim & Chang
   Rahman Ravelli Solicitors Ltd.
   Rui Pena, Arnaut & Associados

8. **Employee Indemnification Counsel**
   Doug Whitney Law Offices LLC
   Goodwin Law
   Kobre & Kim
   McGuireWoods
   Reed Smith

**9.     Other Professionals**
Dentons Cayman Islands
Dentons Frankfurt
Dentons Mauritius
Dentons Paris
Dentons Rodyk & Davidson LLP
Dentons Seoul
Dentons US LLP
WongPartnership LLP

**10.    Legal Parties**
Beltran, Hulian Moreno
Clifford Chance
Drew & Napier LLC
Gan Yi Dong, Douglas
Kaplan Kecker Fink
Mishcon de Reya LLP
Platias, Nikolaos Alexandros
Setia Law LLC

**11.    Banks/Lenders/UCC Lien Parties/Administrative Agents**
Aspire Bank
CIMB Bank
DBS Bank
Sygnum Bank
Hex Technologies Limited aka Hex Trust Limited
Volopay
Western Alliance Bank

**12.    Insurance**
AIG Asia Pacific Insurance Pte. Ltd.
Relm Insurance

**13.    Taxing Authority/Governmental/Regulatory**
California Employment Development Department
Commodity Futures Trading Commission
Hawaii Department of Taxation
High Court of Singapore
Internal Revenue Services
Ministry of Finance
U.S. Department of Justice
Washington Department of Revenue

**14.    Top General Unsecured Creditors**
Aca Engrg Pte Ltd
Archer Marketing & Development (S) Pte Ltd
Cheang & Lee Sanitary Plumbing Pte Ltd
Cloudflare, Inc.
EShares, Inc. dba Carta, Inc.
K&L Gates LLP
Lee, Ethan

Nansen Pte. Ltd
Omnicom Group Inc.
OKCoin Technology Company Ltd.
Pagerduty, Inc.
Securities and Exchange Commission
Singtel
Standard Crypto Venture Fund
SubMC1
Token Terminal OY
TPC Commercial Pte Ltd
TQ Ventures III LP
Wintermute Trading

15. **Contract Counterparties**
8C Management LLC
Ademco Far East Pte Ltd
Adobe Inc.
Alles Labs Pte Ltd
Amazon Web Services Singapore
Amber Technologies Limited
Anticimex Pest Management Pte Ltd
Ape Board Pte Ltd
Atoz SG Accounting Pte Ltd
BFXWW Inc aka Bitfinex
Big Labs S.R.L. Semplificata
Binance Capital Management Co., Ltd
Bitmonex LLC
Bitrue Singapore Pte Ltd
Breadnbeyond
Breeze Labs, Inc
BTBlock
Bugcrowd Inc.
Centrodex Engineering Pte Ltd
Certik, LLC
Chaos Labs, Inc
Circle Internet Services, Inc., dba Circleci
Civilized Discourse Construction Kit, Inc aka Discourse
Coinbase Custody Trust Company, LLC
Concentric Advisors Inc.
Concept Art House, Inc. aka CAH
Confio GmbH
Cornerstone Research
Crystal Net Pte Ltd
DDC Advocacy LLC dba DDC Public Affairs aka OmnicomPRGroup
Deel, Inc
Delphi Labs Global Partners LLP
Docusign Inc
Dubel & Associates, LLC
Ecology Limited
Enterprise Management Pte Ltd
Falconx Limited

3

   Gitbook Inc
   Github, Inc.
   Google Asia Pacific Pte. Ltd.
   Hashicorp, Inc.
   Hex Technologies Limited aka Hex Trust Limited
   Jones Lang Lasalle Property Consultants Pte Ltd
   Luna Foundation Guard Ltd.
   Marte Consulting Pty Ltd Trading As "SCV-Security"
   Moon Rabbit Labs, Inc.
   SCV-Security
   Slack Technologies Limited
   Tai Mo Shan Limited
   Tips & Tricks, LLC

16. **Vendors**
   Alpha Consulting
   Air Charter Service
   Amazon Web Services Korea
   Attorney Translation
   Capital Process Servers
   Central Provident Fund Board (CPF)
   DDC Advocacy LLC
   Dentons Lee
   Douglas E. Whitney
   EcoSense Solutions Pte Ltd
   Eldric Marketing Pte Ltd
   Expensify
   Fidelity Investments
   Freeh
   Gradillas Partners Investigation
   J.S. Held LLC
   Law Firm Planet
   Le Yu Corporate Advisory Pte Ltd
   Lin Xiufang (Cleaner)
   Lincoln Financial Group
   Lindeborg Counsellors At Law Ltd
   Manulife Financial Corporation
   MyRepublic Broadband Pte Ltd
   Parcels, Inc.
   Project Solutions Pte Ltd
   Quinlan Partners
   Shobna Chandran
   SP Group Ltd
   Tan Rajah & Cheah
   Tower Legal Solutions
   VSP Vision
   Xiufang, Lin

17. **Investments**
   1KX, LP
   Arvin Buraat NBFI aka XGround Inc

    Authlayer Inc. aka Zefi
    Avalanche (BVI), Inc aka Avax
    Best Home Real Estate LLC
    Blockpour Pte. Ltd.
    Build Republic Inc
    CoinAlpha, Inc. / Hummingbot Foundation
    Defi Alliance Delaware Feeder LLP
    Defi Limited
    Flipside Crypto, Inc.
    Global Maiden International Limited
    Hex Capital Group Limited
    HOF Capital Growth Opportunity XX, LLC
    Hyphen Labs Ltd
    Liquality Inc.
    Mariana Layer Labs Ltd
    Megashots Internet Private Limited
    Miami Labs Inc
    NPixel Pte. Ltd
    OPY League Pte. Ltd.
    Outlet Finance Inc.
    Pangea Cayman Fund I Ltd.
    Parafi Digital Opportunities International LP
    Persistence Enterprise Solutions Pte Ltd
    Persistence Technologies (BVI) Pte Ltd
    Qredo Ltd
    Registered Agents Inc
    Rift Technologies Limited
    Sha2 Labs Pte Ltd
    Stazon Technologies Ltd aka Stader Labs
    Superplastic Inc. & Mighty Elephant
    Three Arrow Fund, Ltd
    Translucence Research, Inc.
    Trustless Media Inc
    Vaneck ETP Ag
    Wandilla Holdings Limited

**18.**    **U.S. Trustee and Staff**
    Attix, Laruen
    Bu, Fang
    Casey, Linda
    Clausen, Joanne E.
    Cudia, Joseph
    Dice, Holly
    Dortch, Shakima L.
    Fox, Timothy J. Jr.
    Giordano, Diane
    Green, Christine
    Hackman, Benjamin
    Jones, Nyanquoi
    Leamy, Jane
    Lipshie, Jonathan

    McCollum, Hannah M.
    McMahon, Joseph J.
    O'Malley, James R.
    Panacio, Michael
    Richenderfer, Linda
    Schepacarter, Richard
    Serrano, Edith A.
    Sierra-Fox, Rosa
    Thomas, Elizabeth
    Vara, Andrew R.
    Wynn, Dion

**19.**   **Judges and Staff**
    Chan, Ashely M., Judge
    Dorsey, John T., Judge
    Goldblatt, Craig T., Judge
    Horan, Thomas M. Judge
    Owens, Karen B., Judge
    Shannon, Brendan Linehan
    Silverstein, Laurie Selber, Chief Judge
    Stickles, J. Kate, Judge
    Walrath, Mary F., Judge
    Barksdale, Nickita
    Batts, Cacia
    Bello, Rachel
    Brady, Claire
    Capp, Laurie
    Cavello, Robert
    Farrell, Catherine
    Gadson, Danielle
    Haney, Laura
    Hrycak, Amanda
    Johnson, Lora
    Lopez, Marquietta
    Lugano, Al
    O'Boyle, Una
    Ranieri, Joan
    Subda, Paula
    Walker, Jill
    Yeager, Demitra