**Exhibit B**

| Matter Name: Debtor Restructuring | Invoice Date: | March 28, 2024 |
|---|---|---|
| Matter Number: 770432-230833 | Invoice Number: | 3000929 |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 4.00 | 0.40 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 2.00 | 0.20 |
| 01/22/24 | PACER | 3.00 | 0.30 |
| 01/22/24 | PACER | 30.00 | 3.00 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 1.00 | 0.10 |
| 01/22/24 | PACER | 6.00 | 0.60 |
| 01/22/24 | PACER | 2.00 | 0.20 |
| 01/23/24 | PACER | 6.00 | 0.60 |
| 01/23/24 | PACER | 30.00 | 3.00 |
| 01/23/24 | PACER | 30.00 | 3.00 |
| 01/23/24 | PACER | 6.00 | 0.60 |
| 01/23/24 | JPMORGAN CHASE BANK NA - Lit-COURTS/USDC-DE- | 1.00 | 150.00 |
| 01/23/24 | PACER | 5.00 | 0.50 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/23/24 | PACER | 30.00 | 3.00 |
| 01/23/24 | PACER | 1.00 | 0.10 |
| 01/23/24 | PACER | 1.00 | 0.10 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/23/24 | PACER | 1.00 | 0.10 |
| 01/23/24 | PACER | 2.00 | 0.20 |
| 01/23/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/23/24 | PACER | 5.00 | 0.50 |
| 01/23/24 | PACER | 2.00 | 0.20 |
| 01/24/24 | PACER | 2.00 | 0.20 |
| 01/24/24 | PACER | 14.00 | 1.40 |
| 01/24/24 | PACER | 10.00 | 1.00 |
| 01/24/24 | PACER | 3.00 | 0.30 |
| 01/24/24 | PACER | 3.00 | 0.30 |
| 01/24/24 | Westlaw | 1.00 | 0.00 |
| 01/24/24 | PACER | 8.00 | 0.80 |
| 01/24/24 | PACER | 4.00 | 0.40 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 6.00 | 0.60 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 7.10 |
| 01/25/24 | PACER | 2.00 | 0.20 |

| Matter Name: Debtor Restructuring | Invoice Date: | March 28, 2024 |
| Matter Number: 770432-230833 | Invoice Number: | 3000929 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 30.00 | 3.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 25.00 | 2.50 |
| 01/25/24 | PACER | 13.00 | 1.30 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 25.10 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 13.00 | 1.30 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | PACER | 4.00 | 0.40 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 11.00 | 1.10 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | PACER | 9.00 | 0.90 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 14.00 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 13.50 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 3.00 | 0.30 |
| 01/25/24 | PACER | 3.00 | 0.30 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |

| Matter Name: Debtor Restructuring | Invoice Date: | March 28, 2024 |
| Matter Number: 770432-230833 | Invoice Number: | 3000929 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 3.00 | 0.30 |
| 01/25/24 | PACER | 13.00 | 1.30 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 2.00 | 0.20 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 3.00 | 0.30 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 21.90 |
| 01/25/24 | Printing | 1.00 | 0.10 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 12.00 | 1.20 |
| 01/25/24 | PACER | 3.00 | 0.30 |
| 01/25/24 | Document Retrieval (Electronic) | 1.00 | 13.00 |
| 01/25/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/25/24 | PACER | 17.00 | 1.70 |
| 01/26/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 8.00 | 0.80 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 4.00 | 0.40 |
| 01/28/24 | PACER | 30.00 | 3.00 |
| 01/28/24 | PACER | 30.00 | 3.00 |
| 01/28/24 | PACER | 24.00 | 2.40 |
| 01/28/24 | PACER | 82.00 | 8.20 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 4.00 | 0.40 |
| 01/28/24 | PACER | 3.00 | 0.30 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 4.00 | 0.40 |
| 01/28/24 | PACER | 4.00 | 0.40 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 30.00 | 3.00 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 3.00 | 0.30 |
| 01/28/24 | PACER | 30.00 | 3.00 |
| 01/28/24 | PACER | 5.00 | 0.50 |
| 01/28/24 | PACER | 5.00 | 0.50 |
| 01/28/24 | PACER | 12.00 | 1.20 |
| 01/28/24 | PACER | 48.00 | 4.80 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/28/24 | PACER | 30.00 | 3.00 |
| 01/28/24 | PACER | 14.00 | 1.40 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |

| | | | |
|---|---|---|---|
| Matter Name: Debtor Restructuring | | Invoice Date: | March 28, 2024 |
| Matter Number: 770432-230833 | | Invoice Number: | 3000929 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/29/24 | Printing | 10.00 | 1.00 |
| 01/29/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Printing | 1.00 | 0.10 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Document Retrieval (Electronic) | 1.00 | 14.20 |
| 01/30/24 | Printing | 1.00 | 0.10 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | JPMORGAN CHASE BANK NA - Bankruptcy-COURTS/USDC-DE- Pro hacs filing for Friedmann, Calabrese & Jones | 1.00 | 150.00 |
| 01/30/24 | Document Retrieval (Electronic) | 1.00 | 10.30 |
| 01/30/24 | Printing | 2.00 | 0.20 |
| 01/30/24 | PACER | 3.00 | 0.30 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | Document Retrieval (Electronic) | 1.00 | 11.50 |
| 01/30/24 | Printing | 5.00 | 0.50 |
| 01/30/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/30/24 | PACER | 7.00 | 0.70 |
| 01/30/24 | Printing | 4.00 | 0.40 |
| 01/30/24 | PACER | 2.00 | 0.20 |
| 01/31/24 | Printing | 12.00 | 1.20 |
| 01/31/24 | Printing | 72.00 | 7.20 |
| 01/31/24 | Printing | 1.00 | 0.10 |
| 01/31/24 | Messenger and delivery | 1.00 | 48.75 |
| 01/31/24 | Printing | 31.00 | 3.10 |
| 01/31/24 | Printing | 32.00 | 3.20 |
| 01/31/24 | Printing | 72.00 | 7.20 |
| 01/31/24 | Printing | 50.00 | 5.00 |
| 01/31/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/31/24 | JPMORGAN CHASE BANK NA - Haldas catering lunch for 20 people | 1.00 | 327.25 |
| 01/31/24 | Messenger and delivery | 1.00 | 60.00 |
| 01/31/24 | Printing | 155.00 | 15.50 |
| 01/31/24 | Printing | 2.00 | 0.20 |
| 01/31/24 | Printing | 36.00 | 3.60 |
| 01/31/24 | Printing | 2.00 | 0.20 |
| 01/31/24 | Printing | 2.00 | 0.20 |
| 01/31/24 | Printing | 2.00 | 0.20 |
| 01/31/24 | Printing | 186.00 | 18.60 |
| 01/31/24 | Printing | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Matter Name: Debtor Restructuring | | Invoice Date: | March 28, 2024 |
| Matter Number: 770432-230833 | | Invoice Number: | 3000929 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/31/24 | Printing | 155.00 | 15.50 |
| 01/31/24 | Printing | 36.00 | 3.60 |
| 01/31/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/31/24 | Printing | 1.00 | 0.10 |
| 01/31/24 | Printing | 8.00 | 0.80 |
| 01/31/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 01/31/24 | Printing | 1.00 | 0.10 |
| 01/31/24 | Printing | 155.00 | 15.50 |
| 01/31/24 | Printing | 186.00 | 18.60 |
| 01/31/24 | Printing | 2.00 | 0.20 |
| 01/31/24 | JPMORGAN CHASE BANK NA - Bankruptcy-COURTS/USDC-DE- | 1.00 | 100.00 |
| 02/01/24 | Printing | 34.00 | 3.40 |
| 02/01/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 02/02/24 | Document Retrieval (Electronic) | 1.00 | 1.50 |
| 02/02/24 | Docket Search (Bloomberg) | 1.00 | 50.00 |
| 02/02/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/02/24 | Document Retrieval (Electronic) | 1.00 | 1.60 |
| 02/02/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/02/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Document Retrieval (Electronic) | 1.00 | 1.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/03/24 | Document Retrieval (Electronic) | 1.00 | 0.60 |
| 02/03/24 | Docket Search (Bloomberg) | 1.00 | 25.00 |
| 02/04/24 | Westlaw | 1.00 | 0.00 |
| 02/05/24 | RELIABLE COPY SERVICE-DE - transcript | 1.00 | 624.00 |
| 02/09/24 | MANHATTAN BAGEL (STORE #049C) - 38157 - breakfast for clients | 1.00 | 161.64 |
| 02/14/24 | PARCELS INC - 1063776 | 1.00 | 90.30 |
| 02/14/24 | PARCELS INC - 1064278 | 1.00 | 461.40 |
| 02/15/24 | Printing | 43.00 | 4.30 |
| 02/16/24 | Printing | 5.00 | 0.50 |
| 02/22/24 | Image Access - Plain Copy: RL&F Service Corp | 1.00 | 51.00 |
| 02/22/24 | Image Access - Plain copy: RL&F Service Corp | 1.00 | 57.00 |
| 02/22/24 | Image Access - Plain Copy: RL&F Service Corp | 1.00 | 79.00 |
| 02/22/24 | Image Access - Plain Copy: RL&F Service Corp | 1.00 | 89.00 |
| 02/22/24 | Image Access - Plain Copy: RL&F Service Corp | 1.00 | 63.00 |
| 02/22/24 | Image Access - Plain copy: RL&F Service Corp | 1.00 | 51.00 |
| 02/22/24 | Image Access - Plain Copy: RL&F Service Corp | 1.00 | 105.00 |

| | | | |
|---|---|---|---|
| Matter Name: Debtor Restructuring | | Invoice Date: | March 28, 2024 |
| Matter Number: 770432-230833 | | Invoice Number: | 3000929 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 02/23/24 | Printing | 32.00 | 3.20 |
| 02/23/24 | Printing | 3.00 | 0.30 |
| 02/23/24 | Printing | 27.00 | 2.70 |
| 02/23/24 | Printing | 6.00 | 0.60 |
| 02/23/24 | Printing | 4.00 | 0.40 |
| 02/23/24 | Printing | 2.00 | 0.20 |
| 02/23/24 | Printing | 3.00 | 0.30 |
| 02/23/24 | Printing | 8.00 | 0.80 |
| 02/23/24 | Printing | 53.00 | 5.30 |
| 02/26/24 | Image Access - Plain copy: RL&F Service Corp | 1.00 | 45.00 |
| 02/29/24 | EAR, SRV - 20240642829 | 1.00 | 65.00 |
| **Total** | | | **$5,511.34** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| **Description** | **Amount** |
|---|---:|
| Bloomberg | 2,510.30 |
| Business Meals | 488.89 |
| Court Reporter | 624.00 |
| Duplicating | 551.70 |
| Filing/Court Fees | 400.00 |
| Messenger Service | 108.75 |
| PACER | 78.20 |
| Printing | 144.50 |
| RL&F Service Corp | 605.00 |
| Westlaw | 0.00 |
| **Total** | **$5,511.34** |