# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Terraform Labs Pte. Ltd., *et al.*<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10070 (BLS) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 28, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/28/2024 | 189 | Application/Motion to Employ/Retain McDermott Will & Emery LLP as Counsel to the Official Committee of Unsecured Creditors Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. Hearing scheduled for 4/18/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 4/11/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 03/28/2024) |
| 03/28/2024 | 190 | Application/Motion to Employ/Retain Stout Risius Ross, LLC as Cryptocurrency Tracing Consultant Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. Hearing scheduled for 4/18/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 4/11/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 03/28/2024) |
| 03/28/2024 | 191 | Application/Motion to Employ/Retain Force Ten Partners, LLC as Financial Advisor Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. Hearing scheduled for 4/18/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 4/11/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 03/28/2024) |
| 03/28/2024 | 192 | Application/Motion to Employ/Retain Genesis Credit Partners LLC as Financial Advisor Filed by The Official Committee of Unsecured Creditors of Terraform Labs Pte. Ltd.. Hearing scheduled for 4/18/2024 at 10:00 AM |

|  |  | at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 4/11/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Hurst, David) (Entered: 03/28/2024) |

X _____
Laurie Heggan

Dated: March 28, 2024
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 28th day of March 2024, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| Served via 1st Class Mail | Served via 1st Class Mail |
|---|---|
| TOKEN TERMINAL OY<br>PIENI ROOBERTINKATU 9<br>HELSINKI 00130<br>FINLAND | OKCOIN<br>ATTN: CLIFFORD CHANCE<br>27TH FLOOR, JARDINE HOUSE<br>ONE CONNAUGHT PLACE<br>HONG KONG<br>HONG KONG |
| **Served via 1st Class Mail**<br>ALPHA CONSULTING DOO<br>ATTN: KSENIJA POPOVIC IVANISEVIC<br>BULEVAR REVOLUCIJE 2/10A<br>PODGORICA<br>MONTENEGRO | **Served via 1st Class Mail**<br>ACA ENGRG PTE LTD<br>ATTN: POHYEE SONG<br>27 MANDAI ESTATE<br>07-07 INNOVATION PLACE, TOWER 2<br>SINGAPORE 729931<br>SINGAPORE |
| **Served via 1st Class Mail**<br>ARCHER MARKETING & DEVELOPMENT (S) PTE<br>ATTN: VINCENT CHIUA<br>4 PENJURU PLACE 01-23<br>2.8 PENJURU TECH HUB<br>SINGAPORE 608782<br>SINGAPORE | **Served via 1st Class Mail**<br>CHEANG & LEE SANITARY PLUMBING PTE LTD<br>ATTN: ERIC CHEE<br>21 TOH GUAN ROAD EAST 06-13<br>TOH GUAN CENTRE<br>SINGAPORE 608609<br>SINGAPORE |
| **Served via 1st Class Mail**<br>NANSEN PTE. LTD<br>ATTN: ALEXANDER SVANEVIK<br>111 SOMERSET RD, 03-09<br>SINGAPORE 238164<br>SINGAPORE | **Served via 1st Class Mail**<br>SINGTEL<br>ATTN: DIRECTOR, ALFRED SAW<br>C/O CREDIT MANAGEMENT (CREDIT RISK & ARREARS MGMT)<br>20 PICKERING STREET<br>#22-01<br>SINGTEL / PICKERING OPERATIONS COMPLEX<br>SINGAPORE 048658<br>SINGAPORE |
| **Served via 1st Class Mail**<br>SUBMC1<br>1 WALLICH STREET<br>31-01 GUOCO TOWER<br>SINGAPORE 078881<br>SINGAPORE | **Served via 1st Class Mail**<br>TPC COMMERCIAL PTE LTD<br>ATTN: CHENG HSING YAO<br>1 WALLICH STREET<br>31-01 GUOCO TOWER<br>SINGAPORE 078881<br>SINGAPORE |

| | |
|---|---|
| **Served via 1st Class Mail**<br>WONG PARTNERSHIP LLP<br>ATTN: CLAYTON CHONG<br>12 MARINA BOULEVARD LEVEL 28<br>MARINA BAY FINANCIAL CENTRE TOWER 3<br>SINGAPORE  18982<br>SINGAPORE | **Served via 1st Class Mail**<br>RAHMAN RAVELLI<br>ATTN: NICOLA SHARP & AZIZUR RAHMAN<br>BRIDGE HOUSE<br>181 QUEEN VICTORIA STREET<br>LONDON  EC4V 4EG<br>UNITED KINGDOM |
| **Served via 1st Class Mail**<br>WINTERMUTE TRADING<br>ATTN: OLIVER FELTON<br>MISHCON DE REYA LLP<br>AFRICA HOUSE, 70 KINGSMAN<br>LONDON  WC2B 6AH<br>UNITED KINGDOM | **Served via 1st Class Mail**<br>MINISTRY OF FINANCE<br>ATTN: JEREMIAH FRETT<br>FINANCIAL SECRETARY<br>GOVERNMENT OF THE VIRGIN ISLANDS<br>ROAD TOWN, TORTOLA  VG 1110<br>VIRGIN ISLANDS |
| **Served via 1st Class Mail**<br>CLOUDFLARE, INC.<br>ATTN: MICHELLE ZATLYN<br>101 TOWNSEND STREET<br>SAN FRANCISCO CA 94107 | **Served via 1st Class Mail**<br>CORNERSTONE RESEARCH<br>ATTN: YAN CAO<br>599 LEXINGTON AVENUE<br>40TH FLOOR<br>NEW YORK NY 10022-7642 |
| **Served via 1st Class Mail**<br>DELAWARE DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>CARVEL STATE BUILDING<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | **Served via 1st Class Mail**<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 |
| **Served via 1st Class Mail**<br>ESHARES, INC. DBA CARTA, INC.<br>333 BUSH STREET<br>SUITE 2300<br>SAN FRANCISCO CA 94104 | **Served via 1st Class Mail**<br>GOODWIN PROCTER LLP<br>ATTN: GRANT P. FONDO<br>601 MARSHALL STREET<br>REDWOOD CITY CA 94063 |

**Served via 1st Class Mail**
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

**Served via 1st Class Mail**
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE, NW
WASHINGTON DC 20220-0001

**Served via 1st Class Mail**
J.S HELD LLC
ATTN: JP BRENNAN
48 WALL STREET
NEW YORK NY 10043

**Served via 1st Class Mail**
K&L GATES LLP
ATTN: DREW HINKES
210 SIXTH AVENUE
K&L GATES CENTER
PITTSBURGH PA 15221

**Served via 1st Class Mail**
KOBRE & KIM LLP
ATTN: SYDNEY JOHNSON
201 SOUTH BISCAYNE BLVD
SUITE 1900
MIAMI FL 33131

**Served via 1st Class Mail**
MCQUIREWOODS LLP
ATTN: ERIC SNYDER
1251 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK NY 10020-1104

**Served via 1st Class Mail**
OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N. MARKET STREET, SUITE 400
WILMINGTON DE 19801

**Served via 1st Class Mail**
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN: LINDA RICHENDERFER, ESQ.
844 KING ST, STE 2207, LOCKBOX 35
WILMINGTON DE 19801

**Served via 1st Class Mail**
OMNICOM GROUP INC
ATTN: KEVIN LAWLOR
1615 L STREET NW
SUITE 400
WASHINGTON DC 20036

**Served via 1st Class Mail**
PAGERDUTY, INC.
600 TOWNSEND ST. #200
SAN FRANCISCO CA 94103

| | |
|---|---|
| **Served via 1st Class Mail**<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>COUNSEL TO P. PRETLOVE, D. STANDISH & J. DRURY<br>JOINT LIQUIDATORS FOR THREE ARROWS FUND, LTD<br>ATTN: J. PINTARELLI, A. LYMAN<br>P.E. FITZMAURICE & H. MCDONALD<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | **Served via 1st Class Mail**<br>QUINLAN PARTNERS, LLC<br>ATTN: PAUL QUINLAN & DOROTHY BAKER<br>2805 2ND AVE. S.<br>SUITE 200<br>BIRMINGHAM AL 35233 |
| **Served via 1st Class Mail**<br>REED SMITH<br>ATTN: WAYNE STANSFIELD & MARK BINI<br>THREE LOGAN SQUARE<br>SUITE 3100, 1717 ARCH STREET<br>PHILADELPHIA PA 19103 | **Served via 1st Class Mail**<br>SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 |
| **Served via 1st Class Mail**<br>SECRETARY OF STATE/DIV OF REVENUE<br>DIVISION OF CORPORATIONS; FRANCHISE TAX<br>JOHN G TOWNSEND BLDG<br>401 FEDERAL ST, STE 4<br>DOVER DE 19901 | **Served via 1st Class Mail**<br>SECURITIES & EXCHANGE COMMISSION<br>ATTN: DEVON STAREN<br>100 F STREET, NE<br>WASHINGTON DC 20549-5985 |
| **Served via 1st Class Mail**<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE 200 VESEY ST, STE 400<br>NEW YORK NY 10281-1022 | **Served via 1st Class Mail**<br>SECURITIES & EXCHANGE COMMISSION<br>ATTN: DEVON STAREN<br>100 F STREET, NE<br>WASHINGTON DC 20549-5985 |
| **Served via 1st Class Mail**<br>STANDARD CRYPTO VENTURE FUND I LP<br>ATTN: ASHLEY SWEREN<br>1225 4TH STREET<br>525<br>SAN FRANCISCO CA 94158 | **Served via 1st Class Mail**<br>TQ VENTURES<br>ATTN: ANDREW MARKS<br>408 WEST 14TH STREET<br>4TH FLOOR<br>NEW YORK NY 10014 |