## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TERRAFORM LABS PTE. LTD.,[1] | Case No. 24–10070 (BLS) |
| Debtor. | **Ref. Docket Nos. 147, 149 - 150** |

## <u>CERTIFICATE OF SERVICE</u>

I, NADIA ALAZRI, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Certification of Counsel Regarding Final Order (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs and (II) Granting Related Relief," dated March 5, 2024 [Docket No. 147], (the "Certification"),

    b.  "Final Order (I) Authorizing Debtor to (A) Pay Prepetition Workforce Obligations and (B) Maintain Employee Benefit Programs, and (II) Granting Related Relief," dated March 6, 2024 [Docket No. 149], (the "Final Order"), and

    c.  "Order Granting Motion of Debtor for Leave to File Debtor's Replies in Support of (I) Application to Retain Dentons US LLP as Special Counsel and (II) Motion to Pay Certain Amounts in Furtherance of Litigation," dated March 6, 2024 [Docket No. 150], (the "Motion to Leave Order"),

    by causing true and correct copies of the:

    i.  Certification, Final Order and Motion to Leave Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, on March 6, 2024,

    ii.  Certification and Final Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on March 6, 2024,

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

iii. Motion to Leave Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, on March 6, 2024,

iv. Certification, Final Order and Motion to Leave Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, on March 6, 2024,

v. Certification and Final Order to be delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit E</u>, in accordance with Local Rule 5004-4(c)(ii), on March 6, 2024,

vi. Certification and Final Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>, on March 6, 2024, and

vii. Motion to Leave Order to be delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit E</u>, in accordance with Local Rule 5004-4(c)(ii), on March 11, 2024.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. In addition, I hereby certify that the referenced document was electronically filed with the United States Bankruptcy Court for the Delaware District by using the CM/ECF system. I further certify that the parties of record in this case, all registered CM/ECF users located on the Court's Electronic Mail Notice List, were served through the CM/ECF system.

*/s/ Nadia Alazri*
Nadia Alazri

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACA ENGRG PTE LTD | ATTN: POHYEE SONG 27 MANDAI ESTATE 07-07 INNOVATION PLACE, TOWER 2 SINGAPORE 729931 SINGAPORE |
| ALPHA CONSULTING DOO | ATTN: KSENIJA POPOVIC IVANISEVIC BULEVAR REVOLUCIJE 2/10A PODGORICA MONTENEGRO |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | ATTN: VINCENT CHIUA 4 PENJURU PLACE 01-23 2.8 PENJURU TECH HUB SINGAPORE 608782 SINGAPORE |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | ATTN: ERIC CHEE 21 TOH GUAN ROAD EAST 06-13 TOH GUAN CENTRE SINGAPORE 608609 SINGAPORE |
| CLOUDFLARE, INC. | ATTN: MICHELLE ZATLYN 101 TOWNSEND STREET SAN FRANCISCO CA 94107 |
| CORNERSTONE RESEARCH | ATTN: YAN CAO 599 LEXINGTON AVENUE 40TH FLOOR NEW YORK NY 10022-7642 |
| DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL CARVEL STATE BUILDING 820 N. FRENCH STREET WILMINGTON DE 19801 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| ESHARES, INC. DBA CARTA, INC. | 333 BUSH STREET SUITE 2300 SAN FRANCISCO CA 94104 |
| ETHAN LEE | ADDRESS ON FILE |
| GOODWIN PROCTER LLP | ATTN: GRANT P. FONDO 601 MARSHALL STREET REDWOOD CITY CA 94063 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 1111 CONSTITUTION AVE, NW WASHINGTON DC 20220-0001 |
| J.S HELD LLC | ATTN: JP BRENNAN 48 WALL STREET NEW YORK NY 10043 |
| K&L GATES LLP | ATTN: DREW HINKES 210 SIXTH AVENUE K&L GATES CENTER PITTSBURGH PA 15221 |
| KOBRE & KIM LLP | ATTN: SYDNEY JOHNSON 201 SOUTH BISCAYNE BLVD SUITE 1900 MIAMI FL 33131 |
| MCDERMOTT WILL & EMERY LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DARREN AZMAN & JOSEPH B. EVANS ONE VANDERBILT AVENUE NEW YORK NY 10017 |
| MCDERMOTT WILL & EMERY LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DAVID R. HURST & DANTE PAVAN THE BRANDYWINE BUILDING 1000 N. WEST STREET, SUITE 1400 WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS GREGG A. STEINMAN 333 SE 2ND AVENUE, SUITE 4500 MIAMI FL 33131 |
| MCQUIREWOODS LLP | ATTN: ERIC SNYDER 1251 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020-1104 |
| MINISTRY OF FINANCE | ATTN: JEREMIAH FRETT FINANCIAL SECRETARY GOVERNMENT OF THE VIRGIN ISLANDS ROAD TOWN, TORTOLA VG 1110 VIRGIN ISLANDS |
| NANSEN PTE. LTD | ATTN: ALEXANDER SVANEVIK 111 SOMERSET RD, 03-09 SINGAPORE 238164 SINGAPORE |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE ATTN: LINDA RICHENDERFER, ESQ. 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| OKCOIN | ATTN: CLIFFORD CHANCE 27TH FLOOR, JARDINE HOUSE ONE CONNAUGHT PLACE HONG KONG HONG KONG |
| OMNICOM GROUP INC | ATTN: KEVIN LAWLOR 1615 L STREET NW SUITE 400 WASHINGTON DC 20036 |
| PAGERDUTY, INC. | 600 TOWNSEND ST. #200 SAN FRANCISCO CA 94103 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | COUNSEL TO P. PRETLOVE, D. STANDISH & J. DRURY JOINT LIQUIDATORS FOR THREE ARROWS FUND, LTD ATTN: J. PINTARELLI, A. LYMAN P.E. FITZMAURICE & H. MCDONALD 31 WEST 52ND STREET NEW YORK NY 10019 |
| QUINLAN PARTNERS, LLC | ATTN: PAUL QUINLAN & DOROTHY BAKER 2805 2ND AVE. S. SUITE 200 BIRMINGHAM AL 35233 |
| RAHMAN RAVELLI | ATTN: NICOLA SHARP & AZIZUR RAHMAN BRIDGE HOUSE 181 QUEEN VICTORIA STREET LONDON EC4V 4EG UNITED KINGDOM |
| REED SMITH | ATTN: WAYNE STANSFIELD & MARK BINI THREE LOGAN SQUARE SUITE 3100, 1717 ARCH STREET PHILADELPHIA PA 19103 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |

| Claim Name | Address Information |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: DEVON STAREN 100 F STREET, NE WASHINGTON DC 20549-5985 |
| SINGTEL | ATTN: DIRECTOR, ALFRED SAW C/O CREDIT MANAGEMENT (CREDIT RISK & ARREARS MGMT) 20 PICKERING STREET #22-01 SINGTEL / PICKERING OPERATIONS COMPLEX SINGAPORE 048658 SINGAPORE |
| STANDARD CRYPTO VENTURE FUND I LP | ATTN: ASHLEY SWEREN 1225 4TH STREET 525 SAN FRANCISCO CA 94158 |
| SUBMC1 | 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TOKEN TERMINAL OY | PIENI ROOBERTINKATU 9 HELSINKI 00130 FINLAND |
| TPC COMMERCIAL PTE LTD | ATTN: CHENG HSING YAO 1 WALLICH STREET 31-01 GUOCO TOWER SINGAPORE 078881 SINGAPORE |
| TQ VENTURES | ATTN: ANDREW MARKS 408 WEST 14TH STREET 4TH FLOOR NEW YORK NY 10014 |
| WHITE & CASE LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS J. CHRISTOPHER SHORE & COLIN T. WEST 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WHITE & CASE LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS GREGORY F. PESCE 111 SOUTH WACKER DRIVE, SUITE 5100 CHICAGO IL 60606 |
| WHITE & CASE LLP | CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AARON COLODNY 555 SOUTH FLOWER STREET, SUITE 2700 LOS ANGELES CA 90071 |
| WINTERMUTE TRADING | ATTN: OLIVER FELTON MISHCON DE REYA LLP AFRICA HOUSE, 70 KINGSMAN LONDON WC2B 6AH UNITED KINGDOM |
| WONG PARTNERSHIP LLP | ATTN: CLAYTON CHONG 12 MARINA BOULEVARD LEVEL 28 MARINA BAY FINANCIAL CENTRE TOWER 3 SINGAPORE 18982 SINGAPORE |

> **Total Creditor count  46**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DEEL, INC | 425 1ST SAN FRANCISCO CA 94105 |
| EXPENSIFY, INC. | 401 SW 5TH AVENUE PORTLAND OR 97204-2205 |
| FIDELITY INVESTMENTS | 245 SUMMER STREET BOSTON MA 02210 |
| LINCOLN FINANCIAL GROUP | 150 NORTH RADNOR-CHESTER ROAD RADNOR PA 19087 |
| MANULIFE FINANCIAL CORPORATION | 200 BLOOR STREET EAST TORONTO ON M4W 1E5 CANADA |
| MOON RABBIT LABS, INC | 2F GINZA OTAKE VISIDENCE 1-22-11 GINZA CHUO-KU TOKYO 104-0061 JAPAN |
| VSP VISION | 3333 QUALITY DRIVE RANCHO CORDOVA CA 95670 |

**Total Creditor count  7**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ALPHA CONSULTING DOO | ATTN: KSENIJA POPOVIC IVANISEVIC BULEVAR REVOLUCIJE 2/10A PODGORICA MONTENEGRO |
| APPLEBY GLOBAL | ATTN: DANIEL MITCHELL, COUNSEL TO BITFIN JAYLA PLACE, WICKHAM'S CAY 1, PO BOX 319 ROAD TOWN TORTOLA VG1110 BRITISH VIRGIN ISLANDS |
| ARNOLD, JASON | ADDRESS ON FILE |
| AXLER, NOAH | ADDRESS ON FILE |
| BRIGATI, JOSHUA | ADDRESS ON FILE |
| BROWN, MICHAEL | ADDRESS ON FILE |
| CHRIS AMANI | ADDRESS ON FILE |
| CORNERSTONE RESEARCH | ATTN: YAN CAO 599 LEXINGTON AVENUE 40TH FLOOR NEW YORK NY 10022-7642 |
| FLORIO, LAWRENCE | ADDRESS ON FILE |
| GOLDICH, MARC | ADDRESS ON FILE |
| GOODWIN PROCTER LLP | ATTN: GRANT P. FONDO 601 MARSHALL STREET REDWOOD CITY CA 94063 |
| HARNEY WESTWOOD & RIEGELS LP | CRAIGMUIR CHAMBERS PO BOX 71 ROAD TOWN TORTOLA VG1110 BRITISH VIRGIN ISLANDS |
| HUGHES, NATHANIEL | ADDRESS ON FILE |
| J.S HELD LLC | ATTN: JP BRENNAN 48 WALL STREET NEW YORK NY 10043 |
| KOBRE & KIM | 800 THIRD AVENUE NEW YORK NY 10022 |
| KOBRE & KIM LLP | ATTN: SYDNEY JOHNSON 201 SOUTH BISCAYNE BLVD SUITE 1900 MIAMI FL 33131 |
| KUAN, JEFF | ADDRESS ON FILE |
| LAW OFFICE RODIC | 13TH OF JULY STREET NO. 6/1 81000 PODGORICA MONTENEGRO |
| LUU, NATALIE | ADDRESS ON FILE |
| MATTHEW CANTIERI | ADDRESS ON FILE |
| MCQUIREWOODS LLP | ATTN: ERIC SNYDER 1251 AVENUE OF THE AMERICAS, 20TH FLOOR NEW YORK NY 10020-1104 |
| NG, KAIALANI | ADDRESS ON FILE |
| NOFZINGER, SAMUEL | ADDRESS ON FILE |
| PARK, SJ | ADDRESS ON FILE |
| PENG, ALWIN | ADDRESS ON FILE |
| PLATIS, MICHAEL | ADDRESS ON FILE |
| QUINLAN PARTNERS, LLC | ATTN: PAUL QUINLAN & DOROTHY BAKER 2805 2ND AVE. S. SUITE 200 BIRMINGHAM AL 35233 |
| RAHMAN RAVELLI | ATTN: NICOLA SHARP & AZIZUR RAHMAN BRIDGE HOUSE 181 QUEEN VICTORIA STREET LONDON EC4V 4EG UNITED KINGDOM |
| REED SMITH | ATTN: WAYNE STANSFIELD THREE LOGAN SQUARE; SUITE 3100 1717 ARCH STREET PHILADELPHIA PA 19103 |
| SCHUM, ZION | ADDRESS ON FILE |
| STALLINGS, JASON | ADDRESS ON FILE |
| WARN, JARED | ADDRESS ON FILE |
| WILLIAM CHEN | ADDRESS ON FILE |
| WONG PARTNERSHIP LLP | ATTN: CLAYTON CHONG 12 MARINA BOULEVARD LEVEL 28 MARINA BAY FINANCIAL CENTRE TOWER 3 SINGAPORE 18982 SINGAPORE |

**Total Creditor count  34**

**EXHIBIT D**

TERRAFORM LABS PTE. LTD. - Case No. 24–10070 (BLS)

Master Email Service List

| Creditor Name | Email Address |
|---|---|
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | linda.richenderfer@usdoj.gov |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| ACA ENGRG PTE LTD | pohyee.song@acaengrg.com |
| ARCHER MARKETING & DEVELOPMENT (S) PTE | accounts@archer.com.sg |
| CHEANG & LEE SANITARY PLUMBING PTE LTD | main@clspc.com.sg |
| CLOUDFLARE, INC. | mzatlyn@cloudflare.com |
| ESHARES, INC. DBA CARTA, INC. | investorservices@carta.com |
| K&L GATES LLP | drew.hinkes@klgates.com |
| PAGERDUTY, INC. | mmoehle@pagerduty.com; igomez@pagerduty.com |
| SECURITIES & EXCHANGE COMMISSION | starend@sec.gov; cuellarc@sec.gov; carneyc@sec.gov; landsmanr@sec.gov |
| SINGTEL | andrew@teligraphtech.com |
| STANDARD CRYPTO VENTURE FUND I LP | ashley@standardcrypto.vc |
| SUBMC1 | aliceleaw@guocoland.com |
| TPC COMMERCIAL PTE LTD | vivienlim@guocoland.com |
| NANSEN PTE. LTD | alex@nansen.ai |
| TOKEN TERMINAL OY | rasmus@tokenterminal.xyz |
| OMNICOM GROUP INC | klawlor@ddcpublicaffairs.com |
| MINISTRY OF FINANCE | jfrett@gov.vg; rahodge@gov.vg |
| OKCOIN | sookhim.keoy@cliffordchance.com; karen.choi@cliffordchance.com |
| WINTERMUTE TRADING | oliver.felton@mishcon.com |
| J.S HELD LLC | jp.brennan@jsheld.com |
| QUINLAN PARTNERS, LLC | paul@quinlanpartners.com; dbaker@quinlanpartners.com |
| REED SMITH | wstansfield@reedsmith.com; mbini@reedsmith.com |
| WONG PARTNERSHIP LLP | clayton.chong@wongpartnership.com |
| KOBRE & KIM LLP | sydney.johnson@kobrekim.com |
| GOODWIN PROCTER LLP | gfondo@goodwinlaw.com |
| RAHMAN RAVELLI | nicola.sharp@rahmanravelli.co.uk; |
| MCGUIREWOODS LLP | esnyder@mcguirewoods.com |
| ALPHA CONSULTING DOO | office@alphaconsulting.me |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | john.pintarelli@pillsburylaw.com; alana.lyman@pillsburylaw.com; patrick.fitzmaurice@pillsburylaw.com; hugh.mcdonald@pillsburylaw.com |
| MCDERMOTT WILL & EMERY LLP | dhurst@mwe.com; dpavan@mwe.com; dazman@mwe.com; jbevans@mwe.com; gsteinman@mwe.com |

TERRAFORM LABS PTE. LTD. - Case No. 24–10070 (BLS)

Master Email Service List

| Creditor Name | Email Address |
|---|---|
| WHITE & CASE LLP | cshore@whitecase.com;<br>cwest@whitecase.com;<br>gpesce@whitecase.com;<br>acolodny@whitecase.com |

**EXHIBIT E**

TERRAFORM LABS PTE. LTD.,
Case No. 24–10070
Electronic Service List

| Creditor Name | Email Address |
|---|---|
| Aaron Colodny | acolodny@whitecase.com |
| Alana A. Lyman | alana.lyman@pillsburylaw.com |
| Alexander R. Steiger | steiger@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| David R. Hurst | dhurst@mwe.com; dnorthrop@mwe.com; fperlman@mwe.com; bgiordano@mwe.com; mrainey@mwe.com |
| Epiq Corporate Restructuring | sgarabato@epiqglobal.com |
| Gregory Pesce | gpesce@whitecase.com; jdisanti@whitecase.com; mco@whitecase.com |
| Hugh M. McDonald | hugh.mcdonald@pillsburylaw.com |
| Jane M. Leamy | jane.m.leamy@usdoj.gov |
| John Christopher Shore | cshore@whitecase.com; caverch@whitecase.com; gsedlik@whitecase.com; rgorsich@whitecase.com; hannah.lee@whitecase.com |
| John Pintarelli | john.pintarelli@pillsburylaw.com |
| Linda Richenderfer | Linda.Richenderfer@usdoj.gov |
| Mark Califano | mark.califano@dentons.com |
| Matthew P. Milana | milana@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |
| McDermott Will & Emery LLP | dnorthrop@mwe.com;fperlman@mwe.com;bgiordano@mwe.com;nrainey@mwe.com |
| Michael Kelly | kellymich@sec.gov |
| Patrick E. Fitzmaurice | patrick.fitzmaurice@pillsburylaw.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Samuel R. Maizel | samuel.maizel@dentons.com |
| Tania M. Moyron | tania.moyron@dentons.com; kathryn.howard@dentons.com |
| Therese Anne Scheuer | scheuert@sec.gov |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William Matthew Uptegrove | uptegrovew@sec.gov |
| Zachary I Shapiro | shapiro@rlf.com; rbgroup@rlf.com; ann-jerominski-2390@ecf.pacerpro.com |

**EXHIBIT F**

TERRAFORM LABS PTE. LTD.,

Case No. 24–10070

Electronic Service List

| Creditor Name | Email Address |
|---|---|
| DEEL, INC | brian.cari@deel.com; david@deel.com; bobby.godbersen@deel.com |
| MOON RABBIT LABS, INC | mike@terra.money |