IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
:
TERRAFORM LABS PTE. LTD., : Case No. 24–10070 (BLS)
:
Debtor.[1] : Re: Docket No. 157
:
------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER AUTHORIZING DEBTOR TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

The undersigned hereby certifies as follows:

1. On March 7, 2024, Terraform Labs Pte. Ltd., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed the *Motion of Debtor for Entry of an Order Authorizing Debtor to Employ Professionals Used in Ordinary Course of Business* [Docket No. 157] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Motion as Exhibit A was a proposed form of order granting the relief sought therein (the "**Proposed Order**").

2. Pursuant to the *Notice of Motion and Hearing* that was attached to the Motion, objections to the relief sought in the Motion, if any, were to be filed by no later than March 21, 2024 at 4:00 p.m. (ET) (the "**Objection Deadline**"). The Objection Deadline was extended for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

3. Prior to the Objection Deadline, the Debtor received certain informal comments (the "**Comments**") to the Proposed Order and the relief requested in the Motion from the U.S.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Trustee.  Other than the Comments, the Debtor received no other informal responses to the Motion, and no objection or responsive pleading to the Motion has appeared on the Court's docket in this chapter 11 case.

4. The Debtor has revised the Proposed Order (the "**Revised Order**") to resolve the Comments.  A copy of the Revised Order is attached hereto as **Exhibit 1**.  For the convenience of the Court and all parties in interest, a blackline of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

WHEREFORE, the Debtor respectfully requests that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: April 4, 2024
       Wilmington, Delaware

                          */s/ Matthew P. Milana*
                          RICHARDS, LAYTON & FINGER, P.A.
                          Paul N. Heath (No. 3704)
                          Zachary I. Shapiro (No. 5103)
                          Matthew P. Milana (No. 6681)
                          One Rodney Square
                          920 North King Street
                          Wilmington, Delaware 19801
                          Telephone: (302) 651-7700
                          Email:    heath@rlf.com
                                        shapiro@rlf.com
                                        milana@rlf.com

                          -and-

                          WEIL, GOTSHAL & MANGES LLP
                          Ronit Berkovich (admitted *pro hac vice*)
                          Jessica Liou (admitted *pro hac vice*)
                          F. Gavin Andrews (admitted *pro hac vice*)
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Email:    ronit.berkovich@weil.com
                                        jessica.liou@weil.com
                                        f.gavin.andrews@weil.com

                          *Attorneys for Debtor*
                          *and Debtor in Possession*