## Exhibit 1

## List of Ordinary Course Professionals

| Name | Address | General Description |
|---|---|---|
| Conyers, Dill & Pearman | P.O. Box 3140<br>Road Town<br>Tortoala, VG 1110<br>British Virgin Islands | British Virgin Islands counsel in connection with corporate and investigative matters |
| Summit Law Group, PLLC | 1030 N. Center Parkway<br>Suite 308<br>Kennewick, WA 99336 | General corporate and commercial counsel |
| Shobna Chandran LLC | 65 Chulia Street #46-00<br>OCBC Centre<br>Singapore 049513 | Singapore litigation counsel in connection with asset recovery matters |
| Willis Towers Watson | 233 S. Wacker Drive<br>Willis Tower<br>Suite 1800<br>Chicago, Illinois 60606 | Compensation Consultant |
| Heise Suarez Melville | 2990 Ponce de Leon Boulevard,<br>Suite 300<br>Coral Gables, Florida 33134 | Litigation counsel in Florida related to letter of request in connection with SEC Enforcement Action |
| Collas Crill | 125 Main Street<br>P.O. Box 144<br>Road Town<br>Tortola<br>British Virgin Islands | Litigation counsel in the BVI related to letter of request in connection with SEC Enforcement Action |
| Elliott Kwok Levine & Jaroslaw LLP | 565 Fifth Avenue<br>7th Floor<br>New York, NY 10017 | Litigation counsel in New York related to discovery dispute with non-party to the SEC Enforcement Action |
| Gasser Partner – Attorneys at Law | Industriering 3<br>9491 Ruggell<br>Fürstentum<br>Liechtenstein | Litigation counsel in Lichtenstein related to letter of request in connection with SEC Enforcement Action |
| Howse Williams | 27th Floor<br>Alexandra House<br>18 Chater Rd<br>Central<br>Hong Kong SAR | Litigation counsel in Hong Kong related to letter of request in connection with SEC Enforcement Action |