IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                                                     :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| TERRAFORM LABS PTE. LTD. | : | Case No. 24–10070 (BLS) |
| | : | |
| Debtor.[1] | : | Re: Docket No. 230 |
| | : | |

------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL**

      PLEASE TAKE NOTICE that on April 17, 2024, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *First Monthly Fee Application of Dentons US LLP as Special Counsel for the Debtor and Debtor in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from January 21, 2024 through February 29, 2024* [Docket No. 230] (the "**Fee Application**").

      PLEASE TAKE FURTHER NOTICE that the Debtor hereby withdraws the Fee Application without prejudice.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 30680865v.1

Dated: April 17, 2024
   Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Paul N. Heath (No. 3704)
        Zachary I. Shapiro (No. 5103)
        Matthew P. Milana (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Email: heath@rlf.com
           shapiro@rlf.com
           milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ronit Berkovich (admitted *pro hac vice*)
        Jessica Liou (admitted *pro hac vice*)
        F. Gavin Andrews (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Email: ronit.berkovich@weil.com
           jessica.liou@weil.com
           f.gavin.andrews@weil.com

        *Attorneys for Debtor*
        *and Debtor in Possession*