# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE. LTD., | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF JURY VERDICT AND FILING OF REMEDIES BRIEF

**PLEASE TAKE NOTICE** that on April 5, 2024, a jury verdict ("**Jury Verdict**") was entered in *SEC v. Terraform Labs PTE. Ltd., et al.*, 23-cv-1346 (JSR) (S.D.N.Y.) ("**SEC Action**"), finding for the United States Securities and Exchange Commission (the "**SEC**") on all claims tried. A copy of the Jury Verdict is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on April 19, 2024, the SEC filed its remedies brief ("**Remedies Brief**") in the SEC Action seeking disgorgement of $4,192,147,847, penalty of $420,000,000, and prejudgment interest of $545,748,909 from the Debtor. The Remedies Brief further requests that the District Court determine that the fraud-derived portion of that debt is non-dischargeable under 11 U.S.C. § 1141(d)(6) of the Bankruptcy Code. A copy of the Remedies Brief is attached hereto as Exhibit B.

Dated: April 22, 2024                    UNITED STATES SECURITIES AND
                                         EXCHANGE COMMISSION

                                         */s/ Therese A. Scheuer*
                                         Therese A. Scheuer
                                         DE Bar No. 5699
                                         100 F. Street, NE
                                         Washington, DC 20549
                                         Phone: (202) 551-6029
                                         Fax: (202) 772-9317
                                         Email:  scheuert@sec.gov
                                         -and-

                                         William M. Uptegrove
                                         NY Bar No. 4846622; NJ Bar No. 031602003
                                         950 East Paces Ferry Road, Suite 900
                                         Atlanta, Georgia 30326-1382
                                         Tel: (404) 842-5765
                                         Email: uptegrovew@sec.gov

Of Counsel: Alistaire Bambach
            Michael Kelly