IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re                                                         :  Chapter 11
                                                              :
TERRAFORM LABS PTE. LTD.,                                     :  Case No. 24–10070 (BLS)
                                                              :
Debtor.[1]                                                    :  Re: Docket Nos. 227, 249 & 307
                                                              :
------------------------------------------------------------- x

**NOTICE REGARDING SIC/OA 5/2024 RECOGNITION APPLICATION**

PLEASE TAKE NOTICE that, further to the *Notice of Singapore International Commercial Court Application and Case Management Conference* [Docket No. 227], the *Notice of Further Directions from Singapore International Commercial Court* [Docket No. 249], and the *Notice of Hearing in Singapore International Commercial Court Regarding SIC/OA 5/2024 Recognition Application* [Docket No. 307], the Honorable Justice James Peck of the Singapore International Commercial Court of the Republic of Singapore issued, among other things, the following directions regarding the SIC/OA 5/2024 (the "**Application**"):

1. The hearing on the Application on May 30, 2024, at 8:30 a.m. (Singapore time) ("**Hearing**") will proceed as scheduled.

2. Going forward with the Hearing is without prejudice to the ability of the claimants in SIC/OA 3/2024 to raise arguments that the effective date of any recognition order should be conditioned on developments in the United States Bankruptcy Court for the District of Delaware or deferred for cause shown.

3. The Hearing is also without prejudice to the rights of Terraform Labs Pte. Ltd. to argue that the recognition order should be given immediate effect.

---

[1] The Debtor's principal office is located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

RLF1 31019472v.2

Dated:  May 24, 2024
       Wilmington, Delaware

                                  */s/ Matthew P. Milana*
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  Paul N. Heath (No. 3704)
                                  Zachary I. Shapiro (No. 5103)
                                  Matthew P. Milana (No. 6681)
                                  Alexander R. Steiger (No. 7139)
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 651-7700
                                  Email:     heath@rlf.com
                                                    shapiro@rlf.com
                                                    milana@rlf.com
                                                    steiger@rlf.com

                                  -and-

                                  WEIL, GOTSHAL & MANGES LLP
                                  Ronit Berkovich (admitted *pro hac vice*)
                                  Jessica Liou (admitted *pro hac vice*)
                                  F. Gavin Andrews (admitted *pro hac vice*)
                                  767 Fifth Avenue
                                  New York, New York 10153
                                  Telephone: (212) 310-8000
                                  Email: ronit.berkovich@weil.com
                                               jessica.liou@weil.com
                                               f.gavin.andrews@weil.com

                                  *Attorneys for Debtor and Debtor in Possession*