**<u>EXHIBIT A</u>**

**Chapter 11 Plan**

**[Separately Filed]**