IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                          :
In re                                     :   Chapter 11
                                          :
TERRAFORM LABS PTE. LTD.,                 :   Case No. 24–10070 (BLS)
                                          :
                                          :   (Jointly Administered)
                                          :
              Debtors.¹                   :   Re: Docket No. 344
                                          :
------------------------------------------------------------ x
```

### ORDER APPROVING AMENDED STIPULATION BETWEEN DEBTORS AND SINGAPORE ACTION CLAIMANTS REGARDING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the *Amended Stipulation Between Debtors and Singapore Action Claimants Regarding Relief from the Automatic Stay* (the "**Amended Stipulation**"), attached hereto as **Exhibit 1**, by and among the above-captioned debtors and debtors in possession and the claimants identified in the case entitled *Julian Moreno Beltran, et al. v. Terraform Labs Pte Ltd., et al.*, Singapore International Commercial Court Case No. SIC/OA 3/2024; and this Court having reviewed the Amended Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Amended Stipulation is approved.

2. The terms and provisions of the Amended Stipulation shall be immediately effective and enforceable upon entry of this Order.

---

[1] The Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd and Terraform Labs Limited. The Debtors' principal offices are located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

3. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Amended Stipulation.

Dated: September 3rd, 2024
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2