**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **TERRAFORM LABS PTE. LTD., *et al.*,** | : | **Case No. 24–10070 (BLS)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**NOTICE OF FILING OF FOURTH PLAN SUPPLEMENT IN CONNECTION WITH SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF TERRAFORM LABS PTE. LTD. AND TERRAFORM LABS LIMITED**

**PLEASE TAKE NOTICE THAT:**

1. On January 21, 2024 and July 1, 2024, respectively, Terraform Labs Pte. Ltd. ("**TFL**") and Terraform Labs Limited ("**TLL**," and collectively with TFL, the "**Debtors**") commenced with this court (the "**Bankruptcy Court**") voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On September 17, 2024, the Debtors filed the *Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* (Docket No. 700) (including any exhibits and schedules thereto, and as may be modified, amended, or supplemented from time to time in accordance with the terms thereof, the "**Plan**").[2]

---

[1] The Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.

[2] Capitalized terms used but not otherwise defined herein (including the exhibits attached hereto) shall have the meanings ascribed to such terms in the Plan.

3. On August 8, 2024, the Bankruptcy Court entered the *Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Establishing Cure Procedures, (IV) Scheduling Confirmation Hearing, (V) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (VI) Granting Related Relief* (Docket No. 572) (the "**Disclosure Statement Order**").

4. On August 29, 2024, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* (Docket No. 653) (the "**First Plan Supplement**").

5. On September 5, 2024, the Debtors filed the *Notice of Filing of Second Plan Supplement in Connection with Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* (Docket No. 664) (the "**Second Plan Supplement**").

6. On September 12, 2024, the Debtors filed the *Notice of Filing of Third Plan Supplement in Connection with Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* (Docket No. 684) (the "**Third Plan Supplement**," collectively with the First Plan Supplement and Second Plan Supplement, the "**Prior Plan Supplements**").

7. In accordance with the Plan and the Disclosure Statement Order, the Debtors hereby file the following documents[3] as a fourth supplement to the Plan (the "**Fourth**

[3] To the extent applicable, any revised versions of documents included in this Fourth Plan Supplement replace and supersede the prior versions of such documents that were included in the Prior Plan Supplements.

**Plan Supplement**," collectively with the Prior Plan Supplements, and as may be amended, modified, or supplemented from time to time, the "**Plan Supplement**"):

| | |
|---|---|
| **Exhibit A** | **Amended Wind Down Trust Agreement** |
| **Exhibit A-1** | **Redline of Amended Wind Down Trust Agreement (marked against version filed with the First Plan Supplement)** |
| **Exhibit B** | **Additional Section 1129(a)(5) Disclosures** |
| **Exhibit C** | **Amended Wind Down Budget** |
| **Exhibit C-1** | **Redline of Amended Wind Down Budget (marked against version filed with the First Plan Supplement)** |

8. The documents contained in this Fourth Plan Supplement are integral to, and are considered part of, the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

9. A hearing to consider confirmation of the Plan is scheduled to begin on **Thursday, September 19, 2024 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 (the "**Confirmation Hearing**").

10. The documents, schedules, and other information contained in the Plan Supplement are not final and remain subject to continuing negotiations and revisions among the Debtors and other interested parties. The Debtors reserve all of their respective rights to amend, modify, or supplement the Plan Supplement, and any of the documents filed herewith.

11. Copies of the Plan Supplement and all documents filed in these Chapter 11 Cases are available free of charge by visiting https://dm.epiq11.com/case/terraform/info. In

addition, a copy of the Plan Supplement may also be obtained by emailing the Debtors' claims, noticing and solicitation agent, Epiq Corporate Restructuring, LLC, at TerraformLabs@epiqglobal.com. You may also obtain copies of the documents by visiting the Bankruptcy Court's website at https://www.deb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: September 18, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Matthew P. Milana*

RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: heath@rlf.com
shapiro@rlf.com
queroli@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Clifford W. Carlson (admitted pro *hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ronit.berkovich@weil.com
jessica.liou@weil.com
clifford.carlson@weil.com
f.gavin.andrews@weil.com

*Attorneys for Debtors and Debtors in Possession*