**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| TERRAFORM LABS PTE. LTD., *et al.*, | ) Case No. 24–10070 (BLS) |
| Debtors. | ) (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Christopher T. Greco of Kirkland & Ellis LLP and Kirkland & Ellis International LLP to represent Todd R. Snyder, the proposed plan administrator in these chapter 11 cases and any related adversary proceedings.

Dated:  September 19, 2024
        Wilmington, Delaware

        */s/ Zachary I. Shapiro*
        RICHARDS, LAYTON & FINGER, P.A.
        Zachary I. Shapiro (No. 5103)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Email:   shapiro@rlf.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  September 19, 2024
        Wilmington, Delaware

        */s/ Christopher T. Greco*
        Christopher T. Greco
        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        601 Lexington Avenue
        New York, New York 10022
        Telephone:  (212) 446-4800
        Email:  cgreco@kirkland.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 31524068v.1