**Exhibit B**

**Notice of Effective Date**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
:
**TERRAFORM LABS PTE. LTD.**, *et al.*, : Case No. 24–10070 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
: Re: Docket Nos. __ & __
:
------------------------------------------------------------ x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING SECOND
AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF TERRAFORM
LABS PTE. LTD. AND TERRAFORM LABS LIMITED AND (II) EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on September 18, 2024, Terraform Labs Pte. Ltd. and Terraform Labs Limited, as debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**"), filed the *Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* [Docket No. 717] (including all exhibits and supplements thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Plan was held on September 19, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on [___], 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* [Docket No. ___] (the "**Confirmation Order**").

---

[1] The Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan or the Confirmation Order (as defined herein), as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on [___], 2024.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided in Section 2.1 of the Plan, the deadline for filing requests for payment of Administrative Expense Claims (other than holders of Administrative Expense Claims paid in the ordinary course of business, holders of Administrative Expense Claims arising under section 1930 of chapter 123 of title 28 of the United States Code, and holders of Fee Claims) shall be filed and served on the Debtors by no later than [___], 2024 (the "**Administrative Expense Claims Bar Date**"). Holders of Administrative Expense Claims that are required to, but do not, file and serve a request for payment of such Administrative Expense Claims by the Administrative Expense Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtors or the Wind Down Trust, as applicable, or their assets or properties, and such Administrative Expense Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Section 8.1 of the Plan, as of the Effective Date of the Plan, all executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed rejected, unless such contract or lease (i) was previously assumed or rejected by the Debtors pursuant to an order of the Bankruptcy Court; (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto; (iii) is the subject of a motion to assume or assume and assign filed by the Debtors on or before the Effective Date (or such later date as may be agreed to between the Debtors or the Wind Down Trust, as applicable, and the non-Debtor counterparty); (iv) is identified in Sections 8.4 and 8.6 of the Plan; or (v) is identified on the Assumption Schedule included in the Plan Supplement for assumption, or assumption and assignment to the Wind Down Trust or another party. In accordance with

Section 8.3 of the Plan, in the event that the rejection of an executory contract or unexpired lease results in damages to the other party or parties to such contract or lease, any Claim for such damages shall be classified and treated in Class 4 (General Unsecured Claims). A proof of such Claim must be filed with the Bankruptcy Court by the later of (i) [_____], 2024, (ii) the TLL Governmental Bar Date, if applicable, and (iii) thirty (30) days following service of an order approving rejection of any executory contract or unexpired lease of the Debtors if such contract or lease is the subject of a pending Assumption Dispute.

**PLEASE TAKE FURTHER NOTICE** that the deadline for Private Wallet Crypto Holders (as defined in the Plan) to request withdrawal of Tokens (as defined in the Plan) held in wallets or accounts owned or controlled by such Private Wallet Crypto Holder or be forever barred, estopped, and enjoined from withdrawing such Tokens and asserting any Claims relating to the loss of access to such Tokens against the Debtors or the Wind Down Trust, as applicable, or their respective assets or properties, shall be [____], 2024.

**PLEASE TAKE FURTHER NOTICE** that the deadline for Bridge Wallet Crypto Holders (as defined in the Plan) to redeem Terra Crypto (as defined in the Plan) held in the Bridge Wallets (as defined in the Plan) or be forever barred, estopped, and enjoined from redeeming such Terra Crypto and asserting any Claims relating to the loss of access to such Terra Crypto against the Debtors or the Wind Down Trust, as applicable, or their respective assets or properties, shall be [____], 2024.

**PLEASE TAKE FURTHER NOTICE** all Professional Persons seeking approval by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 327, 328, 330, 331, or 503(b)(2) of the Bankruptcy Code shall file and serve, on or before [____], 2024, their respective applications for

final allowances of compensation for services rendered, and reimbursement of expenses incurred between the effective date of each respective Professional Person's retention in these Chapter 11 Cases and the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order may be viewed for free at the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/case/terraform or for a fee on the Court's website at http://www.deb.uscourts.gov.

Dated: September [__], 2024
Wilmington, Delaware

        */s/ DRAFT*
RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:    heath@rlf.com
            shapiro@rlf.com
            milana@rlf.com
            steiger@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Clifford W. Carlson (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email:    ronit.berkovich@weil.com
            jessica.liou@weil.com
            clifford.carlson@weil.com
            f.gavin.andrews@weil.com

*Attorneys for Debtors and Debtors in Possession*