IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TERRAFORM LABS PTE. LTD. *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10070 (BLS)<br><br>**Objection Deadline: January 29, 2025**<br>**Hearing Date: TBD** |

**NOTICE OF APPLICATION OF WHITE & CASE LLP
FOR PAYMENT OF FEES AND EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that White & Case LLP ("**White & Case**") filed the *Application of White & Case LLP for Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before January 29, 2025 (the "**Objection Deadline**") and served upon and received by the undersigned attorneys at White & Case.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, United States Bankruptcy Court for

---

[1] The Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Debtors' principal offices are located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 2, 2024
       Chicago, Illinois

Respectfully submitted,

/s/ *Gregory F. Pesce*
**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Colin T. West (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
cwest@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
aaron.colodny@whitecase.com