# Exhibit B

**Invoice**

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
Guoco Tower
1 Wallich Street #37-01
Singapore 78881

White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606-4302
T +1 312 881 5400

Federal Identification Number
13-5605970

whitecase.com

| RE: | **Terraform Labs Bankruptcy Advice** | **INVOICE NUMBER:** | 1700-24-00843 |
|---|---|---|---|
| **OUR REF:** | 1904688-0002 | **INVOICE DATE:** | 2 December 2024 |

For professional services for the period ending 12 March 2024

| | USD |
|---|---:|
| **TOTAL PROFESSIONAL FEES:** | 428,881.00 |
| **COSTS AND DISBURSEMENTS:** | 2,092.52 |
| **TOTAL DUE:** | 430,973.52 |

**PAYMENT INSTRUCTIONS**
This invoice is due upon receipt. Wire or ACH payment should be made to the account of White & Case LLP using the following indications:

| | | | |
|---|---|---|---|
| **Currency:** | USD | **SWIFT/BIC:** | CHASUS33 |
| **Bank Name:** | JPMorgan Chase | | |
| **Account Number:** | 301177137265 | | |
| **ABA Number:** | 021000021 | | |

Please quote invoice number 1700-24-00843 in payment details.

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

For professional services for the period ending 12 March 2024

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 29 February 2024 | Calls and emails re engagement (2.9); review first day materials (1.5). | J Shore | 4.40 |
| 29 February 2024 | Email to G. Pesce re Terra staffing and action plan. | A Colodny | 0.50 |
| 29 February 2024 | Multiple calls with G. Pesce and C. Shea re strategy (1.3); draft email to team re call with Weil and proposed strategy and next steps (0.2); attend call with R. Berkowitz, C. Shore, J. Lin, G. Pesce re case (0.8). | A Colodny | 2.30 |
| 29 February 2024 | Review first day pleadings (1.5); review and revise deck for first UCC meeting (1.2). | A Colodny | 2.70 |
| 29 February 2024 | Review case background materials (1.1); intro call with Debtors' counsel (1.0). | C West | 2.10 |
| 29 February 2024 | Draft meeting materials and bylaws. | B Lingle | 3.90 |
| 29 February 2024 | Coordination re UCC and strategy. | B Lingle | 2.80 |
| 29 February 2024 | Draft UCC materials re Litigation Payment Motion and corresponding SEC Objection (2.3); research re key dates and deadlines and build corresponding timeline (1.9). | D Kumar | 4.20 |
| 1 March 2024 | Calls re case update (2.6); review filings (0.6); call with A. Colodny, G. Pesce re strategy and SEC (0.4). | J Shore | 3.60 |
| 1 March 2024 | Analyze strategy issues and develop tactics (0.6); correspond with W&C team re same (0.6). | G Pesce | 1.20 |
| 1 March 2024 | Correspond re Dentons litigation (0.4); conferences with C. Shore re same (0.4). | G Pesce | 0.80 |
| 1 March 2024 | Revise materials for UCC meeting (0.6); participate in UCC kick off meeting (1.1). | G Pesce | 1.70 |
| 1 March 2024 | Call with C. Shore re strategy and SEC (0.4); review wages order (0.3); call with B. Lingle re meeting and next steps (0.4). | A Colodny | 1.10 |
| 1 March 2024 | Review wages order and send same to B. Lingle (0.4); review treasury management order and send same to B. Lingle (0.3); review Denton's engagement application and SEC objection (0.6); email to C. Shore re same (0.3). | A Colodny | 1.60 |
| 1 March 2024 | Review cash management motion (0.8); email with J. Lin re same (0.3). | A Colodny | 1.10 |
| 1 March 2024 | Review SEC litigation and draft summary of same. | A Colodny | 1.70 |
| 1 March 2024 | UCC call (1.0); call with C. Shore re objection and hearing (0.3); review case materials and prep for hearing (1.0). | C West | 2.30 |
| 1 March 2024 | Prepare for retention applications and parties in interest list review. | S Ludovici | 0.30 |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 1 March 2024 | Review, revise wages order. | B Lingle | 2.10 |
| 1 March 2024 | Prepare materials for UCC meeting (3.9); draft bylaws (1.3); UCC meeting (1.1). | B Lingle | 6.30 |
| 1 March 2024 | Call with G. Pesce and B. Lingle re matter (0.5); review UCC presentation and UCC bylaws (0.6). | R Beil | 1.10 |
| 1 March 2024 | Draft work in process materials. | D Kumar | 3.10 |
| 1 March 2024 | Correspond with D. Kumar re updates and next steps. | G Zahiremami | 0.60 |
| 1 March 2024 | Review and revise work in process materials (1.1); correspond with B. Lingle re same (0.1); email same to W&C team (0.1). | G Zahiremami | 1.30 |
| 1 March 2024 | Emails with G. Pesce re new matter (0.1); call with B. Lingle re same (0.2). | G Zahiremami | 0.30 |
| 1 March 2024 | Emails with B. Lingle re updates and next steps. | G Zahiremami | 0.20 |
| 1 March 2024 | Emails with D. Hirshorn re calendar notifications and hearing registrations. | G Zahiremami | 0.20 |
| 1 March 2024 | Review and revise pro hac vice motions (0.5); email to B. Lingle re same (0.1). | G Zahiremami | 0.60 |
| 1 March 2024 | Prepare pro hac vice motions for C. Shore, G. Pesce, C. West and A. Colodny (0.5); prepare notice of appearance (0.4); emails with B. Lingle re same (0.2); prepare working group list for B. Lingle (0.9); update pleadings file (0.8); review pleadings for key dates (0.4); update case calendar (0.5). | D Hirshorn | 3.70 |
| 2 March 2024 | Conferences with W&C team (1.1); prepare for financial advisor pitches (.6); review materials for hearing (1.4); prepare objection (1.1). | G Pesce | 4.20 |
| 2 March 2024 | Call with C. Shore, Weil, Dentons re securities litigation (0.5); follow-up with C. Shore and C. West re research and next steps (0.4); email to B. Lingle, D. Kumar and G. Zahiremami re same (0.3); email to G. Pesce re call and next steps re Dentons retention and litigation expenses (0.3). | A Colodny | 1.50 |
| 2 March 2024 | Draft outline for objection to Dentons application and litigation costs (1.6); multiple emails to R. Berkowitz and B. Lingle re confidentiality agreement (0.4); review and revise same (0.3). | A Colodny | 2.30 |
| 2 March 2024 | Review, revise draft diligence questions (0.3); call with Dentons re SEC litigation (0.5); follow-up internal call re same (0.5). | C West | 1.30 |
| 2 March 2024 | Emails with G. Zahiremami re Committee engagement letters. | S Ludovici | 0.40 |
| 2 March 2024 | Telephone conference with W&C, Dentons teams re SEC enforcement action (.6); research re Dentons retention issues (2.0); draft objection re same (.7). | B Lingle | 2.70 |
| 2 March 2024 | Revise UCC bylaws. | B Lingle | 0.50 |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 2 March 2024 | Correspond with W&C team re Dentons retention. | R Beil | 0.60 |
| 2 March 2024 | Research re litigation payment motion. | D Kumar | 2.60 |
| 2 March 2024 | Review re precedent engagement letters (0.5); emails to S. Ludovici and R. Beil re same (0.1). | G Zahiremami | 0.60 |
| 2 March 2024 | Revise work in process materials. | G Zahiremami | 2.60 |
| 2 March 2024 | Review UST and SEC objections (0.3); email to G. Pesce re same (0.1). | G Zahiremami | 0.40 |
| 2 March 2024 | Research re litigation payment motion (3.6); research re Dentons retention (3.9); draft summary re same (1.2); correspond with W&C team re same (1.1). | G Zahiremami | 9.80 |
| 3 March 2024 | Conferences with W&C team (1.6); prepare for financial advisor pitches (.6); review materials for hearing (1.4); prepare objection (1.1). | G Pesce | 4.70 |
| 3 March 2024 | Review SEC complaint (0.8); research re SEC remedial authority and discuss same with A. Colodny (1.7). | R Rodman | 2.50 |
| 3 March 2024 | Review first day transcript. | A Colodny | 0.30 |
| 3 March 2024 | Review and revise objection to Dentons retention and litigation payments motion, legal research and diligence re same. | A Colodny | 5.10 |
| 3 March 2024 | Review case law on 327(e) and adverse interest and Dentons engagement letters (0.8); multiple emails to team about strategy (0.6). | A Colodny | 1.40 |
| 3 March 2024 | Call with R. Rodman re SEC and case posture. | A Colodny | 0.80 |
| 3 March 2024 | Review C. Amani cosmos conference re relaunch of Luna. | A Colodny | 0.40 |
| 3 March 2024 | Review, revise objection outline. | C West | 0.60 |
| 3 March 2024 | Draft objection to Dentons retention (3.9); revise same (2.0). | B Lingle | 5.90 |
| 3 March 2024 | Research information protocol precedent. | R Beil | 0.60 |
| 3 March 2024 | Draft and revise preliminary objection to Dentons retention (2.1); research section 547 and prepetition issues re Dentons retention (2.5); research section 327(a) and 327(e) issues re same (2.0); research section 328 issues re same (0.8); review UST and SEC objection re same (0.5). | R Beil | 7.90 |
| 3 March 2024 | Research re prepetition indemnity agreement (1.7); research re preferential payments or fraudulent transfers (1.3); research re necessity of payment doctrine (2.4); research re section 328(a) (1.7). | D Kumar | 7.10 |
| 3 March 2024 | Research re section 327 (5.3); prepare summary of same (0.8); email to W&C team re same (0.1). | G Zahiremami | 6.20 |
| 3 March 2024 | Review Califano Declaration (0.2); email to B. Lingle re same (0.1). | G Zahiremami | 0.30 |
| 3 March 2024 | Emails with B. Lingle, R. Beil, and D. Kumar re objection research (0.2); | G Zahiremami | 2.30 |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| | revise same (2.1). | | |
| 4 March 2024 | Calls and emails with W&C team re Dentons retention and SEC action (3.3); review objection (0.6); calls with UCC re hearing (0.6). | J Shore | 4.50 |
| 4 March 2024 | Prepare for hearing (3.1); conferences with UCC re same (0.6); correspond with W&C team re same (0.5). | G Pesce | 4.20 |
| 4 March 2024 | Review advanced retainer case law. | A Colodny | 0.70 |
| 4 March 2024 | Review debtor reply to SEC and UST objections and Califano declaration regarding the same. | A Colodny | 1.20 |
| 4 March 2024 | Call with C. Shore re argument (0.4); emails to members re claims (0.3). | A Colodny | 0.70 |
| 4 March 2024 | Multiple emails to B. Lingle re treasury management. | A Colodny | 0.40 |
| 4 March 2024 | Review SDNY summary judgment opinion (0.9); review summary of class action litigations (0.2). | A Colodny | 1.10 |
| 4 March 2024 | Review and revise preliminary objection to Dentons retention and litigation payments motion (1.7); legal research re same (0.5); call with C. Shore re same (0.2). | A Colodny | 2.40 |
| 4 March 2024 | Review, revise preliminary objection to retention application and litigation payment memo and call with C. Shore re same (1.4); internal team call to discuss objection and hearing (0.2); call with A. Colodny re objection (0.6); prepare for hearing (2.6); draft cross-examination (1.9). | C West | 6.70 |
| 4 March 2024 | Review filings and background documents. | E Smith | 3.50 |
| 4 March 2024 | Discussion with G. Zahiremami re retention application. | S Ludovici | 0.20 |
| 4 March 2024 | Review retention application issues. | S Ludovici | 0.40 |
| 4 March 2024 | Review precedent for retention application (0.1); email with G. Zahiremami re same (0.1). | S Ludovici | 0.20 |
| 4 March 2024 | Analyze parties in interest list and prepare for connections search. | S Ludovici | 1.00 |
| 4 March 2024 | Draft objection to Dentons retention application and litigation payment motion (3.9); revise same (8.8); research re same (2.4); telephone conference with W&C, UST re same (.3); correspond with W&C team re same (2.1). | B Lingle | 12.50 |
| 4 March 2024 | Research re section 327 (1.4); research re foreign court recognition (1.0); review, revise preliminary objection (1.6). | R Beil | 4.00 |
| 4 March 2024 | Draft and revise information protocol motion (3.6); research re same (0.6); draft W&C engagement letter (0.4). | R Beil | 4.60 |
| 4 March 2024 | Research domestic and international causes of action re pending Terra lawsuits (1.0); draft summary re dismissed U.S. class actions (0.8). | R Beil | 1.80 |
| 4 March 2024 | Research re section 328 (2.4); review, revise preliminary objection (1.4); | D Kumar | 5.90 |

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| | research re same (2.1). | | |
| 4 March 2024 | Emails to G. Pesce re case matters. | G Zahiremami | 0.10 |
| 4 March 2024 | Confer with S. Ludovici re retention app. | G Zahiremami | 0.30 |
| 4 March 2024 | Emails with B. Lingle and A. Colodny re caselaw for objection (0.1); review same (0.2). | G Zahiremami | 0.30 |
| 4 March 2024 | Emails with B. Lingle re caselaw in Debtors' omnibus reply (0.1); review same (0.7); email to B. Lingle and A. Colodny re same (0.1). | G Zahiremami | 0.90 |
| 4 March 2024 | Review and revise caselaw and factual support citations in objection (2.5); emails to W&C team re same (0.1). | G Zahiremami | 2.60 |
| 4 March 2024 | Pull wages precedent for B. Lingle (0.5); update pleadings file (0.4). | D Hirshorn | 0.80 |
| 4 March 2024 | Confer with B. Lingle re Committee By-Laws (0.1); circulate Committee By-Laws to be signed (0.2). | D Hirshorn | 0.30 |
| 5 March 2024 | Call with A. Colodny and SEC (0.5); prepare for hearing (1.1); review retention materials (0.7); attend hearing (2.2); post-hearing call with C. Shore, G. Pesce and B. Lingle (0.4). | J Shore | 4.90 |
| 5 March 2024 | Prepare for subsequent hearing. | G Pesce | 3.20 |
| 5 March 2024 | Monitor hearing. | G Pesce | 1.00 |
| 5 March 2024 | Review SEC pleadings. | R Rodman | 1.00 |
| 5 March 2024 | Prepare for hearing, including drafting notes, legal research re indemnification obligations and advance payment retainers (3.9); confer with D. Hurst and C. West (0.3); review pleadings and replies from debtors (1.3); multiple calls with C. Shore re same (0.7). | A Colodny | 6.20 |
| 5 March 2024 | Attend hearing (2.2); post-hearing call with C. Shore, G. Pesce and B. Lingle (0.4); email to UCC re hearing summary (0.3). | A Colodny | 2.90 |
| 5 March 2024 | Call with C. Shore and SEC. | A Colodny | 0.50 |
| 5 March 2024 | Review and revise treasury management motion. | A Colodny | 0.20 |
| 5 March 2024 | Draft diligence list to R. Berkowitz. | A Colodny | 0.60 |
| 5 March 2024 | Review Dentons retention agreements and multiple emails to J. Paradise re same (0.4); email to R. Rodman re SEC action (0.3). | A Colodny | 0.70 |
| 5 March 2024 | Cal with C. Shore to discuss hearing (0.1); internal call to prepare for hearing (1.0); follow-up call with A. Colodny re same (0.3); prepare for hearing on retention and litigation payment motions (3.5); hearing and post-hearing meeting with Debtors' counsel (1.4); internal follow-up calls re same (0.5); review case materials and internal emails re same (1.1). | C West | 7.90 |
| 5 March 2024 | Hearing and follow-up calls with C. Shore, A. Colodny, C. West. | E Smith | 1.60 |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 5 March 2024 | Review, revise second interim treasury management order. | B Lingle | 1.70 |
| 5 March 2024 | Telephone conferences, correspond with W&C team re next steps (2.0); coordinate re strategy (.6). | B Lingle | 2.60 |
| 5 March 2024 | Prepare for hearing re Dentons retention and litigation payment motion (0.7); telephone conference with W&C team re same (1.0); attend hearing (1.0). | B Lingle | 2.70 |
| 5 March 2024 | Attend hearing re Dentons retention and litigation payment motion. | R Beil | 1.00 |
| 5 March 2024 | Research re sections 328 and 329 (1.7); research re creditors' committee dissolution (1.4). | D Kumar | 3.10 |
| 5 March 2024 | Prepare hearing summary. | D Kumar | 1.10 |
| 5 March 2024 | Emails with A. Colodny re caselaw cited in Debtors' reply (0.1); review same (0.8); email with A. Colodny re section 328 and 329 (0.1); legal research re same (1.2). | G Zahiremami | 2.20 |
| 5 March 2024 | Confer with D, Kumar re hearing setup. | G Zahiremami | 0.20 |
| 5 March 2024 | Prepare and send calendar invite to G. Pesce for hearing with relevant pleadings. | D Hirshorn | 0.20 |
| 6 March 2024 | Follow-up on hearing and review disbanding materials (2.1); call with A. Colodny, SEC, and C. West (0.7); call with A. Colodny (0.3). | J Shore | 3.10 |
| 6 March 2024 | Prepare for subsequent hearing (1.1); conferences re next steps with Weil (1.2); prepare for financial advisor pitches, including coordinating next steps (1.2); correspond with FA candidates (0.6). | G Pesce | 4.10 |
| 6 March 2024 | Review SEC pleadings (2.8); analyze SEC claims against Terra (1.6); analyze estimated litigation timeline from debtors (0.6). | R Rodman | 5.00 |
| 6 March 2024 | Review and revise diligence requests and send same to R. Berkowitz. | A Colodny | 0.30 |
| 6 March 2024 | Research re motions to disband committees and draft email to C. Shore and G. Pesce re same. | A Colodny | 2.20 |
| 6 March 2024 | Call with C. Shore, SEC, and C. West (0.7); call with C. Shore (0.3). | A Colodny | 1.00 |
| 6 March 2024 | Call with R. Berkowitz, C. Shore, and others re employee prepayment motion (0.5); work on outline of questions re same (0.8); attention to filings and FA pitch decks (1.6). | A Colodny | 2.90 |
| 6 March 2024 | Non-working travel - Delaware to LAX. | A Colodny | 5.00 |
| 6 March 2024 | Review summary of litigation diligence and email to G. Sutherland re same. | A Colodny | 0.60 |
| 6 March 2024 | Confer with R. Rodman regarding complaint allegations (0.2); analyze SEC complaint (2.0). | P Vallabhaneni | 2.20 |
| 6 March 2024 | Call with SEC to discuss SEC litigation (0.7); call with Debtors' counsel re | C West | 1.20 |

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| | litigation expenses motion (0.5). | | |
| 6 March 2024 | Emails with G. Pesce and A. Colodny re retention application. | S Ludovici | 0.10 |
| 6 March 2024 | Correspond with G. Zahiremami re retention application. | S Ludovici | 0.20 |
| 6 March 2024 | Emails with G. Pesce and G. Zahiremami re retention application. | S Ludovici | 0.20 |
| 6 March 2024 | Draft UCC minutes (1.7); coordinate re UCC agenda, action items (3.0). | B Lingle | 4.70 |
| 6 March 2024 | Telephone conference with W&C, Weil teams re litigation payment motion. | B Lingle | 0.50 |
| 6 March 2024 | Revise work in process tracker (2.3); conference with G. Zahiremami to finalize same (1.0). | D Kumar | 3.30 |
| 6 March 2024 | Research re Committee reconstitution (0.7); discuss next steps with A. Colodny to build a factual timeline (0.2); research re critical vendor payments (0.4); research and build timeline of events leading up to chapter 11 filing (2.3). | D Kumar | 3.60 |
| 6 March 2024 | Conference with D. Kumar re work in process report. | G Zahiremami | 0.90 |
| 6 March 2024 | Confer with S. Ludovici re retention application. | G Zahiremami | 0.10 |
| 6 March 2024 | Email with B. Lingle re upcoming Committee meeting. | G Zahiremami | 0.10 |
| 6 March 2024 | Emails with D. Hirshorn re hearing registration. | G Zahiremami | 0.10 |
| 6 March 2024 | Confer with managing clerks re ECFX notifications (0.1); update pleadings file (0.4). | D Hirshorn | 0.50 |
| 7 March 2024 | Committee meeting (2.3); review committee materials and attend to transition efforts (2.7); call with SEC re chapter 11 case (0.6); call with A. Colodny re same (0.4). | J Shore | 6.00 |
| 7 March 2024 | Participate in weekly meeting. | G Pesce | 1.40 |
| 7 March 2024 | Conferences with team re response. | G Pesce | 2.20 |
| 7 March 2024 | Terra prep call (0.5); committee meeting (3.0). | A Colodny | 3.50 |
| 7 March 2024 | Call with SEC re chapter 11 case (0.6); follow-up with C. Shore (0.4). | A Colodny | 1.00 |
| 7 March 2024 | Attention to engagement issue (1.2); emails to G. Uzzi re special committee and governance (0.3); email to R. Berkowitz re litigation benefit (0.3). | A Colodny | 1.80 |
| 7 March 2024 | Call with SEC re engagement. | A Colodny | 0.30 |
| 7 March 2024 | Weekly UCC call (1.4); review, analyze materials for litigation payment motion and Dentons retention (1.1). | C West | 1.40 |
| 7 March 2024 | Attend UCC meeting. | E Smith | 2.00 |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|---|---|---|---|
| 7 March 2024 | Attend UCC meeting (2.3); prepare for same (1.8). | B Lingle | 4.10 |
| 7 March 2024 | Draft timeline of events leading to chapter 11 filing and research re same. | D Kumar | 1.80 |
| 7 March 2024 | Attend Committee meeting and take minutes (2.3); revise same (0.8). | G Zahiremami | 3.20 |
| 7 March 2024 | Review and draft retention application. | G Zahiremami | 1.20 |
| 7 March 2024 | Circulate revised Committee By-Laws for signature (0.1); confer with B. Lingle re same (0.1). | D Hirshorn | 0.20 |
| 8 March 2024 | Transition efforts. | J Shore | 0.40 |
| 8 March 2024 | Call with UST and G. Pesce re retention (0.6); attention to retention issues (0.4). | A Colodny | 1.00 |
| 8 March 2024 | Review docket and pleadings for key dates to calendar (0.2); update pleadings file (0.1); update case calendar (0.1). | D Hirshorn | 0.40 |
| 11 March 2024 | Calls and emails re transition process (0.9); calls re hearing coverage and statements (0.5). | J Shore | 1.40 |
| 12 March 2024 | Calls re Dentons hearing. | J Shore | 0.80 |
| **TOTAL** | | | **316.20** |

**WHITE & CASE**

Official Committee of Unsecured Creditors of Terraform Labs
RE: Terraform Labs Bankruptcy Advice

OUR REF: 1904688-0002

| **TIMEKEEPER SUMMARY** | **TITLE** | **HOURS** |
|---|---|---|
| J Shore | Partner | 29.10 |
| G Pesce | Partner | 28.70 |
| R Rodman | Partner | 8.50 |
| A Colodny | Partner | 60.00 |
| P Vallabhaneni | Partner | 2.20 |
| C West | Partner | 23.50 |
| E Smith | Level 10+ | 7.10 |
| S Ludovici | Level 9 | 3.00 |
| B Lingle | Level 5 | 53.00 |
| R Beil | Level 4 | 21.60 |
| D Kumar | Level 1 | 35.80 |
| G Zahiremami | Level 1 | 37.60 |
| D Hirshorn | Legal Assistant | 6.10 |
| **TOTAL** | | **316.20** |

| **DISBURSEMENT SUMMARY** | **USD** |
|---|---|
| Airfare | 1,110.20 |
| Computer Services | 29.00 |
| Hotel Expense | 613.82 |
| Parking | 142.99 |
| Taxi - Business | 196.51 |
| **TOTAL** | **2,092.52** |