## <u>CERTIFICATE OF SERVICE</u>

I, Christopher M. Samis, do hereby certify that on December 2, 2024, a copy of the foregoing **Application of White & Case LLP for Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors** was served by (i) CM/ECF upon those parties registered to receive such electronic notifications in this case, and (ii) upon the parties listed below in the manner indicated.

| Counsel to the Debtors | Counsel to the Debtors |
|---|---|
| **Counsel to the Debtors**<br>Paul N. Heath, Esq.<br>Zachary I. Shapiro, Esq.<br>Matthew P. Milana, Esq.<br>Alexander R. Steiger, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: heath@rlf.com; shapiro@rlf.com;<br>milana@rlf.com; steiger@rlf.com<br><br>**Via Email** | **Counsel to the Debtors**<br>Ronit Berkovich, Esq.<br>Jessica Liou, Esq.<br>F. Gavin Andrews, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: ronit.berkovich@weil.com;<br>jessica.liou@weil.com;<br>f.gavin.andrews@weil.com<br><br>**Via Email** |

/s/ Christopher M. Samis
Christopher M. Samis (No. 4909)