## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

| | : | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **TERRAFORM LABS PTE. LTD.,** *et al.*, | : | **Case No. 24–10070 (BLS)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.**[1] | : | |
| | : | |

---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FEBRUARY 26, 2025 AT 11:00 A.M., BEFORE THE HONORABLE
BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1[2]**

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**

**ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**COURTCALL WILL NOT BE USED TO DIAL IN.  TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited.  The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.  The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder.  The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2]    All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

## I.    **MATTER GOING FORWARD:**

1.    Motion of the Plan Administrator Seeking Entry of an Order (I) Setting the Bar Date for Filing Proofs of Claim on Account of Crypto Loss Claims, (II) Approving the Form of and Manner for Filing Proofs of Claim, (III) Approving Form and Manner of Notice Thereof, and (IV) Approving Related Procedures [Docket No. 904 – filed January 31, 2025]

Objection / Response Deadline: February 19, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Objection of the Foreign Representatives of Three Arrows Capital Ltd. (In Liquidation) to the Motion of the Plan Administrator Seeking Entry of an Order (I) Setting the Bar Date for Filing Proofs of Claim on Account of Crypto Loss Claims, (II) Approving the Form and Manner for Filing Proofs of Claim, (III) Approving Form and Manner of Notice Thereof, and (IV) Approving Related Procedures [Docket No. 928 – filed February 19, 2025]

B.    Singapore Action Claimants' Limited Objection to the Motion of the Plan Administrator Seeking Entry of an Order (I) Setting the Bar Date for Filing Proofs of Claim on Account of Crypto Loss Claims, (II) Approving the Form of and Manner for Filing Proofs of Claim, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving Related Procedures [Docket No. 931 – filed February 19, 2025]

Related Documents:

i.    Reply of the Plan Administrator in Support of the Crypto Loss Claims Motion and in Response to Related Objections [Docket No. 940 – filed February 23, 2025]

ii.    Notice of Filing of Revised Proposed Order (I) Setting the Bar Date for Filing Proofs of Claim on Account of Crypto Loss Claims, (II) Approving the Form of and Manner for Filing Proofs of Claim, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving Related Procedures [Docket No. 941 – filed February 23, 2025]

iii.    Statement of the U.S. Securities and Exchange Commission Regarding Proposed Crypto Loss Claim Procedures [Docket No. 942 – filed February 24, 2025]

Status: The hearing on this matter is going forward.

Dated: February 24, 2025
Wilmington, Delaware

*/s/ Matthew P. Milana*
**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Email:        shapiro@rlf.com
              milana@rlf.com
              steiger@rlf.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email         christopher.greco@kirkland.com
              elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200
Email:        michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email         chris.koenig@kirkland.com
              casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*

RLF1 32314481v.1