### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
                                                               :
In re                                                          :    **Chapter 11**
                                                               :
**TERRAFORM LABS PTE. LTD.,**                                  :    **Case No. 24–10070 (BLS)**
                                                               :
Debtors.[1]                                                    :    Re: Docket No. 943
                                                               :
-------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on February 24, 2025, the Terraform Plan Administrator (the "Plan Administrator") of the jointly-administered estates of Terraform Labs Pte. Ltd., *et al*. filed the *Notice of Agenda of Matters Scheduled for Hearing on February 26, 2025 at 11:00 a.m.* [Docket No. 943] (the "Notice").

PLEASE TAKE FURTHER NOTICE that the Plan Administrator hereby withdraws the Notice without prejudice.

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited.  The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.  The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder.  The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

Dated: February 24, 2025
Wilmington, Delaware

/s/  Matthew P. Milana
**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Email:    shapiro@rlf.com
    milana@rlf.com
    steiger@rlf.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email    christopher.greco@kirkland.com
    elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200
Email:    michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email    chris.koenig@kirkland.com
    casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*