IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
TERRAFORM LABS PTE LTD., et al.,                        :   Case No. 24-10070 (BLS)
                                                        :
     Debtors.¹                                          :   (Jointly Administered)
                                                        :
                                                        :   Re: Docket Nos. 904, 928, 931, 940, 941 & 942
                                                        :
------------------------------------------------------- x
```

NOTICE OF STATUS CONFERENCE
SCHEDULED FOR MARCH 10, 2025 AT 11:00 A.M. (ET)

---

**THE STATUS CONFERENCE WILL BE CONDUCTED REMOTELY VIA ZOOM.**

**COURTCALL WILL NOT BE USED TO DIAL IN.  TO ATTEND THE STATUS CONFERENCE REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](WWW.DEB.USCOURTS.GOV) OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE STATUS CONFERENCE REMOTELY.**

**IF ATTENDING THIS STATUS CONFERENCE REMOTELY, PARTIES ARE REQUIRED TO REGISTER BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE STATUS CONFERENCE. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE STATUS CONFERENCE.**

---

PLEASE TAKE NOTICE that a status conference (the "**Status Conference**") regarding the *Motion of the Plan Administrator Seeking Entry of an Order (I) Setting the Bar Date for Filing Proofs of Claim on Account of Crypto Loss Claims, (II) Approving the Form of and Manner for*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

RLF1 32525423v.1

*Filing Proofs of Claim, (III) Approving Form and Manner of Notice Thereof, and (IV) Approving Related Procedures*, filed January 31, 2025 [Docket No. 904] in the above-captioned chapter 11 cases, has been scheduled for **March 10, 2025 at 11:00 a.m. (ET)** before The Honorable Brendan L. Shannon.

PLEASE TAKE FURTHER NOTICE that the Status Conference will be conducted remotely **via Zoom**. **To attend the Status Conference, please register using the ECourt Appearances Tool on the Court's website at www.deb.uscourts.gov or click the following link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.** After registering your appearance, you will receive a confirmation email containing information about joining the Status Conference remotely.

Dated: March 7, 2025
Wilmington, Delaware

/s/ Matthew P. Milana

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Zachary I. Shapiro (No. 5103) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew P. Milana (No. 6681) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| Alexander R. Steiger (No. 7139) | Elizabeth Helen Jones (admitted *pro hac vice*) |
| One Rodney Square | 601 Lexington Avenue |
| 920 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 651-7700 | Facsimile: (212) 446-4900 |
| Email: shapiro@rlf.com | Email: christopher.greco@kirkland.com |
| milana@rlf.com | elizabeth.jones@kirkland.com |
| steiger@rlf.com | |

*Co-Counsel for the Plan Administrator*

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*