**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                                        :

In re                                                  :          Chapter 11

**TERRAFORM LABS PTE. LTD.**, *et al.*,     :          Case No. 24–10070 (BLS)

                                                  :          (Jointly Administered)

          Debtors.[1]                        :

---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON APRIL 9, 2025 AT 9:30 A.M., BEFORE THE HONORABLE
BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**[2]

---

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**

**ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**COURTCALL WILL NOT BE USED TO DIAL IN. TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1]     The Post-Effective Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2]     All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

**I.    FINAL FEE APPLICATION (ADJOURNED):**

1.  Final Fee Application

    Objection / Responses Received:    (See Exhibit A)

    Related Documents:    (See Exhibit A)

    Status:  The hearing on this matter has been continued to the omnibus hearing on June 11, 2025 at 10:00 a.m. (ET).

**II.    STATUS CONFERENCE:**

2.  Status Conference

    Status:  Counsel to the Plan Administrator will provide a general case update regarding the chapter 11 cases.

**III.    CONTESTED MATTER GOING FORWARD:**

3.  Application of White & Case LLP for Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors [Docket No. 861 – filed December 2, 2024]

    Objection / Response Deadline: January 29, 2025 at 4:00 p.m. (ET); extended for the Office of the United States Trustee to January 31, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.  United States Trustee's Objection to Application of White & Case LLP for Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors [Docket No. 899 – filed January 31, 2025]

    Related Documents:

    i.  Notice of Hearing Regarding Application of White & Case LLP for Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors [Docket No. 897 – filed January 29, 2025]

    Status: The hearing on this matter is going forward.

Dated: April 7, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Alexander R. Steiger* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Zachary I. Shapiro (No. 5103) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew P. Milana (No. 6681) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| Alexander R. Steiger (No. 7139) | Elizabeth Helen Jones (admitted *pro hac vice*) |
| One Rodney Square | 601 Lexington Avenue |
| 920 North King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 651-7700 | Facsimile: (212) 446-4900 |
| Email: shapiro@rlf.com | Email christopher.greco@kirkland.com |
| milana@rlf.com | elizabeth.jones@kirkland.com |
| steiger@rlf.com | |

*Co-Counsel for the Plan Administrator*

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email chris.koenig@kirkland.com
casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*