IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TERRAFORM LABS PTE LTD., *et al.*,[1]<br><br>                Post-Effective Date Debtors. | )<br>)  Chapter 11<br>)<br>)  Case No. 24-10070 (BLS)<br>)<br>)  (Jointly Administered)<br>)  **Ref. Docket No. 859** |

**NOTICE OF FURTHER ADJOURNMENT OF HEARING
REGARDING FINAL FEE APPLICATION OF DENTONS US LLP,
SPECIAL COUNSEL TO DEBTORS, FOR FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JANUARY 21, 2024 THROUGH AND INCLUDING OCTOBER 1, 2024**

**PLEASE TAKE NOTICE** that, on December 2, 2024, Dentons US LLP filed the *Ninth Monthly, Third Interim, and Final Fee Application of Dentons US LLP, Special Counsel to Debtors, for (A) Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2024 Through and Including October 1, 2024; (B) Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 1, 2024 Through and Including October 1, 2024; and (C) Final Allowance of Compensation and Reimbursement of Expenses for the Period from January 21, 2024 Through and Including October 1, 2024* [Docket No. 859] (the "Dentons Final Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Dentons Final Application was scheduled before The Honorable Brendan L. Shannon at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on September 24, 2025 at 9:30 a.m. (prevailing Eastern Time).

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Post-Effective Date Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

4937-7885-7059.1 17991.00001

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Dentons Final Application has been further adjourned to a date and time to be determined.

| | |
|---|---|
| Dated: August 28, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| |         dbertenthal@pszjlaw.com |
| |         ecorma@pszjlaw.com |
| | |
| | *Counsel to Dentons US LLP* |