**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE LTD., *et al.*,[1] | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1223** |
| | ) | |

**MOTION OF THE PLAN ADMINISTRATOR TO SHORTEN**
**NOTICE AND OBJECTION PERIODS WITH RESPECT TO THE**
**PLAN ADMINISTRATOR'S MOTION TO CLARIFY OR MODIFY THE**
**PROTECTIVE ORDER AND TO STRIP CONFIDENTIALITY DESIGNATIONS**

The Plan Administrator of the jointly administered estates of Terraform Labs Pte. Ltd. and Terraform Labs Limited (collectively, the "Debtors") and the Wind Down Trust (the "Wind Down Trust") respectfully moves and represents as follows in support of this motion to shorten (this "Motion to Shorten"):[2]

**Relief Requested**

1.       By this Motion to Shorten, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rules 9006-1(c) and (e), the Plan Administrator seeks entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), shortening the notice and objection periods in connection with the Motion to Clarify so that (a) the hearing on the Motion to Clarify is scheduled for June 3, 2026 (or as soon thereafter as the Court's calendar will

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.  The Plan Administrator of the Debtors is Todd R. Snyder.  The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Clarify (as defined herein).

permit) (the "Hearing"), and (b) objections, if any, to the Motion to Clarify may be made at the Hearing (the "Objection Deadline").  In addition, given that the relief requested in the Motion to Clarify, in large part, seeks to resolve a discovery dispute, the Plan Administrator requests that the Hearing be held via Zoom consistent with the Court's chambers procedures.  Judge Brendan L. Shannon, *Chambers Procedures*, U.S. Bankruptcy Court for the District of Delaware at 1 (dated October 4, 2022).

### Jurisdiction

2.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Pursuant to Local Rule 9013-1(f), the Plan Administrator consents to the entry of a final order by the Court in connection with this Motion to Shorten to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

4.      On January 21, 2024, Terraform Labs Pte. Ltd. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Terraform Labs Limited subsequently filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 1, 2024.  On September 18, 2024, the Court entered an order [Dkt. 734] (the "Confirmation Order") confirming the *Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited*, a copy of which was attached to the Confirmation Order as Exhibit A.  Additional information

2

regarding these Chapter 11 cases is set forth in the *Declaration of Chris Amani in Support of the Debtor's Chapter 11 Petition and First Day Relief* [Dkt. 18] and the *Disclosure Statement for Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited* [Dkt. 569].

5.      Concurrently herewith, the Plan Administrator filed the *Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations* (the "Motion to Clarify").

6.      By the Motion to Clarify, the Plan Administrator seeks to, among other things, clarify or, in the alternative, modify the protective order as to Jump Trading LLC and certain related entities and individuals ("Jump"), and to challenge certain of their confidentiality designations thereunder, all as described more fully in the Motion to Clarify.

**Basis for Relief**

7.      Local Rule 9006-1(c)(i) provides that, unless the Bankruptcy Rules or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least fourteen (14) days prior to the hearing date."  Local Rule 9006-1(e) further provides in relevant part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."  Del. Bankr. L.R. 9006-1(e); *see also* Fed. R. Bankr. P. 9006(c)(1) ("[T]he court for cause shown may in its discretion with or without motion or notice order the period reduced.").  Local Rule 9006-1(c)(ii) requires that "the deadline for objection(s) shall be no later than seven (7) days before the hearing date." Del. Bank. L.R. 9006-1(c)(ii).

8.      The Plan Administrator submits that good cause exists to expedite consideration of the Motion to Clarify.  As set forth in the Motion to Clarify, on May 21, 2026, the Northern District

3

of Illinois entered an order (the "May 21 Order"), a copy of which is attached hereto as **Exhibit B**, temporarily staying all deadlines in *Snyder v. Jump Trading, LLC*, No. 1:25-cv-15414 (N.D. Ill.) (the "Jump Action") until June 4, 2026 (the "June 4 Stay Date") to allow the Plan Administrator to seek this Court's clarification regarding the scope of the protective order.  Accordingly, the relief sought in the Motion to Shorten is consistent with what was contemplated in the May 21 Order.  Further, Jump will not be prejudiced if the Motion to Shorten is granted because, as a party to the Jump Action, it was aware that the Plan Administrator would need to have the Motion to Clarify heard prior to the June 4 Stay Date if no agreement could be reached.

9.      Accordingly, the Plan Administrator respectfully submits that considering the Motion to Clarify on shortened notice as set forth herein is reasonable and appropriate under the circumstances.

### Compliance with Local Rule 9006-1(e)

10.      In accordance with Local Rule 9006-1(e), prior to filing this Motion to Shorten, counsel to the Plan Administrator notified the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") of the relief requested herein.  The U.S. Trustee does not take a position with respect to the relief requested herein.

### Notice

11.      The Plan Administrator will provide notice of this Motion to Shorten to the same parties that received service of the Motion to Clarify.  The Plan Administrator respectfully submits that, in light of the nature of the relief requested, no other or further notice need be given.

### No Previous Request

12.      No prior request for the relief sought herein has been made by the Plan Administrator to this or any other Court.

RLF1 36003091v.2

WHEREFORE, the Plan Administrator respectfully requests entry of the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (a) granting the relief requested herein, and (b) granting such other relief as the Court deems appropriate under the circumstances.

Dated:  May 29, 2026
Wilmington, Delaware

*/s/ Alexander R. Steiger*

**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Email:             shapiro@rlf.com
                        steiger@rlf.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email            christopher.greco@kirkland.com
                      elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:     (202) 389-5000
Facsimile:      (202) 389-5200
Email:             michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email            chris.koenig@kirkland.com
                      casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*

5

RLF1 36003091v.2