**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TERRAFORM LABS PTE LTD., *et al.*,[1] | ) | Case No. 24-10070 (BLS) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1224** |
| | ) | |

**ORDER SHORTENING NOTICE AND**
**OBJECTION PERIODS WITH RESPECT TO THE**
**PLAN ADMINISTRATOR'S MOTION TO CLARIFY OR MODIFY THE**
**PROTECTIVE ORDER AND TO STRIP CONFIDENTIALITY DESIGNATIONS**

Upon the motion (the "Motion to Shorten")[2] of the Plan Administrator of the jointly administered estates of the Debtors for the entry of an order (this "Order") shortening the notice and objection periods with respect to the Motion to Clarify, all as set forth more fully in the Motion to Shorten; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903. The Plan Administrator of the Debtors is Todd R. Snyder. The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion to Shorten.

Court having found that notice of the Motion to Shorten was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Shorten; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion to Shorten is granted to the extent set forth herein.

2.     The hearing to consider the relief requested in the Motion to Clarify shall be held via Zoom on **June 9, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

3.     Objections, if any, to the relief requested in the Motion to Clarify shall be filed and served by no later than **June 8, 2026 at 12:00 p.m. (prevailing Eastern Time)**.

4.     The Plan Administrator is authorized to take all action necessary to effectuate the relief granted in this Order.

5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: June 1st, 2026
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 36021567v.1