**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                    :

**In re**                        :          **Chapter 11**

                    :

**TERRAFORM LABS PTE. LTD.,** *et al.*,    :          **Case No. 24–10070 (BLS)**

                    :

                    :          **(Jointly Administered)**

**Post-Effective Date Debtors.**[1]    :

                    :

------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JUNE 9, 2026 AT 10:00 A.M., BEFORE THE HONORABLE
BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1[3]**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (https://www.deb.uscourts.gov) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**
>
> **Please use the following registration link:
> https://www.deb.uscourts.gov/ecourt-appearances**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited.  The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.  The Plan Administrator of the Debtors is Todd R. Snyder.  The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

## I.     MATTERS GOING FORWARD:

1.     (SEALED) Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1223 – filed May 29, 2026]

      Objection / Response Deadline:       June 8, 2026 at 12:00 p.m. (ET)

      Objection / Responses Received:

      A.     **Jump's Objection to Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1251; filed June 8, 2026]**

           i.     **Declaration of Simon Johansen in Support of Jump's Objection to Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1252; filed June 8, 2026]**

      Related Documents:

      i.     Motion of the Plan Administrator to Shorten Notice and Objection Periods with Respect to the Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1224 – filed May 29, 2026]

      ii.     (REDACTED) Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1225 – filed May 29, 2026]

      iii.     Jump's Partial Objection to Plan Administrator's Motion to Shorten Notice and Objection Periods with Respect to Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1231 – filed June 1, 2026]

      iv.     Order Shortening Notice and Objection Periods with Respect to the Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1237; entered June 1, 2026]

      v.     Notice of Motions and Hearing [Docket No. 1238; filed June 1, 2026]

      Status: The hearing on this matter is going forward.

2.     Motion of the Plan Administrator for Entry of an Order Authorizing Him to File Under Seal Certain Information Designated as Confidential by Jump Included in the Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1245; filed June 3, 2026]

      Objection / Response Deadline:       At the hearing.

      Objection / Responses Received:       None at this time.

Related Documents:

i.      (SEALED) Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1223 – filed May 29, 2026]

ii.     (REDACTED) Plan Administrator's Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations [Docket No. 1225 – filed May 29, 2026]

Status: The hearing on this matter is going forward.

Dated:  June 8, 2026
Wilmington, Delaware

/s/ Alexander R. Steiger

**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Email:          shapiro@rlf.com
                steiger@rlf.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email           christopher.greco@kirkland.com
                elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:      (202) 389-5000
Facsimile:      (202) 389-5200
Email:          michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email           chris.koenig@kirkland.com
                casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*

3