**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- x

|  |  |  |
|---|---|---|
|  | : |  |
| **In re** | : | **Chapter 11** |
|  | : |  |
| **TERRAFORM LABS PTE. LTD.,** *et al.,* | : | **Case No. 24–10070 (BLS)** |
|  | : |  |
|  | : | **(Jointly Administered)** |
| **Post-Effective Date Debtors.**[1] | : |  |
|  | : |  |

-------------------------------------------------------------- x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JUNE 10, 2026 AT 1:30 P.M., BEFORE THE HONORABLE**
**BRENDAN L. SHANNON, AT THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**[3]

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN*
> *CANCELLED WITH PERMISSION FROM THE COURT*

**I.      CONTESTED MATTERS GOING FORWARD:**

1.      Motion for Leave to File Late Crypto Loss Claim (filed by Ooi Swee Cheng) [Docket No. 1206 – filed April 10, 2026]

Objection / Response Deadline:        June 3, 2026 at 4:00 p.m. (ET)

Objection / Responses Received:

A.      Plan Administrator's Omnibus Objection to Motions for Leave to File Late Crypto Loss Claims [Docket No. 1246 – filed June 3, 2026]

Related Documents:   None.

Status: **The hearing on this matter has been adjourned to July 8, 2026 at 1:30 p.m. (ET).**

---

[1]      The Post-Effective Date Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited.  The Post-Effective Date Debtors' principal offices are located at 10 Anson Road, #10-10 International Plaza, Singapore 079903.  The Plan Administrator of the Debtors is Todd R. Snyder.  The Plan Administrator's principal office is located at 1251 Avenue of the Americas, New York, New York 10020.

[2]      **Amended items appear in bold.**

[3]      All motions and other pleadings referenced herein are available online at the following address: https://dm.epiq11.com/case/terraform.

2.      Motion for Leave to File Late Crypto Loss Claim (filed by Lim Sau Fan) [Docket No. 1207 – filed April 10, 2026]

Objection / Response Deadline:      June 3, 2026 at 4:00 p.m. (ET)

Objection / Responses Received:

A.      Plan Administrator's Omnibus Objection to Motions for Leave to File Late Crypto Loss Claims [Docket No. 1246 – filed June 3, 2026]

Related Documents:   None.

Status: **The hearing on this matter has been adjourned to July 8, 2026 at 1:30 p.m. (ET).**

3.      Motion for Leave to File Late Crypto Loss Claim (filed by Daniel Dubec) [Docket No. 1218 – filed April 29, 2006]

Objection / Response Deadline:      June 3, 2026 at 4:00 p.m. (ET)

Objection / Responses Received:

A.      Plan Administrator's Omnibus Objection to Motions for Leave to File Late Crypto Loss Claims [Docket No. 1246 – filed June 3, 2026]

Related Documents:   None.

Status: **The hearing on this matter has been adjourned to July 8, 2026 at 1:30 p.m. (ET).**

4.      Motion for Leave to File Late Crypto Loss Claim (filed by Christopher Moulton) [Docket No. 1219 – filed May 8, 2006]

Objection / Response Deadline:      June 3, 2026 at 4:00 p.m. (ET)

Objection / Responses Received:

A.      Plan Administrator's Omnibus Objection to Motions for Leave to File Late Crypto Loss Claims [Docket No. 1246 – filed June 3, 2026]

Related Documents:   None.

Status: **The hearing on this matter has been adjourned to July 8, 2026 at 1:30 p.m. (ET).**

RLF1 36061266v.1

Dated: June 9, 2026
Wilmington, Delaware

/s/  Alexander R. Steiger
**RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Email:           shapiro@rlf.com
                 steiger@rlf.com

*Co-Counsel for the Plan Administrator*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Christopher T. Greco, P.C. (admitted *pro hac vice*)
Elizabeth Helen Jones (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email           christopher.greco@kirkland.com
                elizabeth.jones@kirkland.com

-and-

Michael F. Williams, P.C. (admitted *pro hac vice*)
1301 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:      (202) 389-5000
Facsimile:      (202) 389-5200
Email:           michael.williams@kirkland.com

-and-

Christopher S. Koenig (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email           chris.koenig@kirkland.com
                casey.mcgushin@kirkland.com

*Co-Counsel for the Plan Administrator*

RLF1 36061266v.1